**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION. | Case No. 1:19-cv-05777-FB-JO<br><br>**DECLARATION OF DANA RUSSELL IN SUPPORT OF DEFENDANTS' LETTER MOTION TO TRANSFER VENUE** |

I, Dana Russell, hereby declare that the following statements are true to the best of my knowledge, information, and belief:

1.   I am currently employed by Defendant Vivint Solar, Inc. ("Vivint Solar," "Vivint Solar, A Sunrun Company,"[1] or the "Company") as Chief Financial Officer, and I have held this position since November 2013.  I hereby submit this Declaration in Support of Defendants' Letter Motion to Transfer Venue.  Except as specifically provided, I have personal knowledge of the statements made herein, including from my review of corporate records and other documents kept in the regular course of business.  If called as a witness, I could and would testify competently under oath.

---

[1] Pursuant to an acquisition that was consummated on October 8, 2020, Vivint Solar is now a subsidiary of Sunrun.  *See* Press Release, Sunrun Investor Relations, *Sunrun Completes Acquisition of Vivint Solar to Accelerate Clean Energy Adoption and Enhance Customer Value* (Oct. 8, 2020), https://investors.sunrun.com/news-events/press-releases/detail/216/sunrun-completes-acquisition-of-vivint-solar-to-accelerate.

2.  I understand that the above-captioned lawsuit has been filed in the Eastern District of New York against Defendants for claims of securities fraud under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934.

3.  Vivint Solar is a leading solar panel consulting, designing, and installation company.[2]

4.  Vivint Solar commenced operations in May 2011.  Since its inception, the Company's headquarters has been located in the state of Utah.[3]  Currently, the Company is located at 1800 West Ashton Boulevard, Lehi, Utah, where it leases "approximately 150,000 square feet of office space under a lease that expires in 2031."[4]  In addition, Vivint Solar recently "entered into leases for approximately 32,000 square feet of office space in the newly constructed building adjacent to [its] corporate headquarters and 40,000 square feet in an existing office building in the same general vicinity as [its] corporate headquarters."[5]

5.  The Company's offices in Lehi, Utah serve as a hub for the Company's operations throughout the country.

6.  The individual defendants—David Bywater and I—reside in Utah and work out of Vivint Solar's Lehi, Utah offices.  The following potential witnesses, who are mentioned by name

---

[2] *See* Vivint Solar website, "About Us," https://www.vivintsolar.com/about-us.

[3] Vivint Solar, Inc. Annual Report 2014 (Form 10-K) at 34, 70, (March, 13, 2015), https://www.sec.gov/Archives/edgar/data/1607716/000156459015001675/vslr-10k_20141231.htm.

[4] Vivint Solar, Inc. Annual Report 2019 (Form 10-K) at 37, (March 10, 2020), https://www.sec.gov/Archives/edgar/data/1607716/000156459020009754/vslr-10k_20191231.htm.

[5] *Id.*

in Plaintiffs' Amended Complaint, also work and/or reside in Utah:  Chance Allred, Paul Dickson, Jeremy Sabin, Nicholas Hansen, and Tyler Anderson.[6]

7.   The process for preparing, drafting, and finalizing the Company's financial reports and related pubic filings with the Securities and Exchange Commission (the "SEC"), which are at issue in the lawsuit, occurred predominantly in Utah.  In order to prepare these documents, employees located in Lehi, Utah, participated in numerous meetings to discuss what information should be included in the documents and to ensure the material accuracy of Vivint Solar's financial reporting.  To the best of my knowledge, none of the Vivint Solar personnel responsible for preparing and drafting these Vivint Solar's financial disclosures or other investor communications are located in New York.  The public filings that are at issue in the above-captioned action were executed in Utah.

8.   To the best of my knowledge, records and documents relating to the Company's process and procedures for preparing and drafting the Company's financial reports and other investor communications are located at Vivint Solar's offices in Lehi, Utah.  The Company also typically conducted its quarterly earnings calls from its offices in Lehi, Utah.

9.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 10th day of November 2020, in Lehi, Utah.

Respectfully submitted:

Dana Russell
Lehi, Utah

---

[6] *See, e.g.*, Am. Compl. ¶¶ 39, 54 n.5, 55, 57, ECF No. 26.