CLOSED,ACO,TransferredOutCase−DoNotDocket,VSL

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:19−cv−05777−FB−CLP

| | |
|---|---|
| Crumrine v. Vivint Solar, Inc. et al | Date Filed: 10/11/2019 |
| Assigned to: Judge Frederic Block | Date Terminated: 12/30/2020 |
| Referred to: Chief Magistrate Cheryl L. Pollak | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Movant**

**Steven Mullen**                                        represented by **Phillip Kim**
The Rosen Law Firm
275 Madison Avenue
40th Floor
New York, NY 10016
212−686−1060
Fax: 212−202−3827
Email: pkim@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Brian Chow**                                          represented by **Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
212−661−1100
Fax: 212−661−8665
Email: jalieberman@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Zhaoer Li**                                           represented by **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

**Paul Turner**                                         represented by **Lesley Frank Portnoy**
Glancy Prongay & Murray LLP
230 Park Avenue
Suite 530
New York, NY 10169
212−682−5340
Fax: 212−884−0988
Email: lportnoy@glancylaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Billy Wallace**                                         represented by   **William Scott Holleman**
                                                                          Bragar Eagel & Squire, P.C.
                                                                          810 Seventh Avenue
                                                                          Suite 620
                                                                          New York, NY 10019
                                                                          646−860−9449
                                                                          Fax: 212−214−0506
                                                                          Email: holleman@bespc.com
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Movant**

**Kyu S. Jang**                                           represented by   **William Scott Holleman**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Crumrine**                                        represented by   **Lesley Frank Portnoy**
                                                                          (See above for address)
                                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Vivint Solar, Inc.**                                    represented by   **Kevin M. McDonough**
                                                                          Latham & Watkins LLP
                                                                          885 Third Avenue
                                                                          New York, NY 10022
                                                                          212−906−1246
                                                                          Fax: 212−751−4864
                                                                          Email: kevin.mcdonough@lw.com
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**David Bywater**                                         represented by   **Kevin M. McDonough**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Dana Russell**                                          represented by   **Kevin M. McDonough**
                                                                          (See above for address)
                                                                          *LEAD ATTORNEY*
                                                                          *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2019 | Ï 1 | |

| | | COMPLAINT against David Bywater, Dana Russell, Vivint Solar, Inc. filing fee $ 400, receipt number ANYEDC–11939448 Was the Disclosure Statement on Civil Cover Sheet completed –No,, filed by Jason Crumrine. (Attachments: # 1 PSLRA Certification, # 2 Civil Cover Sheet, # 3 Proposed Summons) (Portnoy, Lesley) (Entered: 10/11/2019) |
|---|---|---|
| 10/11/2019 | Ï | Case assigned to Judge Frederic Block and Magistrate Judge James Orenstein. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 10/15/2019) |
| 10/11/2019 | Ï 2 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 10/15/2019) |
| 10/15/2019 | Ï 4 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 10/15/2019) |
| 11/07/2019 | Ï 5 | Notice of Related Case indicated on the civil cover sheet in case number 19cv6165. (Rodin, Deanna) (Entered: 11/07/2019) |
| 12/10/2019 | Ï 6 | MOTION to Consolidate Cases *19−cv−05777 and 19−cv−06165*, MOTION to Appoint Counsel *and Appoint Lead Plaintiff* by Steven Mullen. (Attachments: # 1 Proposed Order) (Kim, Phillip) (Entered: 12/10/2019) |
| 12/10/2019 | Ï 7 | MEMORANDUM in Support re 6 MOTION to Consolidate Cases *19−cv−05777 and 19−cv−06165* MOTION to Appoint Counsel *and Appoint Lead Plaintiff* filed by Steven Mullen. (Attachments: # 1 Exhibit 1 − PSLRA Early Notice, # 2 Exhibit 2 − PSLRA Certification, # 3 Exhibit 3 − Loss Chart, # 4 Exhibit 4 − Firm Resume) (Kim, Phillip) (Entered: 12/10/2019) |
| 12/10/2019 | Ï 8 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *NOTICE OF MOTION OF THE VIVINT INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* by Brian Chow, Zhaoer Li. (Attachments: # 1 Proposed Order) (Lieberman, Jeremy) (Entered: 12/10/2019) |
| 12/10/2019 | Ï 9 | MEMORANDUM in Support re 8 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE VIVINT INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* filed by Brian Chow, Zhaoer Li. (Lieberman, Jeremy) (Entered: 12/10/2019) |
| 12/10/2019 | Ï 10 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *and Appointment as Lead Plaintiff* by Paul Turner. (Attachments: # 1 Proposed Order) (Portnoy, Lesley) (Entered: 12/10/2019) |
| 12/10/2019 | Ï 11 | AFFIDAVIT/DECLARATION in Support re 8 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE VIVINT INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* filed by Brian Chow, Zhaoer Li. (Attachments: # 1 Exhibit A − Press Release, # 2 Exhibit B − Certifications, # 3 Exhibit C − Loss Chart, # 4 Exhibit D − Firm Resume) (Lieberman, Jeremy) (Entered: 12/10/2019) |

| 12/10/2019 | Ï 12 | MEMORANDUM in Support re 10 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Appointment as Lead Plaintiff* filed by Paul Turner. (Portnoy, Lesley) (Entered: 12/10/2019) |
|---|---|---|
| 12/10/2019 | Ï 13 | AFFIDAVIT/DECLARATION in Support re 10 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Appointment as Lead Plaintiff* filed by Paul Turner. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Movant Certification, # 3 Exhibit C – Movant Loss Chart, # 4 Exhibit D – GPM Firm Resume) (Portnoy, Lesley) (Entered: 12/10/2019) |
| 12/10/2019 | Ï 14 | MOTION to Consolidate Cases , *MOTION to Appoint Counsel and Appointment as Lead Plaintiff* by Billy Wallace, Kyu S. Jang. (Attachments: # 1 Proposed Order) (Holleman, William) (Entered: 12/10/2019) |
| 12/10/2019 | Ï 15 | AFFIDAVIT/DECLARATION in Support re 14 MOTION to Consolidate Cases , *MOTION to Appoint Counsel and Appointment as Lead Plaintiff* filed by Kyu S. Jang, Billy Wallace. (Attachments: # 1 Exhibit 1 Signed Certifications, # 2 Exhibit 2 Loss Chart, # 3 Exhibit 3 Joint Declaration, # 4 Exhibit 4 Original Press Release, # 5 Exhibit 5 Firm Resume) (Holleman, William) (Entered: 12/10/2019) |
| 12/10/2019 | Ï 16 | MEMORANDUM in Support re 14 MOTION to Consolidate Cases , *MOTION to Appoint Counsel and Appointment as Lead Plaintiff* filed by Kyu S. Jang, Billy Wallace. (Holleman, William) (Entered: 12/10/2019) |
| 12/11/2019 | Ï | ELECTRONIC ORDER: Movants motions 6 , 8 , 10 and 14 to consolidate and appoint lead counsel are referred to MJ ORENSTEIN to decide. Ordered by Judge Frederic Block on 12/11/2019. (Innelli, Michael) (Entered: 12/11/2019) |
| 12/23/2019 | Ï 17 | NOTICE by Steven Mullen re 6 MOTION to Consolidate Cases *19−cv−05777 and 19−cv−06165* MOTION to Appoint Counsel *and Appoint Lead Plaintiff Notice of Withdrawal* (Kim, Phillip) (Entered: 12/23/2019) |
| 12/23/2019 | Ï 18 | NOTICE by Brian Chow, Zhaoer Li re 8 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE VIVINT INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL NOTICE OF NON−OPPOSITION OF MOTION OF THE VIVINT INVESTOR GROUP TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL* (Lieberman, Jeremy) (Entered: 12/23/2019) |
| 12/24/2019 | Ï 19 | MEMORANDUM in Opposition re 8 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE VIVINT INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL*, 6 MOTION to Consolidate Cases *19−cv−05777 and 19−cv−06165* MOTION to Appoint Counsel *and Appoint Lead Plaintiff*, 10 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Appointment as Lead Plaintiff* filed by Kyu S. Jang, Billy Wallace. (Attachments: # 1 Declaration, # 2 Exhibit 1) (Holleman, William) (Entered: 12/24/2019) |
| 12/26/2019 | Ï 20 | NOTICE by Paul Turner *of Non−Opposition to Competing Lead Plaintiff Motions* (Linkh, Gregory) (Entered: 12/26/2019) |
| 12/31/2019 | Ï 21 | NOTICE by Kyu S. Jang, Billy Wallace re 14 MOTION to Consolidate Cases , *MOTION to Appoint Counsel and Appointment as Lead Plaintiff Notice of Non−Opposition to Motion of Billy Wallace and Kyu S. Jang for Consolidation of Actions, Appointment as Lead Plaintiff, and Approval of Counsel* (Holleman, William) (Entered: 12/31/2019) |
| 01/07/2020 | Ï 22 | SUMMONS Returned Executed by Jason Crumrine. Vivint Solar, Inc. served on 11/21/2019, answer due 12/12/2019. (Linkh, Gregory) (Entered: 01/07/2020) |
| 03/23/2020 | Ï 23 | |

| | | |
|---|---|---|
| | | ORDER finding as moot <u>6</u> Motion to Consolidate Cases; finding as moot <u>6</u> Motion to Appoint Counsel ; finding as moot <u>8</u> Motion to Consolidate Cases; finding as moot <u>8</u> Motion to Appoint Counsel ; finding as moot <u>10</u> Motion to Consolidate Cases; finding as moot <u>10</u> Motion to Appoint Counsel ; granting <u>14</u> Motion to Consolidate Cases and appoint counsel. For the reasons set forth in the attached document, I grant the motion of Billy Wallace and Kyu S. Jang and find the remaining motions to be moot. Ordered by Magistrate Judge James Orenstein on 3/23/2020. (Orenstein, James) (Entered: 03/23/2020) |
| 03/27/2020 | Ï <u>24</u> | ORDER –– The above–captioned securities fraud class actions pending in this Judicial District are hereby consolidated for all purposes pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. Any actions that have been filed, or may be filed, which are related and which may be considered herewith, are consolidated under Case No. 1:19–cv–05777–FB–JO (the "Consolidated Action"). SEE ATTACHED ORDER. Ordered by Magistrate Judge James Orenstein on 3/27/2020. Associated Cases: 1:19–cv–05777–FB–JO, 2:19–cv–06165–FB–JO (Walker, Anna) (Entered: 03/27/2020) |
| 04/30/2020 | Ï <u>25</u> | Proposed Scheduling Order by Kyu S. Jang, Billy Wallace (Holleman, William) (Entered: 04/30/2020) |
| 04/30/2020 | Ï | ORDER re <u>25</u> Proposed Scheduling Order –– The proposed scheduling order, Docket Entry <u>25</u> , is so ordered. Ordered by Magistrate Judge James Orenstein on 4/30/2020. (Walker, Anna) (Entered: 04/30/2020) |
| 06/29/2020 | Ï <u>26</u> | AMENDED COMPLAINT *CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS* against All Defendants, filed by Billy Wallace, Kyu S. Jang. (Holleman, William) (Entered: 06/29/2020) |
| 07/29/2020 | Ï <u>27</u> | NOTICE of Appearance by Kevin M. McDonough on behalf of David Bywater, Dana Russell, Vivint Solar, Inc. (aty to be noticed) (McDonough, Kevin) (Entered: 07/29/2020) |
| 07/29/2020 | Ï <u>28</u> | Corporate Disclosure Statement by Vivint Solar, Inc. (McDonough, Kevin) (Entered: 07/29/2020) |
| 07/29/2020 | Ï <u>29</u> | Letter MOTION for pre motion conference *regarding Defendants' anticipated motion to transfer* by David Bywater, Dana Russell, Vivint Solar, Inc.. (McDonough, Kevin) (Entered: 07/29/2020) |
| 08/05/2020 | Ï <u>30</u> | RESPONSE to Motion re <u>29</u> Letter MOTION for pre motion conference *regarding Defendants' anticipated motion to transfer* filed by Kyu S. Jang, Billy Wallace. (Holleman, William) (Entered: 08/05/2020) |
| 08/24/2020 | Ï <u>31</u> | SCHEDULING ORDER: Defendant's letter application <u>29</u> dated 7/29/20 is GRANTED. A pre motion conference is scheduled on September 23, 2026 @ 3:00PM. There will be no formal notice mailed to counsel. Upon receipt of this email counsel shall confirm with each other the date and time of this conference. If this date presents a conflict counsel shall first obtain the consent from all the parties to adjourn this conference and then file a letter application.Ordered by Judge Frederic Block on 8/24/2020. (Innelli, Michael) (Entered: 08/24/2020) |
| 08/27/2020 | Ï | Set/Reset Hearings: The pre–motion conference scheduled for September 23, 2020 is being adjourned by the Court to October 27, 2020 @ 3:00 PM due to a conflict with the Court's calendar and the ongoing health crisis with COVID–19. Upon receipt of this email counsel shall confirm with each other the date and time of this conference. (Innelli, Michael) (Entered: 08/27/2020) |
| 10/05/2020 | Ï | SCHEDULING ORDER: The pre–motion conference scheduled for October 27, 2020 @ 3:00 PM is being converted to a telephone conference, due to the ongoing health crisis with COVID–19. All parties are directed to call 877–336–1839 access code 7543641 at the time of the telephone pre–motion conference . Upon receipt of this email counsel shall confirm with each other of the date and time of this telephone pre–motion conference. Ordered by Judge Frederic Block on 10/5/2020. (Innelli, Michael) (Entered: 10/05/2020) |

| | | |
|---|---|---|
| 10/27/2020 | Ï | Minute Entry for proceedings held before Judge Frederic Block: William Holleman, Esq. & Lawrence Eagle, Esq. for the plaintiff and Kevin McDonough, Esq. for the defendants, all present. Telephone pre–motion conference held on 10/27/2020. Defendants anticipated motion to dismiss the consolidated class action complaint or change venue to Utah were discussed. By November 17, 2020 plaintiff will serve and file an amend class consolidated complaint if they wish too. By November 10, 2020 both sides will serve and file letters addressing the venue issue discussed. The Court may decide to schedule another conference after recent of counsels letters. (Court Reporter: Not Reported) (Innelli, Michael) Modified on 10/27/2020 TO CORRECT DUE DATES. (Innelli, Michael). (Entered: 10/27/2020) |
| 11/09/2020 | Ï | Case Reassigned to Chief Magistrate Cheryl L. Pollak. Magistrate Judge James Orenstein no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 11/09/2020) |
| 11/10/2020 | Ï 32 | Letter *Addressing Venue* by Kyu S. Jang, Billy Wallace (Eagel, Lawrence) (Entered: 11/10/2020) |
| 11/10/2020 | Ï 33 | Letter *Motion requesting a transfer to the United States District Court for the District of Utah* by David Bywater, Dana Russell, Vivint Solar, Inc. (Attachments: # 1 Declaration of Dana Russell in Support of Defendants' Letter Motion to Transfer Venue) (McDonough, Kevin) (Entered: 11/10/2020) |
| 11/16/2020 | Ï | SCHEDULING ORDER: A telephone conference is scheduled for November 30, 2020 @ 3:00 PM to discuss the parties letters 32 & 33 as to venue and transferring this case to Utah.  All parties are directed to call 877–336–1839 then enter access code 7543641 at the time of the telephone conference. Upon receipt of this email counsel shall confirm with each other of the date and time of this telephone conference. ( Telephone Conference set for 11/30/2020 03:00 PM before Judge Frederic Block.). Ordered by Judge Frederic Block on 11/16/2020. (Innelli, Michael) (Entered: 11/16/2020) |
| 11/17/2020 | Ï 34 | Letter *regarding amending the Complaint* by Kyu S. Jang, Billy Wallace (Eagel, Lawrence) (Entered: 11/17/2020) |
| 11/30/2020 | Ï | Minute Entry for proceedings held before Judge Frederic Block: William Scott Holleman, Esq. for the plaintiff and Kevin McDonough, Esq. for the defendants, all present. Telephone conference held on 11/30/20. The partys letters 32 & 33 as to venue and transferring this case to Utah were discussed. The Court will reserve decision. The court will decide the transfer of venue issue on the letters submitted by counsel and the oral argument conducted on November 30, 2020, absent any objection from counsel. By this Friday counsel will notify the Court by letter as to whether they agree to court mediation. (Court Reporter: Linda Marino 718 613 2484) (Innelli, Michael) Modified on 11/30/2020 TO ADD LANGUAGE. (Innelli, Michael). (Entered: 11/30/2020) |
| 12/04/2020 | Ï 35 | Letter Motion to Request Mediation by Kyu S. Jang, Billy Wallace. (Holleman, William) (Entered: 12/04/2020) |
| 12/04/2020 | Ï 36 | Letter *regarding the Court's November 30, 2020 Order* by David Bywater, Dana Russell, Vivint Solar, Inc. (McDonough, Kevin) (Entered: 12/04/2020) |
| 12/30/2020 | Ï 37 | MEMORANDUM AND ORDER: All defendants move, pursuant to 28 U.S.C. § 1404(a), to transfer the action to the District of Utah. Defendants motion is granted. The Clerk is directed to transfer the case, including all actions consolidated thereunder, to the District of Utah. Ordered by Judge Frederic Block on 12/30/2020. (Innelli, Michael) (Entered: 12/30/2020) |
| 12/30/2020 | Ï | ELECTRONIC ORDER: Transferring case to the District of Utah. See entry 37 .Ordered by Judge Frederic Block on 12/30/2020. (Innelli, Michael) (Entered: 12/30/2020) |
| 12/30/2020 | Ï | |

Case transferred to District of Utah. Original file, certified copy of transfer order, and docket sheet sent. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.**. Ordered by Judge Frederic Block on 12/30/2020. (Innelli, Michael) (Entered: 12/30/2020)