Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
mjames@jdrslaw.com
mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **STIPULATED MOTION TO STAY AND NOTICE OF SETTLEMENT**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Lead Plaintiffs Billy Wallace and Kyu S. Jang and Defendants Vivint Solar, Inc., David Bywater and Dana Russell (collectively, the "Parties"), by and through their counsel, respectfully submit this Stipulated Motion to Stay and Notice of Settlement.

On May 19, 2021, the Parties engaged in mediation. At the conclusion of the mediation, the parties agreed on the terms of a settlement. The Parties now are working to finalize their agreement. The Parties seek to avoid the unnecessary expenditure of resources while the settlement is completed and therefore jointly request that the Court stay all pending deadlines until the parties file a stipulation of settlement, which the parties anticipate filing within 60 days. For

1

the Court's convenience, the Parties have agreed on the form of a proposed order, which is submitted herewith.

Dated this 2nd day of June, 2021

*/s/ Mitchell A. Stephens*
Mitchell A. Stephens
Mark F. James
JAMES DODGE RUSSELL & STEPHENS

Lawrence P. Eagel
W. Scott Holleman
Marion Passmore
BRAGAR EAGEL & SQUIRE, P.C.

*Counsel for Lead Plaintiffs Billy Wallace and Kyu S. Jang*
*and the Proposed Class*

*/s/ Bryant L Watson* (*electronic signature added by permission*)
Peggy A. Tomsic
Bryant L Watson

*Counsel for Defendants Vivint Solar, Inc. David Bywater and Dana Russell*