Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
mjames@jdrslaw.com
mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **ORDER GRANTING STIPULATED MOTION TO STAY AND NOTICE OF SETTLEMENT**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Based on the Parties' Stipulated Motion to Stay and Notice of Settlement, and for good cause shown, the Court grants the motion. Pursuant to this Order, all pending deadlines in this case are stayed until the parties file a stipulation of settlement.

Dated this ___ day of _____, 2021

United States District Court of Utah

_____

1