FILED
2021 JUN 3 PM 2:45
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRUMRINE,<br><br>    Plaintiff,<br><br>v.<br><br>VIVINT SOLAR, INC., et al.,<br><br>    Defendants. | **ORDER GRANTING STIPULATED MOTION TO STAY**<br><br><br>Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Stipulated Motion to Stay and Notice of Settlement (ECF 74) (the Motion), and for good cause appearing, the court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that all pending deadlines in this case are stayed for a period of 60 days from the date of this Order to allow the parties to file a stipulation of settlement. If the stipulation of settlement is not filed within the 60-day period, the parties must file a joint status report and may request an extension of the stay if needed.

DATED this 3 June 2021.


Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah