Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
    mjames@jdrslaw.com
    mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

---

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Lead Plaintiffs Billy Wallace and Kyu S. Jang and Defendants Vivint Solar, Inc., David Bywater and Dana Russell (collectively, the "Parties"), by and through their counsel, respectfully submit this Joint Status Report and Motion to Continue Stay.

On June 2, 2021, the Parties filed with the Court a Stipulated Motion to Stay and Notice of Settlement (ECF No. 74), wherein the Parties advised the Court that, following mediation, they agreed on the terms of a settlement and sought to stay proceedings while the Parties finalized definitive documentation regarding the settlement.

On June 3, 2021, the Court entered an Order (ECF No. 75), staying this Action "for 60 days to allow the parties to file a Stipulation of Settlement."

The Parties have been working diligently and in good faith but have not yet finalized the stipulation of settlement.  Accordingly, to avoid the unnecessary expenditure of resources while the settlement is completed, the Parties request an additional 30 days to complete and file the stipulation of settlement. For the Court's convenience, the Parties have agreed on the form of a proposed order, which is submitted herewith.

Dated this 30th day of July, 2021

*/s/Mitchell A. Stephens*
Mitchell A. Stephens
Mark F. James
JAMES DODGE RUSSELL & STEPHENS

Lawrence P. Eagel
W. Scott Holleman
Marion Passmore
BRAGAR EAGEL & SQUIRE, P.C.

*Counsel for Lead Plaintiffs Billy Wallace and Kyu S. Jang*
*and the Proposed Class*


*/s/ Bryant L Watson*
Peggy A. Tomsic
Bryant L Watson

*Counsel for Defendants Vivint Solar, Inc. David Bywater and Dana Russell*