FILED
2021 AUG 2
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRUMRINE,<br><br>    Plaintiff,<br><br>    v.<br><br>VIVINT SOLAR, INC., et al.,<br><br>    Defendants. | **ORDER GRANTING MOTION TO CONTINUE STAY**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Joint Status Report and Motion to Continue Stay (ECF 76) (the Motion), and for good cause appearing, the court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that all pending deadlines in this case are stayed for 30 days to allow the parties to finalize and file a stipulation of settlement. If the stipulation of settlement is not filed within the 30-day period, the parties must file a joint status report and may request an extension of the stay if needed.

DATED this 2 August 2021.


Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah