Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
mjames@jdrslaw.com
mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

---

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

---

Lead Plaintiffs Billy Wallace and Kyu S. Jang and Defendants Vivint Solar, Inc., David Bywater and Dana Russell (collectively, the "Parties"), by and through their counsel, respectfully submit this Joint Status Report and Motion to Continue Stay.

On June 2, 2021, the Parties filed with the Court a Stipulated Motion to Stay and Notice of Settlement (ECF No. 74), wherein the Parties advised the Court that, following mediation, they agreed on the terms of a settlement and sought to stay proceedings while the Parties finalized definitive documentation regarding the settlement.

On June 3, 2021, the Court entered an Order (ECF No. 75) staying this Action "or 60 days "to allow the parties to file a Stipulation of Settlement," and on August 3, 2021, the Court entered

1

an Order (ECF No. 77) staying this Action for another 30 days "to allow the parties to file a Stipulation of Settlement."

The Parties, as well as certain third parties who expect to be involved in the administration of the settlement, have been working diligently and in good faith but have not yet finalized the stipulation of settlement. Accordingly, to avoid the unnecessary expenditure of resources while the settlement is completed, the Parties request an additional 30 days to complete and file the stipulation of settlement. For the Court's convenience, the Parties have agreed on the form of a proposed order, which is submitted herewith.

Dated this 1st day of September, 2021

/s/Mitchell A. Stephens
Mitchell A. Stephens
Mark F. James
JAMES DODGE RUSSELL & STEPHENS

Lawrence P. Eagel
W. Scott Holleman
Marion Passmore
BRAGAR EAGEL & SQUIRE, P.C.

*Counsel for Lead Plaintiffs Billy Wallace and Kyu S. Jang
and the Proposed Class*

/s/ Bryant L. Watson
_____

Peggy A. Tomsic
Bryant L Watson

*Counsel for Defendants Vivint Solar, Inc. David Bywater and Dana Russell*

2

Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
        mjames@jdrslaw.com
        mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **ORDER GRANTING MOTION TO CONTINUE STAY**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Based on the Parties' Joint Status Report and Motion to Continue Stay, and for good cause shown, the Court grants the motion. Pursuant to this Order, all pending deadlines in this case are stayed for 30 days to allow the Parties to finalize and file a stipulation of settlement.

Dated this __ day of _____, 2021

United States District Court of Utah

_____

3