Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
        mjames@jdrslaw.com
        mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **ORDER GRANTING MOTION TO CONTINUE STAY**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Based on the Parties' Joint Status Report and Motion to Continue Stay, and for good cause shown, the Court grants the motion. Pursuant to this Order, all pending deadlines in this case are stayed for 30 days to allow the Parties to finalize and file a stipulation of settlement.

Dated this ___ day of _____, 2021

United States District Court of Utah

_____

1