Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
     mjames@jdrslaw.com
     mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Lead Plaintiffs Billy Wallace and Kyu S. Jang and Defendants Vivint Solar, Inc., David Bywater and Dana Russell (collectively, the "Parties"), by and through their counsel, respectfully submit this Joint Status Report and Motion to Continue Stay.

On June 2, 2021, the Parties filed with the Court a Stipulated Motion to Stay and Notice of Settlement (ECF No. 74), wherein the Parties advised the Court that, following mediation, they agreed on the terms of a settlement and sought to stay proceedings while the Parties finalized definitive documentation regarding the settlement.

On June 3, 2021, the Court entered an Order (ECF No. 75) staying this Action "or 60 days "to allow the parties to file a Stipulation of Settlement." On August 3, 2021, and again on

1

September 2, 2021, the Court entered orders (ECF Nos. 77, 79) staying this Action for another 30 days "to allow the parties to file a Stipulation of Settlement."

The Parties, as well as certain third parties who will be involved in the administration of the settlement, have been working diligently and in good faith and are close to done finalizing the settlement papers. Nevertheless, the Parties need an additional extension to finalize the stipulation of settlement. Accordingly, to avoid the unnecessary expenditure of resources while the settlement is completed, the Parties request a final 30-day extension to complete and file the stipulation of settlement. For the Court's convenience, the Parties have agreed on the form of a proposed order, which is submitted herewith.

Dated this 1st day of October , 2021

*/s/Mitchell A. Stephens*
Mitchell A. Stephens
Mark F. James
JAMES DODGE RUSSELL & STEPHENS

Lawrence P. Eagel
W. Scott Holleman
Marion Passmore
BRAGAR EAGEL & SQUIRE, P.C.

*Counsel for Lead Plaintiffs Billy Wallace and Kyu S. Jang
and the Proposed Class*

/s/ Bryant L Watson.
Peggy A. Tomsic
Bryant L Watson

*Counsel for Defendants Vivint Solar, Inc. David Bywater and Dana Russell*