FILED
2021 OCT 4 PM 12:13
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRUMRINE,<br><br>        Plaintiff,<br><br>    v.<br><br>VIVINT SOLAR, INC., et al.,<br><br>        Defendants. | **ORDER GRANTING THIRD MOTION TO CONTINUE STAY**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br><br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Third Joint Status Report and Motion to Continue Stay (Motion) (ECF 80), and for good cause appearing, the court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that all pending deadlines in this case are stayed for 30 days to allow the parties to finalize and file a stipulation of settlement.

DATED this 4 October 2021.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah