Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
    mjames@jdrslaw.com
    mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **JOINT STATUS REPORT AND MOTION TO CONTINUE STAY**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Lead Plaintiffs Billy Wallace and Kyu S. Jang and Defendants Vivint Solar, Inc., David Bywater and Dana Russell (collectively, the "Parties"), by and through their counsel, respectfully submit this Joint Status Report and Motion to Continue Stay.

On June 2, 2021, the Parties filed with the Court a Stipulated Motion to Stay and Notice of Settlement (ECF No. 74), wherein the Parties advised the Court that, following mediation, they agreed on the terms of a settlement and sought to stay proceedings while the Parties finalized definitive documentation regarding the settlement.

On June 3, 2021, the Court entered an Order (ECF No. 75) staying this Action "or 60 days "to allow the parties to file a Stipulation of Settlement." On August 3, 2021, on September 2, 2021,

1

and on October 4, 2021 the Court entered orders (ECF Nos. 77, 79, 81) staying this Action for another 30 days "to allow the parties to finalize and file a Stipulation of Settlement."

The Parties have continued to work diligently and in good faith in finalizing the Stipulation of Settlement and anticipate completion within the next few days. As such, Lead Plaintiffs are concurrently filing herewith an unopposed motion to file an overlength memorandum in connection with the motion for preliminary approval of the settlement. Accordingly, to avoid the unnecessary expenditure of resources while the settlement is completed, the Parties request a brief one-week extension to November 10, 2021, to file the motion for preliminary approval which will attach the stipulation of settlement. For the Court's convenience, the Parties have agreed on the form of a proposed order, which is submitted herewith.

Dated this 3rd day of November, 2021

_/s/Mitchell A. Stephens_
Mitchell A. Stephens
Mark F. James
JAMES DODGE RUSSELL & STEPHENS

Lawrence P. Eagel
W. Scott Holleman
Marion Passmore
BRAGAR EAGEL & SQUIRE, P.C.

*Counsel for Lead Plaintiffs Billy Wallace and Kyu S. Jang*
*and the Proposed Class*

/s/ _Kevin McDonough_
Kevin McDonough

*Counsel for Defendants Vivint Solar, Inc. David Bywater and Dana Russell*