Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
    mjames@jdrslaw.com
    mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| | **ORDER GRANTING MOTION TO CONTINUE STAY** |
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | Case No. 2:20-cv-00919-JNP-CMR<br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

Based on the Parties' Joint Status Report and Motion to Continue Stay, and for good cause shown, the Court grants the motion. Pursuant to this Order, all pending deadlines in this case are stayed to allow the Parties to finalize and file a stipulation of settlement to be attached to Lead Plaintiffs' motion for preliminary approval of settlement which shall be filed on or before November 10, 2021.

Dated this __ day of _____, 2021

United States District Court of Utah

_____

1