FILED
2021 NOV 4 PM 12:10
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CRUMRINE,<br><br>    Plaintiff,<br><br>  v.<br><br>VIVINT SOLAR, INC., et al.,<br><br>    Defendants. | **ORDER GRANTING FOURTH MOTION TO CONTINUE STAY**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the parties' Joint Status Report and Motion to Continue Stay (Motion) (ECF 83), and for good cause appearing, the court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that all pending deadlines in this case are stayed until November 10, 2021, to allow the parties to finalize and file a stipulation of settlement to be attached to Lead Plaintiffs' motion for preliminary approval of settlement.

DATED this 4 October 2021.

Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah