Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
    mjames@jdrslaw.com
    mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

**DECLARATION OF W. SCOTT HOLLEMAN IN
SUPPORT OF LEAD PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, W. Scott Holleman, hereby declare as follows:

1.    I am a member in good standing of the bars of the States of New York and California. I am admitted *pro hac vice* in the above-captioned action. I am a Partner with the law firm of Bragar Eagel & Squire, P.C., counsel for Lead Plaintiffs Billy Wallace and Kyu S. Jang.[1] I am over 18 years of age and am fully competent to make this declaration. I have personal knowledge of the facts stated herein, or they are known to me in my capacity as an attorney with Bragar Eagel & Squire, P.C., and each of them is true and correct.

2.    I submit this Declaration, together with the attached exhibits, in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

3.    Attached hereto as Exhibit A is a true and correct copy of the Stipulation;

   a.  Attached as Exhibit 1 thereto is a true and correct copy of the [Proposed] Preliminary Approval Order;

   b.  Attached as Exhibit 2 thereto is a true and correct copy of the Notice;

   c.  Attached as Exhibit 3 thereto is a true and correct copy of the Summary Notice;

   d.  Attached as Exhibit 4 thereto is a true and correct copy of the Postcard Notice;

   e.  Attached as Exhibit 5 thereto is a true and correct copy of the Claim Form;

   f.  Attached as Exhibit 6 thereto is a true and correct copy of the [Proposed] Final Order and Judgement;

4.    Attached hereto as Exhibit B is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C.;

5.    Attached hereto as Exhibit C is a true and correct copy of the firm résumé of James Dodge Russell & Stephens P.C.;

6.    Attached hereto as Exhibit D is a true and correct copy of Janeen McIntosh and

---

[1] Unless otherwise defined, all capitalized terms herein have the same meaning as set forth in the Stipulation and Agreement of Settlement dated November 4, 2021 (the "Stipulation").

Svetlana Starykh, *Recent Trends in Securities Class Action Litigation: 2020 Full-Year Review*, NERA (Jan. 25, 2021).

7.      After consulting with experts, Plaintiffs estimate that if they prevailed on all claims, the upper end of the likely recoverable damages would be $2.6 million. Thus, the proposed Settlement Amount constitutes approximately 48% of the potential recoverable damages.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 10th day of November, 2021.

*/s/ W. Scott Holleman*
W. Scott Holleman

2