# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

**DECLARATION OF BILLY WALLACE IN SUPPORT OF**
**(1) LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF**
**CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION, AND CERTIFICATION**
**OF SETTLEMENT CLASS, AND (2) LEAD COUNSEL'S MOTION FOR AN AWARD**
**OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

I, Billy Wallace, declare under penalty of perjury as follows:

1. I am a Court-appointed Lead Plaintiff in the above-captioned securities class action (the "Action"). I submit this declaration in support of: (i) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, Plan of Allocation, and Certification of Settlement Class; (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; and (iii) approval of my request for an incentive payment which includes, but is not limited to, reimbursement of my reasonable costs and expenses directly related to my representation of the Class, pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").

2. I am aware of and understand the requirements and responsibilities of a representative plaintiff in a securities class action, including those set forth by the PSLRA. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration, as I

have been directly involved in monitoring and overseeing the prosecution of the Action, as well as the negotiations leading to Settlement, and I could and would testify competently to these matters.

3.      I have a Bachelor's of Science in Electrical Engineering and am currently retired, formerly being employed in the defense industry for over forty-two years. I have resided in Granbury, Texas for about thirty years. I have been investing in securities for approximately sixty years and am an experienced investor. Based on my own research of Vivint Solar, Inc. ("Vivint Solar"), I purchased Vivint Solar common stock during the Class Period alleged in the Action and suffered a loss as a result of the Defendants' conduct alleged in the Action. On my own initiative, I contacted Bragar Eagel & Squire, P.C. ("Bragar Eagel" or "Lead Counsel") in 2019 to obtain more information concerning this matter and decided to retain Bragar Eagel to seek appointment as Lead Plaintiff.

4.      I have been actively involved in the prosecution of this Action since 2019 when I decided to seek appointment as Lead Plaintiff. Throughout the litigation, I received periodic status reports from Bragar Eagel on case developments and participated in regular communications concerning the prosecution of the Action, the strengths and risks of the claims, and potential settlement. In connection with my representation of the Class, over the past two years I have, among other things: (i) researched news related to Vivint Solar and its securities; (ii) regularly communicated with my attorneys regarding the progress of the case through written correspondence and on telephone calls; (iii) reviewed all significant pleadings, documents and orders in the Action; (iv) consulted with my attorneys regarding pursuing mediation, the overall

2

settlement prospects and objectives, and status of the parties' negotiations throughout the settlement; and (v) evaluated and approved the proposed Settlement.

5.      Based on my involvement throughout the prosecution and resolution of the claims asserted in the Action, I believe the Settlement provides an excellent recovery for the Settlement Class, particularly in light of the risks of continued litigation.  Thus, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class and I strongly endorse approval of the Settlement by the Court.

6.      Based on the time and effort I have spent on this case, the success that has been achieved in obtaining an excellent $1.25 million settlement on behalf of the Settlement Class, and my understanding from Bragar Eagel that service awards are regularly awarded in similar circumstances by federal courts, I respectfully request that the Court approve my request for a service award of $1,750.00.

7.      I also note that Lead Counsel agreed to represent me and the Class on a fully contingent basis, and also agreed to advance all litigation costs and expenses.  I understand that Lead Counsel intend to seek an award of attorneys' fees in the amount of 33 and ⅓ percent of the $1.25 million Settlement Fund, plus reimbursement of expenses.  Based on my experience working with my counsel, my general knowledge that contingent fees of one-third of the recovery are unexceptional in complicated securities class actions like this one, the excellent result achieved, and my understanding that even a one-third fee will not result in any significant "multiple" on the value of their time based on their hourly rates that are consistent with those approved by courts across the country in similar complex class actions, I support their fee and expense application.

8.    Accordingly, I respectfully request that the Court approve: (i) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, Plan of Allocation, and Certification of Settlement Class; (ii) Lead Counsel's Motion for Attorneys' Fees and Reimbursement of Litigation Expenses, and (iii) my application for a service award in the amount of $1,750.00.

I, Billy Wallace, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __30__ day of March, 2022.

*Billy Joe Wallace*
Billy Joe Wallace (Mar 30, 2022 21:35 CDT)

Billy Wallace

4