# EXHIBIT D

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

**DECLARATION OF LAWRENCE P. EAGEL
ON BEHALF OF BRAGAR EAGEL & SQUIRE, P.C. IN SUPPORT
OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Lawrence P. Eagel, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am a partner and shareholder of the law firm of Bragar Eagel & Squire, P.C. ("Bragar Eagel").  Bragar Eagel is the Court-appointed Lead Counsel in the above-captioned action (the "Action").  I am submitting this Declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the Action, as well as for reimbursement of litigation expenses incurred in connection with the Action.  I have personal knowledge of the facts set for herein and, if called upon, could and would testify thereto.

2.      Bragar Eagel, as Lead Counsel, was involved in all aspects of the Action and its settlement as set forth in the Declaration of Lawrence P. Eagel in Support of (1) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, Plan of Allocation, and Certification of Settlement Class; and (2) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

3.      The information in this Declaration regarding Bragar Eagel's time and expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course

of business.  The records (and backup documentation where necessary) were reviewed to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time and expenses incurred.

4.    The schedule attached hereto as Exhibit 1 is a summary indicating the amount of time spent by attorneys and professional support staff members of Bragar Eagel who were involved in the prosecution of the Action, and the lodestar calculation based on Bragar Eagel's current hourly rates.  Exhibit 1 sets forth the amount of time Bragar Eagel attorneys and professional staff billed from the inception of the Action through March 29, 2022 (the "Time Period").  Time expended exclusively on preparing the application for attorneys' fees and payment of expenses has been excluded.  The schedule was prepared from time records regularly prepared and maintained by the firm.

5.    The hourly rates for the attorneys and professional support staff members of Bragar Eagel included in Exhibit 1 are the firm's usual and customary hourly rates.  These hourly rates are substantially the same as rates that have been accepted by courts in other securities or shareholder litigation.  For personnel who are no longer employed by the firm, the lodestar calculation is based upon the rates for such personnel in his or her final year of employment by the firm.

6.    The total number of hours reported by the Bragar Eagel during the Time Period is 604.75.  The total lodestar amount for reported attorney and professional support staff members time based on our firm's current rates is $442,531.25.

2

7.    The firm's lodestar figures are based upon the firm's hourly rates, which do not include charges for expense items.  Expense items are recorded separately and are not duplicated in the hourly rates.

8.    As detailed in Exhibit 2, Bragar Eagel has incurred a total of $29,858.91 in expenses in connection with the prosecution of the Action.  The expenses are reflected on the books and records of the firm.  These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of March, 2022.

Lawrence P. Eagel

3

# EXHIBIT 1

## EXHIBIT 1

### IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION
### Case No.: 2:20-cv-00919-JNP-CMR (D. Utah)

### LODESTAR REPORT

**FIRM:  BRAGAR EAGEL & SQUIRE, P.C.**
**REPORTING PERIOD:  INCEPTION THROUGH MARCH 29, 2022**

| ATTORNEYS | Status | Total Hours | Rate | Lodestar |
|---|---|---|---|---|
| Lawrence Eagel | P | 25.75 | $950.00 | $24,462.50 |
| Marion Passmore | P | 253.5 | $875.00 | $221,812.50 |
| Scott Holleman | P | 144.5 | $875.00 | $126,437.50 |
| Melissa Fortunato | P | 6.75 | $825.00 | $5,568.75 |
| Garam Choe | A | 8.75 | $650.00 | $5,687.50 |
| Alexandra Raymond | A | 15.25 | $475.00 | $7,243.75 |
| Dena Bielasz | PL | 49.75 | $375.00 | $18,656.25 |
| Ian Reinicke | PL | 82.75 | $325.00 | $26,893.75 |
| Sofia Ferrara | PL | 17.75 | $325.00 | $5,768.75 |
| **TOTALS** | | **604.75** | | **$442,531.25** |

**P=Partner; A=Associate; PL=Paralegal**

# EXHIBIT 2

## EXHIBIT 2

### IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION
### Case No.: 2:20-cv-00919-JNP-CMR (D. Utah)

### EXPENSE REPORT

**FIRM: BRAGAR EAGEL & SQUIRE, P.C.**

| EXPENSE CATEGORY | TOTAL AMOUNT |
|---|---|
| Investigator Fees | $8,356.40 |
| Messengers | $42.95 |
| Overnight Delivery Services | $49.85 |
| Experts/Consultants | $4,813.00 |
| Transportation/Meals/Lodging | $96.71 |
| Mediation Fees | $15,000.00 |
| Miscellaneous (Transfer Agent Charges) | $1,500.00 |
| **TOTAL** | **$29,858.91** |