# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

**DECLARATION OF MITCHELL A. STEPHENS**
**ON BEHALF OF JAMES DODGE RUSSELL & STEPHENS, P.C. IN SUPPORT**
**OF APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

I, Mitchell A. Stephens, declare as follows, pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm James Dodge Russell & Stephens, P.C. ("James Dodge"), Utah counsel for Lead Plaintiffs Billy Wallace and Kyu S. Jang (together, "Plaintiffs") in the above-captioned action (the "Action").  I am submitting this Declaration in support of Lead Counsel's application for an award of attorneys' fees in connection with services rendered in the Action, as well as for reimbursement of litigation expenses incurred in connection with the Action. I have personal knowledge of the facts set forth herein and, if called upon, could and would testify thereto.

2.      James Dodge actively participated in the prosecution of the claims on behalf of Plaintiffs and the Settlement Class.  In particular, James Dodge performed work on behalf of Plaintiffs and the Settlement Class at the direction and under the supervision of the Court-appointed Lead Counsel, Bragar Eagel & Squire, P.C.  James Dodge participated in, among other tasks, reviewing and commenting upon drafts of the Attorney Planning Meeting Report, motions to stay and extend deadlines, the settlement stipulation and related documents, and the motion for

preliminary approval of settlement, including ensuring compliance with the District of Utah local rules.

3.      The information in this Declaration regarding James Dodge's time and expenses is taken from time and expense records prepared and maintained by the firm in the ordinary course of business. The records (and backup documentation where necessary) were reviewed to confirm both the accuracy of the entries as well as the necessity for and reasonableness of the time and expenses incurred.

4.      The schedule attached hereto as Exhibit 1 is a summary indicating the amount of time spent by attorneys and professional support staff members of James Dodge who were involved in the prosecution of the Action, and the lodestar calculation based on James Dodge's current hourly rates. Exhibit 1 sets forth the amount of time James Dodge attorneys and professional staff billed from the time the Action was transferred to the District of Utah through March 29, 2022 (the "Time Period"). Time expended exclusively on preparing the application for attorneys' fees and payment of expenses has been excluded. The schedule was prepared from time records regularly prepared and maintained by the firm.

5.      The hourly rates for the attorneys and professional support staff of James Dodge included in Exhibit 1 are the firm's usual and customary hourly rates. These hourly rates are substantially the same as, or lower than, rates that have been accepted by courts in other securities or shareholder litigation. For personnel who are no longer employed by the firm, the lodestar calculation is based upon the rates for such personnel in his or her final year of employment by the firm.

2

6.      The total number of hours reported by the firm during the Time Period is 18.75. The total lodestar amount for reported attorney and professional support staff members time based on our firm's current rates is $9,495.00.

7.      The firm's lodestar figures are based upon the firm's hourly rates, which do not include charges for expense items.  Expense items are recorded separately and are not duplicated in the hourly rates.

8.      As detailed in Exhibit 2, James Dodge has incurred a total of $750.00 in expenses in connection with the prosecution of the Action.  The expenses are reflected on the books and records of the firm.  These books and records are prepared from expense vouchers, check records, and other source materials and are an accurate record of the expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March, 2022.

/s/ *Mitchell A. Stephens*
Mitchell A. Stephens

3

# EXHIBIT 1

## EXHIBIT 1

**IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION**
**Case No.: 2:20-cv-00919-JNP-CMR (D. Utah)**

**LODESTAR REPORT**

**FIRM:  JAMES DODGE RUSSELL & STEPHENS, P.C.**
**REPORTING PERIOD:  JANUARY 1, 2021 THROUGH MARCH 29, 2022**

| ATTORNEYS | Status | Total Hours | Rate | Lodestar |
|---|---|---|---|---|
| Mark James | P | 5.3 | $650 | $3,445.00 |
| Mitchell Stephens | P | 11.65 | $500 | $5,825.00 |
| Cami Bradford | PL | 1.8 | $125 | $225.00 |
| **TOTALS** | | **18.75** | | **$9,495.00** |

**P=Partner; PL=Paralegal.**

# EXHIBIT 2

## EXHIBIT 2

**IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION**
**Case No.: 2:20-cv-00919-JNP-CMR (D. Utah)**

**EXPENSE REPORT**

**FIRM:  JAMES DODGE RUSSELL & STEPHENS, P.C.**

| EXPENSE CATEGORY | TOTAL AMOUNT |
|---|---|
| Court Fees | $750.00 |
| **TOTAL** | **$750.00** |