# EXHIBIT F

**IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION**
**Case No.: 2:20-cv-00919-JNP-CMR (D. Utah)**

**SUMMARY TABLE OF**
**PLAINTIFFS' COUNSEL'S LODESTARS AND LITIGATION EXPENSES**

| FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|
| Bragar Eagel & Squire, P.C. | 604.75 | $442,531.25 | $29,858.91 |
| James Dodge Russell & Stephens, P.C. | 18.75 | $9,495.00 | $750.00 |
| **TOTALS** | **623.50** | **$452,026.25** | **$30,608.91** |