# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | Case No. 2:20-cv-00919 JNP-CMR<br><br>District Judge: Jill N. Parrish<br>Magistrate Judge Cecilia M. Romero |

**SUPPLEMENTAL DECLARATION OF JACK EWASHKO ON BEHALF OF**
**A.B. DATA, LTD. REGARDING REPORT ON REQUESTS FOR EXCLUSION**

Pursuant to 28 U.S.C. §1746, I, Jack Ewashko, declare:

1.      I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"). I am over 21 years of age and am not a party to the above-captioned action. My business address is 600 A.B. Data Drive, Milwaukee, WI 53217, and my telephone number is 414-961-7555. A.B. Data was authorized to act as the Claims Administrator in connection with the settlement with In Re Vivint Solar, Inc. Securities Litigation in the above-captioned action (the "Action").[1] I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this Declaration to supplement to my earlier declaration, the Declaration of Jack Ewashko on Behalf of A.B. Data, Ltd. Regarding Notice Administration, dated March 30, 2022 (ECF No. 93-1) (the "Initial Mailing Declaration"), which provided the Court with information regarding the implementation of the notice plan.

---

[1] Unless otherwise noted, capitalized terms not defined herein have the same meaning as in the Mailed Notice and the Stipulation and Agreement of Settlement dated November 10, 2021 (the "Stipulation"). ECF No. 87-2.

### CONTINUED MAILING OF THE NOTICE PACKET

3.      Since the execution of my Initial Mailing Declaration, A.B. Data has continued to disseminate copies of the Postcard Notice in response to additional requests from potential Settlement Class members and nominees. Through April 26, 2022, A.B. Data has mailed a total of 21,330 Postcard Notices to potential Settlement Class members and nominees.

### TELEPHONE HELPLINE AND WEBSITE

4.      A.B. Data continues to maintain the toll-free telephone number (1-877-888-8653) and interactive voice response system to accommodate any inquiries from potential Settlement Class members with questions about the Action and the Settlement. As of the date of this declaration, 105 callers have called the toll-free number.

5.      A.B.    Data    also    continues    to    maintain    the    settlement website (www.VivintSolarClassAction.com)    and    an    email    address    (info@ VivintSolarClassAction.com) in order to assist Settlement Class members. The website includes information regarding the Action and the proposed Settlement, including exclusion, objection, and claim filing deadlines, and the date, time and location of the Court's Settlement Hearing. The website has been visited 1,092 times as of April 26, 2022.

6.      A.B. Data will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

### REPORT ON REQUESTS FOR EXCLUSION RECEIVED

7.      The Notice informed potential members of the Settlement Class that Requests for Exclusion from the Settlement Class were to be mailed or otherwise delivered such that they were received by April 14, 2022. As reported in the Initial Mailing Declaration, as of March 30, 2022,

A.B. Data had received one (1) Request for Exclusion. No additional Requests for Exclusion have been received as of the date of this Declaration.

## **REPORT ON OBJECTIONS**

8.      The Notice also informed potential Settlement Class members that objections to the Settlement or any of its terms, the proposed Plan of Allocation or Lead Counsel's application for attorneys' fees and expenses were to be mailed or otherwise delivered such that they were to be received no later than April 14, 2022. As of the date of this Declaration, A.B. Data has not received any objections to the Settlement and knows of no other objections sent to Lead Counsel or Defendant's Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26 day of April 2022.

_____
Jack Ewashko