## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **ORDER APPROVING PLAN OF ALLOCATION**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge: Jill N. Parrish<br>Magistrate Judge: Cecilia M. Romero |

Before the Court is the lead plaintiffs' motion for final approval of the class action settlement. ECF No. 91. The court GRANTS the motion.

WHEREAS, this matter came before the Court on May 5, 2022 (the "Settlement Hearing"), on Lead Plaintiffs' motion for final approval of the proposed class action Settlement and approval of the proposed plan of allocation of the Net Settlement Fund (the "Plan of Allocation") created by the Settlement achieved in the above-captioned class action (the "Action"). The Court, having considered all matters submitted to it at the Settlement Hearing and otherwise; and it appearing that the Claims Administrator posted a copy of the notice of the Settlement Hearing, substantially in the form approved by the Court (the "Notice"), to a website dedicated to the administration of the settlement of this Action; and that postcards providing notice of the Settlement Hearing, substantially in the form approved by the Court (the "Postcard Notice"), were mailed to 21,330 potential Settlement Class members and nominees; and that a summary notice of the Settlement Hearing (the "Summary Notice"), substantially in the form approved by the Court, was published

in *Investor's Business Daily* and transmitted over *PR Newswire*; and the Court having considered and determined the fairness and reasonableness of the proposed Plan of Allocation;

NOW, THEREFORE, THE COURT FINDS AS FOLLOWS:

1. This Order incorporates and makes a part hereof the Stipulation and Agreement of Settlement (the "Stipulation"), dated November 4, 2021 (ECF No. 87-2) (the "Stipulation"), and all capitalized terms not defined in this Order shall have the meaning set forth in the Stipulation.

2. This Court has jurisdiction over the subject matter of the Action and over all Parties to the Action, including Settlement Class members.

3. Notice of Lead Plaintiffs' motion for final approval of the Settlement and the proposed Plan of Allocation was given to all Settlement Class members who could be identified with reasonable effort. The form and method of notifying the Settlement Class of the motion for final approval of the Settlement and the proposed Plan of Allocation satisfied the requirements of Rule 23 of the Federal Rules of Civil Procedure, the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 as amended, due process, and all other applicable law; constituted the best notice practicable under the circumstances; and constituted due and sufficient notice to all persons and entities entitled thereto.

4. The Claims Administrator posted a copy of the Notice (including the Plan of Allocation), substantially in the form approved by the Court, to a website dedicated to the administration of the settlement of this Action, and as of April 26, 2022, 21,330 copies of the Postcard Notice were mailed to potential Settlement Class members and nominees containing instructions on how to access the Notice on the Settlement website. No objections to the Plan of Allocation have been received.

5.      The Court hereby finds and concludes that the formula in the Plan of Allocation for the calculation of the claims of Authorized Claimants, as set forth in the Notice, provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Settlement Class members.

BASED UPON THESE FINDINGS, THE COURT ORDERS:

1.      The Court hereby approves the Plan of Allocation and directs the lead plaintiffs to follow it.

DATED May 9, 2022

_____
Judge Jill N. Parrish
United States District Court for the District of Utah

3