# EXHIBIT C

| Filer ClaimNumber | ClaimNumber | Name1 | Name2 | AccountID | Duplicate ClaimNumber | Recognized Claim Amount | Claim Status | Deficient Flags |
|---|---|---|---|---|---|---|---|---|
| 144335525 | 76157615 | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXX | | 220 | Accepted | |
| 144335525 | 76157616 | XXXXXXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXXXXXX | XXXXXXX | | 0 | Full Rejection | NOLOS |