# EXHIBIT D

EXHIBIT D

Exhibit Summary - Total Claims: 1,996; Total Recognized Claim: $1,313,525.58

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76157615 | $220.00 | 76352874 | $205.37 | 76371704 | $16.50 | 76372466 | $20.02 |
| 76280669 | $16.50 | 76352876 | $60.50 | 76371705 | $33.00 | 76372467 | $463.32 |
| 76297825 | $440.00 | 76352877 | $213.06 | 76371707 | $627.00 | 76372468 | $2,994.10 |
| 76297826 | $20,293.13 | 76352881 | $16.50 | 76371709 | $7,735.00 | 76372471 | $132.42 |
| 76306796 | $44.00 | 76355211 | $2,829.97 | 76372193 | $2.53 | 76372472 | $9,330.31 |
| 76307510 | $0.55 | 76355212 | $439.89 | 76372195 | $20.35 | 76372473 | $4,087.52 |
| 76307511 | $11.33 | 76355214 | $1,804.00 | 76372201 | $185.68 | 76372478 | $484.15 |
| 76307539 | $31.13 | 76357976 | $47.41 | 76372202 | $1,709.95 | 76372552 | $110.00 |
| 76307543 | $0.22 | 76357981 | $11,827.53 | 76372207 | $7.15 | 76372555 | $1,003.20 |
| 76307544 | $12,419.00 | 76357984 | $278.63 | 76372208 | $326.04 | 76372560 | $14.08 |
| 76307554 | $27.61 | 76357989 | $44.00 | 76372210 | $2,483.69 | 76372564 | $6,127.97 |
| 76352770 | $11.00 | 76358005 | $55.11 | 76372217 | $1.65 | 76372567 | $15,679.95 |
| 76352773 | $81.07 | 76358007 | $144.10 | 76372218 | $18.04 | 76372573 | $326.04 |
| 76352776 | $99.00 | 76358010 | $544.50 | 76372223 | $656.59 | 76372574 | $741.73 |
| 76352785 | $91.00 | 76358015 | $16,298.59 | 76372225 | $1,144.00 | 76372578 | $75.90 |
| 76352805 | $71.50 | 76358016 | $275.33 | 76372226 | $224.07 | 76372583 | $6,545.00 |
| 76352806 | $27.50 | 76358018 | $29.81 | 76372227 | $60.39 | 76372584 | $711.26 |
| 76352807 | $159.50 | 76358021 | $19.47 | 76372228 | $2,278.32 | 76372595 | $1,635.70 |
| 76352808 | $176.00 | 76358028 | $36.74 | 76372232 | $2,001.78 | 76372600 | $1,474.00 |
| 76352809 | $55.00 | 76358032 | $153.23 | 76372234 | $21,616.87 | 76372601 | $539.00 |
| 76352810 | $49.50 | 76358038 | $76.34 | 76372235 | $1,397.00 | 76372602 | $1,822.59 |
| 76352811 | $18.70 | 76358039 | $9.35 | 76372242 | $6,795.03 | 76372606 | $253.00 |
| 76352812 | $38.50 | 76358040 | $14.08 | 76372245 | $34,254.00 | 76372607 | $3,676.77 |
| 76352813 | $55.00 | 76358041 | $5.72 | 76372247 | $2.80 | 76372610 | $1,441.00 |
| 76352814 | $46.75 | 76358042 | $1.10 | 76372249 | $47.30 | 76372615 | $571.99 |
| 76352815 | $13.20 | 76371546 | $1,204.39 | 76372251 | $13.20 | 76372627 | $740.19 |
| 76352816 | $33.00 | 76371551 | $50,428.84 | 76372252 | $69,531.00 | 76372632 | $280.94 |
| 76352817 | $33.00 | 76371605 | $128.07 | 76372253 | $193.60 | 76372635 | $975.26 |
| 76352818 | $19.25 | 76371667 | $715.00 | 76372255 | $55.44 | 76372796 | $245.85 |
| 76352819 | $31.90 | 76371678 | $1,957.78 | 76372256 | $1.10 | 76372804 | $5,590.39 |
| 76352822 | $113.74 | 76371682 | $357.02 | 76372258 | $1,825.56 | 76372814 | $57.75 |
| 76352823 | $895.95 | 76371687 | $364.86 | 76372460 | $153,267.07 | 76374354 | $791.12 |
| 76352834 | $363.22 | 76371695 | $0.11 | 76372463 | $7,173.43 | 76374359 | $220.00 |
| 76352868 | $771.10 | 76371698 | $11,222.64 | 76372464 | $1,661.17 | 76374362 | $41.47 |

Exhibit D: Page 1 of 14

EXHIBIT D

Exhibit Summary - Total Claims: 1,996; Total Recognized Claim: $1,313,525.58

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76157615 | $220.00 | 76352874 | $205.37 | 76371704 | $16.50 | 76372466 | $20.02 |
| 76280669 | $16.50 | 76352876 | $60.50 | 76371705 | $33.00 | 76372467 | $463.32 |
| 76297825 | $440.00 | 76352877 | $213.06 | 76371707 | $627.00 | 76372468 | $2,994.10 |
| 76297826 | $20,293.13 | 76352881 | $16.50 | 76371709 | $7,735.00 | 76372471 | $132.42 |
| 76306796 | $44.00 | 76355211 | $2,829.97 | 76372193 | $2.53 | 76372472 | $9,330.31 |
| 76307510 | $0.55 | 76355212 | $439.89 | 76372195 | $20.35 | 76372473 | $4,087.52 |
| 76307511 | $11.33 | 76355214 | $1,804.00 | 76372201 | $185.68 | 76372478 | $484.15 |
| 76307539 | $31.13 | 76357976 | $47.41 | 76372202 | $1,709.95 | 76372552 | $110.00 |
| 76307543 | $0.22 | 76357981 | $11,827.53 | 76372207 | $7.15 | 76372555 | $1,003.20 |
| 76307544 | $12,419.00 | 76357984 | $278.63 | 76372208 | $326.04 | 76372560 | $14.08 |
| 76307554 | $27.61 | 76357989 | $44.00 | 76372210 | $2,483.69 | 76372564 | $6,127.97 |
| 76352770 | $11.00 | 76358005 | $55.11 | 76372217 | $1.65 | 76372567 | $15,679.95 |
| 76352773 | $81.07 | 76358007 | $144.10 | 76372218 | $18.04 | 76372573 | $326.04 |
| 76352776 | $99.00 | 76358010 | $544.50 | 76372223 | $656.59 | 76372574 | $741.73 |
| 76352785 | $91.00 | 76358015 | $16,298.59 | 76372225 | $1,144.00 | 76372578 | $75.90 |
| 76352805 | $71.50 | 76358016 | $275.33 | 76372226 | $224.07 | 76372583 | $6,545.00 |
| 76352806 | $27.50 | 76358018 | $29.81 | 76372227 | $60.39 | 76372584 | $711.26 |
| 76352807 | $159.50 | 76358021 | $19.47 | 76372228 | $2,278.32 | 76372595 | $1,635.70 |
| 76352808 | $176.00 | 76358028 | $36.74 | 76372232 | $2,001.78 | 76372600 | $1,474.00 |
| 76352809 | $55.00 | 76358032 | $153.23 | 76372234 | $21,616.87 | 76372601 | $539.00 |
| 76352810 | $49.50 | 76358038 | $76.34 | 76372235 | $1,397.00 | 76372602 | $1,822.59 |
| 76352811 | $18.70 | 76358039 | $9.35 | 76372242 | $6,795.03 | 76372606 | $253.00 |
| 76352812 | $38.50 | 76358040 | $14.08 | 76372245 | $34,254.00 | 76372607 | $3,676.77 |
| 76352813 | $55.00 | 76358041 | $5.72 | 76372247 | $2.80 | 76372610 | $1,441.00 |
| 76352814 | $46.75 | 76358042 | $1.10 | 76372249 | $47.30 | 76372615 | $571.99 |
| 76352815 | $13.20 | 76371546 | $1,204.39 | 76372251 | $13.20 | 76372627 | $740.19 |
| 76352816 | $33.00 | 76371551 | $50,428.84 | 76372252 | $69,531.00 | 76372632 | $280.94 |
| 76352817 | $33.00 | 76371605 | $128.07 | 76372253 | $193.60 | 76372635 | $975.26 |
| 76352818 | $19.25 | 76371667 | $715.00 | 76372255 | $55.44 | 76372796 | $245.85 |
| 76352819 | $31.90 | 76371678 | $1,957.78 | 76372256 | $1.10 | 76372804 | $5,590.39 |
| 76352822 | $113.74 | 76371682 | $357.02 | 76372258 | $1,825.56 | 76372814 | $57.75 |
| 76352823 | $895.95 | 76371687 | $364.86 | 76372460 | $153,267.07 | 76374354 | $791.12 |
| 76352834 | $363.22 | 76371695 | $0.11 | 76372463 | $7,173.43 | 76374359 | $220.00 |
| 76352868 | $771.10 | 76371698 | $11,222.64 | 76372464 | $1,661.17 | 76374362 | $41.47 |

Exhibit D: Page 1 of 14

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76374420 | $0.33 | 76374617 | $0.44 | 76374735 | $0.60 | 76374779 | $110.00 |
| 76374440 | $52.25 | 76374620 | $64.35 | 76374738 | $0.33 | 76374780 | $11.00 |
| 76374441 | $3,184.24 | 76374621 | $64.35 | 76374742 | $0.55 | 76374781 | $16.50 |
| 76374447 | $11.77 | 76374622 | $64.35 | 76374744 | $74.25 | 76374782 | $33.00 |
| 76374462 | $209.00 | 76374623 | $64.35 | 76374745 | $3.08 | 76374783 | $275.00 |
| 76374464 | $7,284.39 | 76374624 | $1.32 | 76374746 | $82.50 | 76374784 | $55.00 |
| 76374494 | $450.21 | 76374627 | $0.55 | 76374747 | $16.28 | 76374785 | $10.45 |
| 76374497 | $55.00 | 76374633 | $3.30 | 76374748 | $308.00 | 76374787 | $60.50 |
| 76374500 | $1,609.85 | 76374634 | $0.33 | 76374749 | $12.65 | 76374788 | $275.00 |
| 76374501 | $482.90 | 76374636 | $0.22 | 76374750 | $36.30 | 76374789 | $24.75 |
| 76374502 | $482.90 | 76374642 | $4.40 | 76374751 | $41.25 | 76374790 | $66.00 |
| 76374504 | $643.94 | 76374643 | $2.42 | 76374752 | $126.50 | 76374791 | $37.40 |
| 76374512 | $1.87 | 76374644 | $1.10 | 76374753 | $63.25 | 76374792 | $2.75 |
| 76374523 | $1.10 | 76374645 | $1.65 | 76374754 | $286.00 | 76374793 | $12,140.92 |
| 76374524 | $0.55 | 76374646 | $3.30 | 76374755 | $19.25 | 76374794 | $13.75 |
| 76374526 | $0.66 | 76374648 | $5.50 | 76374756 | $20.35 | 76374795 | $44.00 |
| 76374527 | $0.66 | 76374649 | $4.40 | 76374758 | $5.50 | 76374796 | $137.50 |
| 76374528 | $1.10 | 76374650 | $1.10 | 76374759 | $13.75 | 76374799 | $82.50 |
| 76374531 | $0.22 | 76374663 | $31.35 | 76374760 | $192.50 | 76374800 | $29.70 |
| 76374534 | $0.77 | 76374664 | $0.55 | 76374761 | $101.75 | 76374801 | $44.00 |
| 76374546 | $1.65 | 76374670 | $1.10 | 76374762 | $63.25 | 76374802 | $30.25 |
| 76374552 | $0.55 | 76374674 | $1.10 | 76374763 | $13.75 | 76374803 | $22.00 |
| 76374556 | $0.55 | 76374675 | $5.50 | 76374764 | $14.30 | 76374804 | $24.75 |
| 76374561 | $3.85 | 76374686 | $1.10 | 76374765 | $132.00 | 76374805 | $46.75 |
| 76374564 | $0.22 | 76374687 | $1.10 | 76374766 | $71.50 | 76374807 | $22.00 |
| 76374565 | $3.85 | 76374689 | $1.65 | 76374767 | $57.75 | 76374810 | $1,650.00 |
| 76374568 | $1.10 | 76374698 | $7.92 | 76374768 | $24.75 | 76374811 | $6.60 |
| 76374570 | $0.55 | 76374699 | $34.98 | 76374769 | $6.05 | 76374812 | $14.30 |
| 76374577 | $0.22 | 76374705 | $1.10 | 76374770 | $79.75 | 76374813 | $44.00 |
| 76374584 | $20.02 | 76374712 | $1.10 | 76374771 | $407.00 | 76374814 | $44.00 |
| 76374586 | $87.01 | 76374713 | $0.55 | 76374772 | $550.00 | 76374815 | $220.00 |
| 76374594 | $0.11 | 76374715 | $1.65 | 76374773 | $4,643.43 | 76374816 | $313.50 |
| 76374600 | $13.75 | 76374723 | $6.90 | 76374774 | $8.80 | 76374818 | $33.00 |
| 76374607 | $33.99 | 76374729 | $1.10 | 76374775 | $14.30 | 76374819 | $52.25 |
| 76374611 | $0.55 | 76374733 | $0.55 | 76374776 | $6.60 | 76374820 | $13.75 |
| 76374615 | $2.20 | 76374734 | $1.65 | 76374777 | $38.50 | 76374822 | $2.97 |

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76374823 | $7.70 | 76374866 | $7.70 | 76374908 | $374.00 | 76374948 | $8.80 |
| 76374824 | $1.10 | 76374867 | $682.00 | 76374909 | $27.50 | 76374949 | $231.00 |
| 76374825 | $11.00 | 76374868 | $90.75 | 76374910 | $88.00 | 76374950 | $223.30 |
| 76374826 | $121.00 | 76374869 | $66.00 | 76374911 | $176.00 | 76374952 | $6.05 |
| 76374827 | $3.63 | 76374870 | $12.65 | 76374912 | $2,299.00 | 76374953 | $33.00 |
| 76374828 | $35.75 | 76374871 | $79.75 | 76374913 | $74.25 | 76374954 | $16.50 |
| 76374829 | $638.00 | 76374873 | $30.25 | 76374914 | $297.00 | 76374956 | $1.65 |
| 76374830 | $71.50 | 76374874 | $46.53 | 76374915 | $35.75 | 76374957 | $17.60 |
| 76374831 | $46.75 | 76374875 | $27.50 | 76374916 | $44.00 | 76374958 | $19.25 |
| 76374832 | $154.00 | 76374876 | $107.25 | 76374917 | $46.20 | 76374959 | $41.25 |
| 76374834 | $46.20 | 76374877 | $79.75 | 76374918 | $522.50 | 76374960 | $63.25 |
| 76374835 | $176.00 | 76374878 | $33.00 | 76374920 | $500.50 | 76374961 | $16.50 |
| 76374836 | $46.75 | 76374880 | $137.50 | 76374922 | $16.50 | 76374962 | $41.25 |
| 76374837 | $962.50 | 76374881 | $1,100.00 | 76374923 | $236.50 | 76374963 | $52.25 |
| 76374838 | $60.50 | 76374882 | $38.50 | 76374924 | $176.00 | 76374964 | $181.50 |
| 76374840 | $11.00 | 76374883 | $29.70 | 76374925 | $41.25 | 76374966 | $9.90 |
| 76374841 | $121.00 | 76374884 | $14.85 | 76374926 | $35.75 | 76374968 | $41.25 |
| 76374842 | $55.00 | 76374885 | $9.35 | 76374928 | $836.00 | 76374969 | $9.35 |
| 76374843 | $11.00 | 76374886 | $44.00 | 76374929 | $242.00 | 76374970 | $132.00 |
| 76374844 | $107.25 | 76374888 | $115.50 | 76374930 | $57.75 | 76374971 | $49.50 |
| 76374845 | $38.50 | 76374889 | $110.00 | 76374931 | $2.20 | 76374972 | $36.30 |
| 76374847 | $101.75 | 76374890 | $137.50 | 76374932 | $286.00 | 76374973 | $26.40 |
| 76374851 | $352.00 | 76374892 | $35.75 | 76374933 | $85.25 | 76374974 | $165.00 |
| 76374852 | $19.25 | 76374893 | $46.75 | 76374934 | $46.75 | 76374975 | $187.00 |
| 76374853 | $79.75 | 76374894 | $49.50 | 76374935 | $6.60 | 76374976 | $132.00 |
| 76374854 | $5.50 | 76374895 | $35.75 | 76374936 | $74.25 | 76374977 | $297.00 |
| 76374855 | $41.25 | 76374897 | $143.00 | 76374937 | $220.00 | 76374978 | $13.75 |
| 76374856 | $35.75 | 76374898 | $287.32 | 76374938 | $6.82 | 76374979 | $16.50 |
| 76374857 | $74.25 | 76374899 | $11.00 | 76374939 | $165.00 | 76374980 | $198.00 |
| 76374858 | $132.00 | 76374900 | $90.75 | 76374941 | $19.25 | 76374981 | $52.25 |
| 76374860 | $31.90 | 76374901 | $132.00 | 76374942 | $176.00 | 76374982 | $22.00 |
| 76374861 | $30.25 | 76374902 | $4,103.00 | 76374943 | $19.25 | 76374984 | $214.50 |
| 76374862 | $1.65 | 76374903 | $93.50 | 76374944 | $22.00 | 76374985 | $55.00 |
| 76374863 | $31.90 | 76374904 | $4.40 | 76374945 | $82.50 | 76374986 | $55.00 |
| 76374864 | $12.10 | 76374905 | $192.50 | 76374946 | $330.00 | 76374987 | $10.45 |
| 76374865 | $27.50 | 76374906 | $33.00 | 76374947 | $2,112.00 | 76374988 | $13.75 |

Exhibit D: Page 3 of 14

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76374989 | $35.75 | 76375030 | $7.70 | 76375076 | $84.48 | 76375118 | $8.80 |
| 76374990 | $253.00 | 76375031 | $52.25 | 76375077 | $16.50 | 76375120 | $99.00 |
| 76374991 | $7.15 | 76375032 | $24.75 | 76375078 | $36.30 | 76375121 | $8.25 |
| 76374992 | $13.75 | 76375033 | $13.75 | 76375079 | $15,400.00 | 76375122 | $198.00 |
| 76374993 | $24.75 | 76375036 | $85.25 | 76375081 | $99.00 | 76375124 | $247.50 |
| 76374994 | $96.25 | 76375037 | $9.90 | 76375082 | $57.75 | 76375125 | $68.75 |
| 76374995 | $7.70 | 76375038 | $38.50 | 76375083 | $68.75 | 76375126 | $17.60 |
| 76374996 | $60.50 | 76375039 | $440.00 | 76375084 | $46.75 | 76375127 | $16.50 |
| 76374998 | $209.00 | 76375040 | $18.15 | 76375085 | $33.00 | 76375128 | $101.75 |
| 76374999 | $11.00 | 76375043 | $9.90 | 76375087 | $418.00 | 76375130 | $55.00 |
| 76375000 | $9.35 | 76375044 | $11.00 | 76375088 | $71.50 | 76375131 | $3.30 |
| 76375001 | $4.84 | 76375045 | $137.50 | 76375089 | $220.00 | 76375132 | $170.50 |
| 76375002 | $264.00 | 76375046 | $88.00 | 76375090 | $4.51 | 76375133 | $13.75 |
| 76375003 | $7.70 | 76375047 | $2.97 | 76375091 | $66.00 | 76375134 | $495.00 |
| 76375004 | $7.15 | 76375048 | $132.00 | 76375092 | $20.35 | 76375135 | $39.60 |
| 76375005 | $19.25 | 76375049 | $49.50 | 76375093 | $49.50 | 76375136 | $5.50 |
| 76375006 | $79.75 | 76375051 | $462.00 | 76375094 | $181.50 | 76375138 | $77.00 |
| 76375007 | $110.00 | 76375052 | $146.30 | 76375095 | $192.50 | 76375140 | $203.50 |
| 76375008 | $24.20 | 76375053 | $6.82 | 76375096 | $20.24 | 76375141 | $22.00 |
| 76375009 | $44.00 | 76375054 | $9.79 | 76375097 | $63.25 | 76375143 | $90.75 |
| 76375010 | $165.00 | 76375055 | $52.25 | 76375099 | $236.50 | 76375144 | $12.10 |
| 76375011 | $302.50 | 76375056 | $418.00 | 76375100 | $181.50 | 76375145 | $110.00 |
| 76375012 | $16.50 | 76375057 | $275.00 | 76375101 | $605.00 | 76375146 | $13.75 |
| 76375013 | $17.60 | 76375059 | $231.00 | 76375102 | $473.00 | 76375147 | $8.80 |
| 76375014 | $44.00 | 76375061 | $107.25 | 76375104 | $68.75 | 76375148 | $2.75 |
| 76375015 | $79.75 | 76375062 | $79.75 | 76375105 | $181.50 | 76375149 | $41.25 |
| 76375016 | $115.50 | 76375063 | $33.00 | 76375107 | $3.52 | 76375150 | $60.50 |
| 76375018 | $49.50 | 76375064 | $126.61 | 76375109 | $68.75 | 76375151 | $16.50 |
| 76375019 | $30.25 | 76375065 | $808.50 | 76375110 | $3.63 | 76375152 | $19.25 |
| 76375020 | $236.50 | 76375066 | $13,485.12 | 76375111 | $8.80 | 76375153 | $181.50 |
| 76375021 | $90.75 | 76375067 | $44.00 | 76375112 | $96.25 | 76375154 | $4.95 |
| 76375023 | $429.00 | 76375068 | $12.10 | 76375113 | $16.50 | 76375155 | $126.50 |
| 76375024 | $63.25 | 76375071 | $830.50 | 76375114 | $280.50 | 76375157 | $30.80 |
| 76375025 | $110.00 | 76375072 | $137.50 | 76375115 | $35.75 | 76375158 | $46.75 |
| 76375026 | $6.60 | 76375074 | $24.20 | 76375116 | $52.25 | 76375159 | $517.00 |
| 76375029 | $11.00 | 76375075 | $9.90 | 76375117 | $16.50 | 76375160 | $35.75 |

Exhibit D: Page 4 of 14

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76375161 | $9.35 | 76375210 | $374.00 | 76375256 | $107.25 | 76375296 | $13.75 |
| 76375162 | $3.30 | 76375212 | $209.00 | 76375258 | $550.00 | 76375297 | $71.50 |
| 76375163 | $6.27 | 76375213 | $104.50 | 76375259 | $60.50 | 76375298 | $13.75 |
| 76375164 | $330.00 | 76375214 | $13.75 | 76375260 | $41.25 | 76375299 | $154.00 |
| 76375165 | $13.75 | 76375215 | $44.00 | 76375261 | $19.25 | 76375300 | $30.25 |
| 76375167 | $132.00 | 76375216 | $90.75 | 76375262 | $6.93 | 76375301 | $9.35 |
| 76375168 | $203.50 | 76375217 | $74.25 | 76375263 | $68.75 | 76375302 | $74.25 |
| 76375169 | $176.00 | 76375219 | $16.50 | 76375264 | $104.50 | 76375303 | $60.50 |
| 76375170 | $539.00 | 76375220 | $170.50 | 76375265 | $5.50 | 76375304 | $11.00 |
| 76375171 | $9.90 | 76375221 | $22.00 | 76375267 | $29.70 | 76375305 | $27.50 |
| 76375172 | $126.50 | 76375223 | $5.28 | 76375268 | $24.75 | 76375307 | $44.00 |
| 76375173 | $30.80 | 76375224 | $143.00 | 76375269 | $14.30 | 76375308 | $137.50 |
| 76375174 | $220.00 | 76375225 | $27.50 | 76375271 | $506.00 | 76375309 | $176.00 |
| 76375175 | $148.50 | 76375226 | $88.00 | 76375272 | $1,072.50 | 76375310 | $1.98 |
| 76375176 | $8.80 | 76375227 | $110.00 | 76375273 | $93.50 | 76375311 | $18.15 |
| 76375177 | $11.00 | 76375229 | $24.75 | 76375274 | $93.50 | 76375312 | $19.25 |
| 76375178 | $13.75 | 76375230 | $77.00 | 76375275 | $74.25 | 76375313 | $9.90 |
| 76375179 | $35.75 | 76375231 | $550.00 | 76375276 | $63.25 | 76375314 | $36.30 |
| 76375181 | $8.25 | 76375232 | $2,530.00 | 76375277 | $60.50 | 76375315 | $68.75 |
| 76375183 | $60.50 | 76375233 | $11.00 | 76375278 | $126.50 | 76375316 | $9.35 |
| 76375185 | $352.00 | 76375235 | $2.20 | 76375279 | $24.75 | 76375317 | $22.00 |
| 76375186 | $154.00 | 76375236 | $52.80 | 76375280 | $74.25 | 76375318 | $3.63 |
| 76375187 | $27.50 | 76375238 | $16.50 | 76375281 | $44.00 | 76375319 | $6.05 |
| 76375188 | $286.00 | 76375239 | $13.75 | 76375282 | $63.25 | 76375320 | $77.00 |
| 76375189 | $13.75 | 76375240 | $46.20 | 76375283 | $101.75 | 76375321 | $8.25 |
| 76375190 | $14.30 | 76375242 | $44.00 | 76375284 | $7.15 | 76375322 | $715.00 |
| 76375191 | $1,045.00 | 76375243 | $35.20 | 76375285 | $220.00 | 76375323 | $132.00 |
| 76375193 | $33.00 | 76375245 | $258.50 | 76375286 | $30.25 | 76375324 | $82.50 |
| 76375195 | $22.00 | 76375247 | $214.50 | 76375287 | $225.50 | 76375325 | $88.00 |
| 76375197 | $374.00 | 76375249 | $539.00 | 76375288 | $88.00 | 76375326 | $132.00 |
| 76375198 | $30.25 | 76375250 | $19.25 | 76375289 | $220.00 | 76375329 | $13.75 |
| 76375201 | $418.00 | 76375251 | $429.00 | 76375290 | $385.00 | 76375330 | $59.84 |
| 76375204 | $126.50 | 76375252 | $473.00 | 76375291 | $17.60 | 76375331 | $55.00 |
| 76375205 | $247.50 | 76375253 | $74.25 | 76375292 | $7.15 | 76375333 | $198.00 |
| 76375207 | $99.00 | 76375254 | $170.50 | 76375293 | $46.20 | 76375334 | $1,197.68 |
| 76375208 | $5.50 | 76375255 | $41.25 | 76375294 | $17.60 | 76375336 | $107.25 |

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76375337 | $19.25 | 76375382 | $181.50 | 76375421 | $96.25 | 76375463 | $90.75 |
| 76375342 | $27.50 | 76375383 | $22.00 | 76375422 | $37.40 | 76375464 | $187.00 |
| 76375343 | $55.00 | 76375384 | $33.00 | 76375423 | $68.75 | 76375465 | $35.20 |
| 76375344 | $68.75 | 76375385 | $5.50 | 76375425 | $154.00 | 76375466 | $74.25 |
| 76375345 | $165.00 | 76375386 | $62,693.30 | 76375426 | $126.50 | 76375468 | $60.50 |
| 76375347 | $52.25 | 76375387 | $27.50 | 76375427 | $220.00 | 76375469 | $236.50 |
| 76375348 | $63.25 | 76375388 | $52.25 | 76375428 | $99.00 | 76375470 | $132.00 |
| 76375349 | $7.70 | 76375389 | $99.00 | 76375429 | $60.50 | 76375471 | $13.75 |
| 76375350 | $170.50 | 76375390 | $52.80 | 76375430 | $192.50 | 76375473 | $31.90 |
| 76375351 | $74.25 | 76375391 | $5.50 | 76375431 | $9.90 | 76375474 | $47.30 |
| 76375352 | $77.00 | 76375392 | $176.00 | 76375432 | $110.00 | 76375475 | $8.25 |
| 76375353 | $110.00 | 76375393 | $19.25 | 76375433 | $13.20 | 76375476 | $22.00 |
| 76375354 | $107.25 | 76375394 | $26.40 | 76375434 | $176.00 | 76375477 | $74.25 |
| 76375355 | $11.55 | 76375395 | $7.70 | 76375436 | $24.75 | 76375478 | $22.00 |
| 76375356 | $33.00 | 76375396 | $1,507.00 | 76375437 | $107.25 | 76375480 | $20.90 |
| 76375357 | $16.50 | 76375397 | $41.25 | 76375439 | $148.50 | 76375482 | $74.25 |
| 76375358 | $11.00 | 76375398 | $18.70 | 76375441 | $9.35 | 76375483 | $57.75 |
| 76375359 | $143.00 | 76375399 | $24.75 | 76375442 | $165.00 | 76375484 | $30.25 |
| 76375360 | $852.50 | 76375400 | $71.50 | 76375444 | $203.50 | 76375486 | $17.60 |
| 76375361 | $192.50 | 76375401 | $60.50 | 76375445 | $132.00 | 76375487 | $68.75 |
| 76375362 | $18.70 | 76375402 | $6.05 | 76375446 | $35.20 | 76375488 | $181.50 |
| 76375364 | $137.50 | 76375403 | $1.10 | 76375447 | $9.90 | 76375490 | $13.75 |
| 76375365 | $2.75 | 76375405 | $88.00 | 76375448 | $16.50 | 76375492 | $66.00 |
| 76375366 | $5.50 | 76375406 | $16.50 | 76375449 | $792.00 | 76375493 | $13.20 |
| 76375368 | $16.50 | 76375407 | $28.60 | 76375450 | $33.00 | 76375494 | $24.75 |
| 76375369 | $57.75 | 76375408 | $11.00 | 76375451 | $71.50 | 76375495 | $104.50 |
| 76375370 | $46.75 | 76375409 | $57.75 | 76375452 | $110.00 | 76375496 | $110.00 |
| 76375372 | $88.00 | 76375411 | $16.50 | 76375454 | $1,243.00 | 76375497 | $101.75 |
| 76375373 | $137.50 | 76375412 | $26.95 | 76375455 | $236.50 | 76375498 | $55.00 |
| 76375374 | $583.00 | 76375413 | $79.75 | 76375456 | $344.08 | 76375499 | $121.00 |
| 76375376 | $82.50 | 76375414 | $9.35 | 76375457 | $137.50 | 76375501 | $6.05 |
| 76375377 | $1,083.50 | 76375415 | $242.00 | 76375458 | $49.50 | 76375502 | $330.00 |
| 76375378 | $203.50 | 76375416 | $41.25 | 76375459 | $12.65 | 76375504 | $41.25 |
| 76375379 | $143.00 | 76375417 | $12.65 | 76375460 | $689.04 | 76375505 | $957.00 |
| 76375380 | $74.25 | 76375418 | $60.50 | 76375461 | $57.75 | 76375506 | $47.30 |
| 76375381 | $74.25 | 76375419 | $63.25 | 76375462 | $27.50 | 76375508 | $38.50 |

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76375509 | $26.95 | 76375548 | $79.75 | 76375592 | $132.00 | 76375637 | $6,769.18 |
| 76375510 | $33.00 | 76375550 | $101.75 | 76375593 | $33.00 | 76375638 | $49.50 |
| 76375511 | $40.70 | 76375551 | $49.50 | 76375594 | $3.85 | 76375639 | $10.45 |
| 76375512 | $10.45 | 76375552 | $11.00 | 76375595 | $170.50 | 76375640 | $253.00 |
| 76375514 | $126.50 | 76375553 | $46.75 | 76375596 | $24.75 | 76375641 | $71.50 |
| 76375515 | $41.25 | 76375554 | $19.25 | 76375597 | $66.00 | 76375642 | $60.50 |
| 76375516 | $44.00 | 76375556 | $11.00 | 76375598 | $396.00 | 76375643 | $4.29 |
| 76375517 | $16.50 | 76375557 | $93.50 | 76375599 | $19.80 | 76375645 | $264.00 |
| 76375518 | $4.18 | 76375558 | $0.33 | 76375600 | $6.05 | 76375647 | $3,712.50 |
| 76375519 | $13.75 | 76375559 | $101.75 | 76375601 | $99.00 | 76375648 | $20.90 |
| 76375520 | $10.56 | 76375560 | $93.50 | 76375602 | $85.25 | 76375650 | $110.00 |
| 76375521 | $110.00 | 76375561 | $47.21 | 76375605 | $49.50 | 76375651 | $12.65 |
| 76375523 | $10.45 | 76375562 | $66.00 | 76375607 | $9.90 | 76375653 | $74.25 |
| 76375524 | $101.75 | 76375564 | $11.00 | 76375608 | $715.00 | 76375654 | $5.06 |
| 76375526 | $19.25 | 76375565 | $247.50 | 76375609 | $23.65 | 76375655 | $6.60 |
| 76375527 | $979.00 | 76375567 | $176.00 | 76375610 | $36.30 | 76375656 | $0.12 |
| 76375528 | $511.50 | 76375568 | $41.25 | 76375612 | $209.00 | 76375657 | $236.50 |
| 76375529 | $38.50 | 76375570 | $13.75 | 76375615 | $6.05 | 76375658 | $148.50 |
| 76375530 | $82.50 | 76375572 | $990.00 | 76375616 | $19.25 | 76375659 | $126.50 |
| 76375531 | $198.00 | 76375573 | $176.00 | 76375618 | $41.25 | 76375660 | $1,562.00 |
| 76375532 | $11.00 | 76375574 | $6.60 | 76375620 | $33.00 | 76375663 | $9.35 |
| 76375533 | $198.00 | 76375576 | $85.25 | 76375621 | $74.25 | 76375664 | $9.90 |
| 76375534 | $957.00 | 76375578 | $297.00 | 76375622 | $341.00 | 76375665 | $7.70 |
| 76375535 | $11.00 | 76375579 | $7.70 | 76375623 | $88.00 | 76375666 | $22.00 |
| 76375536 | $2.53 | 76375580 | $22.00 | 76375624 | $77.00 | 76375667 | $49.50 |
| 76375537 | $181.50 | 76375581 | $44.00 | 76375625 | $24.75 | 76375668 | $33.00 |
| 76375538 | $13.75 | 76375582 | $935.00 | 76375626 | $110.00 | 76375670 | $52.25 |
| 76375539 | $110.00 | 76375583 | $9.90 | 76375628 | $275.00 | 76375671 | $15.40 |
| 76375540 | $49.50 | 76375584 | $308.00 | 76375629 | $24.75 | 76375672 | $198.00 |
| 76375541 | $181.50 | 76375585 | $148.06 | 76375630 | $2,585.00 | 76375673 | $605.00 |
| 76375542 | $198.00 | 76375586 | $44.00 | 76375631 | $90.75 | 76375674 | $159.50 |
| 76375543 | $110.00 | 76375587 | $6.05 | 76375632 | $0.16 | 76375675 | $24.75 |
| 76375544 | $9.90 | 76375588 | $19.25 | 76375633 | $148.50 | 76375676 | $220.00 |
| 76375545 | $9.90 | 76375589 | $90.75 | 76375634 | $550.00 | 76375677 | $467.50 |
| 76375546 | $55.00 | 76375590 | $77.00 | 76375635 | $1,584.09 | 76375679 | $13.75 |
| 76375547 | $2,200.00 | 76375591 | $50.60 | 76375636 | $148.50 | 76375680 | $52.25 |

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76375681 | $154.00 | 76375721 | $38.50 | 76375763 | $13.75 | 76375807 | $687.50 |
| 76375682 | $26.95 | 76375722 | $1,137.72 | 76375764 | $9.90 | 76375808 | $63.25 |
| 76375683 | $41.25 | 76375723 | $15.40 | 76375765 | $6.05 | 76375809 | $23.10 |
| 76375684 | $4.29 | 76375725 | $23.65 | 76375766 | $33.00 | 76375810 | $96.25 |
| 76375686 | $203.50 | 76375727 | $24.75 | 76375768 | $660.00 | 76375811 | $115.50 |
| 76375688 | $104.50 | 76375728 | $7.15 | 76375769 | $13.75 | 76375812 | $93.50 |
| 76375689 | $55.00 | 76375729 | $24.20 | 76375770 | $30.25 | 76375813 | $38.50 |
| 76375691 | $27.50 | 76375730 | $550.00 | 76375771 | $79.75 | 76375814 | $88.00 |
| 76375692 | $107.25 | 76375731 | $14.85 | 76375773 | $13.75 | 76375816 | $231.00 |
| 76375693 | $63.25 | 76375732 | $71.50 | 76375774 | $11.00 | 76375817 | $6.05 |
| 76375694 | $33.00 | 76375733 | $176.00 | 76375775 | $35.20 | 76375818 | $176.00 |
| 76375695 | $13.75 | 76375734 | $19.25 | 76375776 | $4.07 | 76375819 | $137.50 |
| 76375696 | $14.85 | 76375735 | $258.50 | 76375777 | $13.75 | 76375820 | $11.00 |
| 76375697 | $5.50 | 76375736 | $79.75 | 76375778 | $143.00 | 76375821 | $418.00 |
| 76375698 | $74.25 | 76375737 | $30.25 | 76375780 | $220.00 | 76375823 | $71.50 |
| 76375699 | $35.75 | 76375738 | $13.75 | 76375781 | $2,068.00 | 76375824 | $20.35 |
| 76375700 | $132.00 | 76375739 | $275.00 | 76375782 | $181.50 | 76375825 | $82.50 |
| 76375701 | $2,860.00 | 76375740 | $682.00 | 76375783 | $15.95 | 76375826 | $198.00 |
| 76375702 | $9.35 | 76375741 | $9.35 | 76375784 | $82.50 | 76375827 | $220.00 |
| 76375703 | $231.00 | 76375742 | $25.85 | 76375785 | $15.95 | 76375828 | $7.15 |
| 76375705 | $40.26 | 76375743 | $7.15 | 76375786 | $143.00 | 76375829 | $49.50 |
| 76375706 | $99.00 | 76375747 | $671.00 | 76375787 | $24.75 | 76375830 | $66.00 |
| 76375707 | $24.20 | 76375748 | $159.50 | 76375788 | $187.00 | 76375831 | $49.50 |
| 76375708 | $495.00 | 76375749 | $159.50 | 76375789 | $16.50 | 76375832 | $330.00 |
| 76375709 | $77.00 | 76375750 | $90.75 | 76375791 | $26.84 | 76375833 | $137.50 |
| 76375710 | $16.50 | 76375751 | $90.75 | 76375792 | $159.50 | 76375834 | $2.42 |
| 76375711 | $1.65 | 76375752 | $2.20 | 76375793 | $38.50 | 76375837 | $33.00 |
| 76375712 | $181.50 | 76375754 | $22.00 | 76375794 | $14.85 | 76375838 | $71.50 |
| 76375713 | $8.25 | 76375755 | $440.00 | 76375795 | $115.50 | 76375840 | $231.00 |
| 76375714 | $165.00 | 76375756 | $19.25 | 76375799 | $236.50 | 76375842 | $132.00 |
| 76375715 | $715.00 | 76375757 | $16.50 | 76375800 | $16.50 | 76375843 | $33.00 |
| 76375716 | $96.25 | 76375758 | $57.75 | 76375801 | $16.50 | 76375844 | $63.25 |
| 76375717 | $242.00 | 76375759 | $46.75 | 76375803 | $148.50 | 76375846 | $7.15 |
| 76375718 | $30.25 | 76375760 | $165.00 | 76375804 | $275.00 | 76375847 | $11.00 |
| 76375719 | $137.50 | 76375761 | $96.25 | 76375805 | $96.25 | 76375848 | $143.00 |
| 76375720 | $33.00 | 76375762 | $275.00 | 76375806 | $19.25 | 76375849 | $41.25 |

Exhibit D: Page 8 of 14

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76375850 | $104.50 | 76375889 | $13.75 | 76375927 | $7.15 | 76375973 | $132.00 |
| 76375851 | $181.50 | 76375890 | $286.00 | 76375928 | $2.75 | 76375974 | $176.00 |
| 76375852 | $1,155.00 | 76375892 | $176.00 | 76375929 | $15.40 | 76375975 | $247.50 |
| 76375853 | $29.70 | 76375893 | $13.75 | 76375930 | $46.75 | 76375976 | $55.00 |
| 76375854 | $9.90 | 76375894 | $18.15 | 76375931 | $16.50 | 76375977 | $148.50 |
| 76375855 | $74.25 | 76375895 | $11.00 | 76375934 | $38.50 | 76375978 | $66.00 |
| 76375857 | $63.25 | 76375896 | $101.75 | 76375936 | $6.60 | 76375979 | $132.00 |
| 76375858 | $60.50 | 76375897 | $20.35 | 76375937 | $67.76 | 76375980 | $1,406.24 |
| 76375859 | $55.00 | 76375898 | $104.50 | 76375938 | $126.50 | 76375981 | $1,023.00 |
| 76375861 | $38.50 | 76375899 | $68.75 | 76375939 | $385.00 | 76375982 | $946.00 |
| 76375862 | $33.00 | 76375900 | $151.25 | 76375940 | $11.00 | 76375983 | $148.50 |
| 76375863 | $39.60 | 76375901 | $46.75 | 76375942 | $18.15 | 76375984 | $132.00 |
| 76375864 | $2.75 | 76375902 | $60.50 | 76375943 | $110.00 | 76375985 | $38.50 |
| 76375865 | $60.50 | 76375903 | $148.50 | 76375944 | $68.75 | 76375986 | $286.00 |
| 76375866 | $13.75 | 76375904 | $187.00 | 76375946 | $74.25 | 76375988 | $3.85 |
| 76375867 | $85.25 | 76375905 | $49.50 | 76375947 | $71.50 | 76375990 | $7.70 |
| 76375868 | $159.50 | 76375906 | $225.50 | 76375948 | $6.05 | 76375991 | $57.75 |
| 76375869 | $7.70 | 76375907 | $13.20 | 76375949 | $77.00 | 76375992 | $12.10 |
| 76375870 | $181.50 | 76375908 | $704.00 | 76375950 | $110.00 | 76375994 | $220.00 |
| 76375871 | $57.75 | 76375909 | $258.50 | 76375951 | $9.90 | 76375996 | $220.00 |
| 76375872 | $148.50 | 76375910 | $12.10 | 76375954 | $3.63 | 76375997 | $627.00 |
| 76375873 | $2.86 | 76375911 | $35.75 | 76375955 | $4.18 | 76375998 | $13.75 |
| 76375874 | $88.00 | 76375912 | $13.75 | 76375956 | $41.25 | 76375999 | $96.25 |
| 76375876 | $181.50 | 76375913 | $52.25 | 76375957 | $825.00 | 76376000 | $19.25 |
| 76375877 | $396.00 | 76375914 | $93.50 | 76375958 | $37.40 | 76376001 | $93.50 |
| 76375878 | $220.00 | 76375915 | $38.50 | 76375960 | $38.50 | 76376002 | $352.00 |
| 76375879 | $18.70 | 76375916 | $231.00 | 76375961 | $110.00 | 76376003 | $18.70 |
| 76375880 | $13.75 | 76375917 | $30.25 | 76375963 | $10.12 | 76376004 | $33.00 |
| 76375881 | $49.50 | 76375919 | $57.75 | 76375964 | $13.75 | 76376006 | $220.00 |
| 76375882 | $44.00 | 76375920 | $13.20 | 76375965 | $11.00 | 76376007 | $99.00 |
| 76375883 | $82.50 | 76375921 | $35.75 | 76375966 | $187.00 | 76376008 | $137.50 |
| 76375884 | $10.45 | 76375922 | $16.50 | 76375967 | $187.00 | 76376009 | $22.00 |
| 76375885 | $115.50 | 76375923 | $6.60 | 76375968 | $47.30 | 76376011 | $220.00 |
| 76375886 | $4.51 | 76375924 | $55.00 | 76375970 | $90.75 | 76376012 | $52.25 |
| 76375887 | $5.50 | 76375925 | $20.90 | 76375971 | $121.00 | 76376013 | $46.75 |
| 76375888 | $176.00 | 76375926 | $9.90 | 76375972 | $37,052.95 | 76376014 | $31.35 |

Exhibit D: Page 9 of 14

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---------|------------------|---------|------------------|---------|------------------|---------|------------------|
| 76376015 | $11.00 | 76376056 | $85.25 | 76376097 | $12.10 | 76376139 | $33.00 |
| 76376016 | $17.60 | 76376057 | $10.45 | 76376098 | $30.25 | 76376141 | $55.00 |
| 76376017 | $121.00 | 76376058 | $176.00 | 76376099 | $33.00 | 76376142 | $137.50 |
| 76376019 | $41.25 | 76376059 | $7.15 | 76376100 | $24.75 | 76376143 | $3,165.69 |
| 76376020 | $57.75 | 76376060 | $165.00 | 76376101 | $30.25 | 76376144 | $110.00 |
| 76376021 | $85.25 | 76376063 | $231.00 | 76376102 | $60.50 | 76376145 | $159.50 |
| 76376022 | $26.95 | 76376064 | $22,135.55 | 76376104 | $66.00 | 76376146 | $363.00 |
| 76376023 | $71.50 | 76376065 | $71.50 | 76376105 | $258.50 | 76376147 | $17.05 |
| 76376024 | $38.50 | 76376066 | $9.90 | 76376106 | $192.50 | 76376148 | $121.00 |
| 76376025 | $13.75 | 76376067 | $66.00 | 76376107 | $297.00 | 76376150 | $231.00 |
| 76376028 | $21.45 | 76376068 | $319.00 | 76376108 | $11.00 | 76376151 | $770.00 |
| 76376029 | $132.00 | 76376069 | $63.25 | 76376109 | $22.00 | 76376152 | $23.10 |
| 76376030 | $27.50 | 76376070 | $236.50 | 76376110 | $44.00 | 76376153 | $46.75 |
| 76376031 | $60.50 | 76376073 | $396.00 | 76376111 | $24.75 | 76376154 | $368.50 |
| 76376032 | $41.25 | 76376074 | $60.50 | 76376112 | $181.50 | 76376155 | $110.00 |
| 76376033 | $7.70 | 76376075 | $13.75 | 76376113 | $9.90 | 76376156 | $2.42 |
| 76376034 | $319.00 | 76376076 | $101.75 | 76376114 | $79.64 | 76376157 | $33.00 |
| 76376035 | $44.00 | 76376077 | $110.00 | 76376115 | $33.00 | 76376158 | $93.50 |
| 76376037 | $407.00 | 76376078 | $16.50 | 76376116 | $22.00 | 76376159 | $49.50 |
| 76376038 | $143.00 | 76376079 | $137.50 | 76376118 | $41.25 | 76376160 | $242.00 |
| 76376039 | $24.75 | 76376080 | $209.00 | 76376120 | $165.00 | 76376161 | $15,400.00 |
| 76376040 | $132.00 | 76376082 | $74.25 | 76376122 | $192.50 | 76376162 | $93.50 |
| 76376041 | $74.25 | 76376083 | $2.20 | 76376123 | $88.00 | 76376163 | $605.00 |
| 76376042 | $8.80 | 76376084 | $66.00 | 76376124 | $1,017.50 | 76376164 | $27.50 |
| 76376043 | $148.50 | 76376085 | $96.25 | 76376125 | $13.75 | 76376165 | $90.75 |
| 76376044 | $41.25 | 76376086 | $110.00 | 76376126 | $231.00 | 76376167 | $46.75 |
| 76376045 | $71.50 | 76376087 | $352.00 | 76376127 | $12.65 | 76376168 | $462.00 |
| 76376046 | $27.50 | 76376088 | $17.05 | 76376128 | $13.75 | 76376169 | $77.00 |
| 76376047 | $11.00 | 76376089 | $96.25 | 76376129 | $2.20 | 76376170 | $1,320.00 |
| 76376048 | $30.25 | 76376090 | $2,134.00 | 76376130 | $2,067.23 | 76376171 | $6.05 |
| 76376049 | $22.00 | 76376091 | $107.25 | 76376131 | $8.80 | 76376172 | $13.75 |
| 76376050 | $16.50 | 76376092 | $68.75 | 76376132 | $22.00 | 76376173 | $121.00 |
| 76376051 | $57.75 | 76376093 | $176.00 | 76376133 | $107.25 | 76376174 | $145.26 |
| 76376052 | $13.75 | 76376094 | $55.00 | 76376134 | $85.25 | 76376175 | $297.00 |
| 76376054 | $24.75 | 76376095 | $104.50 | 76376136 | $33.00 | 76376176 | $79.75 |
| 76376055 | $25.30 | 76376096 | $605.00 | 76376138 | $35.20 | 76376177 | $847.00 |

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76376178 | $90.75 | 76376218 | $110.00 | 76376259 | $52.25 | 76376305 | $46.75 |
| 76376179 | $22.00 | 76376219 | $63.25 | 76376260 | $96.25 | 76376306 | $57.75 |
| 76376180 | $220.00 | 76376220 | $275.00 | 76376261 | $13.75 | 76376308 | $137.50 |
| 76376181 | $396.00 | 76376221 | $11.00 | 76376262 | $77.00 | 76376309 | $12.10 |
| 76376182 | $71.50 | 76376222 | $88.00 | 76376263 | $13.75 | 76376310 | $148.50 |
| 76376183 | $55.00 | 76376223 | $132.00 | 76376265 | $165.00 | 76376311 | $15.95 |
| 76376184 | $60.50 | 76376224 | $93.50 | 76376268 | $308.00 | 76376312 | $148.50 |
| 76376185 | $110.00 | 76376225 | $6.60 | 76376270 | $7.15 | 76376313 | $48.40 |
| 76376186 | $236.50 | 76376228 | $55.00 | 76376271 | $79.75 | 76376315 | $8.80 |
| 76376187 | $132.00 | 76376229 | $148.50 | 76376273 | $10.45 | 76376316 | $17.05 |
| 76376188 | $52.25 | 76376230 | $176.00 | 76376274 | $126.50 | 76376317 | $236.50 |
| 76376189 | $39.60 | 76376231 | $126.50 | 76376276 | $24.75 | 76376318 | $374.00 |
| 76376190 | $104.50 | 76376233 | $55.00 | 76376277 | $110.00 | 76376319 | $6.60 |
| 76376191 | $110.00 | 76376234 | $2,140.16 | 76376278 | $143.00 | 76376320 | $27.50 |
| 76376192 | $121.00 | 76376235 | $22.00 | 76376280 | $24.75 | 76376322 | $423.50 |
| 76376194 | $16.50 | 76376236 | $121.00 | 76376282 | $148.50 | 76376323 | $13.75 |
| 76376195 | $561.00 | 76376237 | $36.30 | 76376283 | $115.50 | 76376324 | $22.00 |
| 76376196 | $41.25 | 76376238 | $258.50 | 76376284 | $440.00 | 76376325 | $121.00 |
| 76376197 | $52.25 | 76376239 | $96.25 | 76376285 | $99.00 | 76376326 | $8.80 |
| 76376199 | $357.50 | 76376240 | $13.75 | 76376286 | $27.50 | 76376327 | $41.25 |
| 76376200 | $22.00 | 76376241 | $107.25 | 76376287 | $10.45 | 76376328 | $33.00 |
| 76376201 | $7.15 | 76376242 | $24.75 | 76376288 | $57.75 | 76376329 | $132.00 |
| 76376202 | $11.00 | 76376243 | $198.00 | 76376289 | $79.75 | 76376330 | $20.90 |
| 76376204 | $99.00 | 76376244 | $21.45 | 76376290 | $90.75 | 76376331 | $110.00 |
| 76376205 | $7.15 | 76376245 | $242.00 | 76376291 | $13.75 | 76376332 | $4.95 |
| 76376206 | $44.50 | 76376246 | $30.25 | 76376292 | $121.00 | 76376333 | $3.30 |
| 76376207 | $132.00 | 76376247 | $82.50 | 76376293 | $605.00 | 76376334 | $32.12 |
| 76376208 | $2.09 | 76376248 | $44.00 | 76376294 | $165.00 | 76376335 | $35.75 |
| 76376209 | $24.75 | 76376251 | $11.00 | 76376295 | $297.00 | 76376336 | $220.00 |
| 76376211 | $30.25 | 76376252 | $253.00 | 76376296 | $55.00 | 76376337 | $49.50 |
| 76376212 | $12.65 | 76376253 | $30.25 | 76376298 | $6.05 | 76376338 | $68.75 |
| 76376213 | $308.00 | 76376254 | $148.50 | 76376299 | $9.90 | 76376339 | $7.15 |
| 76376214 | $77.00 | 76376255 | $46.75 | 76376300 | $236.50 | 76376340 | $121.00 |
| 76376215 | $13.75 | 76376256 | $121.00 | 76376301 | $13.75 | 76376341 | $357.50 |
| 76376216 | $16.50 | 76376257 | $90.75 | 76376303 | $797.50 | 76376342 | $85.25 |
| 76376217 | $13.75 | 76376258 | $6.60 | 76376304 | $63.25 | 76376343 | $269.50 |

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76376344 | $24.75 | 76376388 | $105.38 | 76376430 | $236.50 | 76376472 | $96.25 |
| 76376345 | $90.75 | 76376390 | $18.70 | 76376431 | $8.80 | 76376473 | $24.75 |
| 76376346 | $6.49 | 76376391 | $13.75 | 76376433 | $55.00 | 76376474 | $214.50 |
| 76376347 | $1,098.68 | 76376392 | $57.75 | 76376434 | $7.15 | 76376475 | $13.75 |
| 76376348 | $19.25 | 76376393 | $96.25 | 76376436 | $52.80 | 76376476 | $8.25 |
| 76376349 | $9.35 | 76376395 | $16.50 | 76376437 | $121.08 | 76376477 | $66.00 |
| 76376351 | $14.85 | 76376396 | $63.25 | 76376438 | $38.50 | 76376478 | $269.50 |
| 76376352 | $55.00 | 76376397 | $286.00 | 76376439 | $90.75 | 76376479 | $22.00 |
| 76376353 | $275.00 | 76376398 | $2.31 | 76376440 | $68.75 | 76376480 | $165.00 |
| 76376354 | $352.00 | 76376400 | $60.50 | 76376442 | $1,017.50 | 76376481 | $40.70 |
| 76376355 | $101.75 | 76376401 | $110.00 | 76376443 | $90.75 | 76376482 | $275.00 |
| 76376356 | $8.25 | 76376402 | $30.25 | 76376444 | $37.40 | 76376484 | $14.30 |
| 76376357 | $192.50 | 76376403 | $71.50 | 76376445 | $28.60 | 76376485 | $176.00 |
| 76376358 | $407.00 | 76376404 | $825.00 | 76376446 | $307,446.36 | 76376486 | $41.25 |
| 76376359 | $5.50 | 76376405 | $52.80 | 76376447 | $50.60 | 76376488 | $1,452.00 |
| 76376360 | $19.25 | 76376406 | $19.25 | 76376448 | $68.75 | 76376489 | $176.00 |
| 76376362 | $38.50 | 76376407 | $5.50 | 76376449 | $79.75 | 76376490 | $41.25 |
| 76376363 | $126.50 | 76376408 | $1,903.00 | 76376450 | $159.50 | 76376491 | $159.50 |
| 76376364 | $82.50 | 76376409 | $30.25 | 76376451 | $220.00 | 76376492 | $346.50 |
| 76376365 | $247.50 | 76376410 | $77.00 | 76376452 | $137.50 | 76376493 | $154.00 |
| 76376366 | $5.50 | 76376411 | $82.50 | 76376453 | $21.45 | 76376494 | $13.75 |
| 76376367 | $176.00 | 76376412 | $24.75 | 76376454 | $55.00 | 76376495 | $18.70 |
| 76376368 | $308.00 | 76376413 | $170.50 | 76376455 | $12.65 | 76376497 | $25.85 |
| 76376372 | $74.25 | 76376414 | $15.40 | 76376456 | $60.50 | 76376498 | $25.30 |
| 76376373 | $96.25 | 76376415 | $165.00 | 76376457 | $3.52 | 76376499 | $11.00 |
| 76376374 | $30.71 | 76376416 | $148.50 | 76376458 | $15.40 | 76376500 | $22.00 |
| 76376375 | $110.00 | 76376418 | $825.00 | 76376459 | $74.25 | 76376502 | $79.75 |
| 76376377 | $126.50 | 76376419 | $143.00 | 76376462 | $110.00 | 76376503 | $41.25 |
| 76376378 | $33.00 | 76376420 | $572.00 | 76376464 | $29.70 | 76376505 | $4.07 |
| 76376379 | $8.25 | 76376422 | $33.00 | 76376465 | $170.50 | 76376506 | $18.15 |
| 76376380 | $495.00 | 76376423 | $44.00 | 76376466 | $27.50 | 76376507 | $297.00 |
| 76376381 | $25.85 | 76376425 | $137.50 | 76376467 | $60.50 | 76376508 | $17.05 |
| 76376383 | $19.25 | 76376426 | $330.00 | 76376468 | $13.75 | 76376509 | $7.15 |
| 76376385 | $55.00 | 76376427 | $4.40 | 76376469 | $4.40 | 76376510 | $181.50 |
| 76376386 | $19.25 | 76376428 | $10.45 | 76376470 | $57.75 | 76376511 | $107.25 |
| 76376387 | $27.50 | 76376429 | $121.00 | 76376471 | $120.56 | 76376512 | $38.50 |

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76376513 | $500.50 | 76376552 | $41.25 | 76520599 | $65.56 | 144325479 | $4.79 |
| 76376514 | $4.40 | 76376553 | $737.00 | 76520615 | $5.50 | 144325482 | $187.00 |
| 76376515 | $14.85 | 76376554 | $27.50 | 76520623 | $261.91 | 144325487 | $77.00 |
| 76376516 | $5.50 | 76376556 | $233.75 | 76520632 | $58.63 | 144325491 | $55.00 |
| 76376517 | $10.45 | 76376557 | $132.00 | 76520642 | $550.00 | 144325498 | $90.75 |
| 76376518 | $16.50 | 76376558 | $35.75 | 144229510 | $96.25 | 144325499 | $88.00 |
| 76376519 | $22.00 | 76376559 | $687.50 | 144229511 | $96.25 | 144325500 | $52.25 |
| 76376520 | $55.00 | 76376570 | $1,475.76 | 144229512 | $96.25 | 144325501 | $165.00 |
| 76376521 | $605.00 | 76376571 | $875.49 | 144229514 | $187.00 | 144325502 | $1.65 |
| 76376522 | $104.50 | 76376573 | $1,253.86 | 144229515 | $4.40 | 144325503 | $2,750.00 |
| 76376523 | $77.00 | 76376574 | $1,111.00 | 144229517 | $90.75 | 144325506 | $1.65 |
| 76376525 | $198.00 | 76377148 | $1,180.08 | 144229518 | $550.00 | 144325509 | $7.50 |
| 76376526 | $7.70 | 76377150 | $3,361.71 | 144229519 | $124.30 | 144325510 | $2.20 |
| 76376527 | $27.50 | 76377152 | $43.12 | 144229520 | $231.00 | 144325513 | $41.03 |
| 76376528 | $341.00 | 76377155 | $1.76 | 144229521 | $48.40 | 144325514 | $96.25 |
| 76376529 | $79.75 | 76377158 | $192.50 | 144229522 | $77.00 | 144325515 | $0.22 |
| 76376530 | $150.70 | 76377160 | $12,967.68 | 144229526 | $22.00 | 144325520 | $3.30 |
| 76376532 | $52.25 | 76377161 | $572.00 | 144229538 | $5,656.74 | 144325528 | $605.00 |
| 76376533 | $16.50 | 76377162 | $1,478.51 | 144229539 | $11.00 | 144325534 | $110.00 |
| 76376534 | $8.25 | 76377165 | $68.64 | 144325441 | $275.00 | 144325537 | $143.00 |
| 76376535 | $52.80 | 76377166 | $722.92 | 144325443 | $1.88 | 144325538 | $220.00 |
| 76376536 | $68.75 | 76377167 | $3,293.95 | 144325445 | $0.22 | 144325541 | $2.97 |
| 76376537 | $13.75 | 76377168 | $2,022.13 | 144325446 | $88.00 | 144325545 | $193.16 |
| 76376538 | $121.00 | 76377169 | $249.15 | 144325447 | $4.84 | 144325548 | $74.25 |
| 76376539 | $41.25 | 76377172 | $181.50 | 144325448 | $22.00 | 144325549 | $22.00 |
| 76376540 | $49.50 | 76377174 | $131.88 | 144325455 | $11.00 | 144325550 | $3.41 |
| 76376541 | $33.00 | 76377175 | $209.44 | 144325457 | $198.00 | 144325552 | $36.63 |
| 76376542 | $99.00 | 76377176 | $26.18 | 144325462 | $5.50 | 144325556 | $49.17 |
| 76376543 | $6,295.83 | 76520562 | $22.00 | 144325463 | $55.00 | 144325557 | $84.47 |
| 76376544 | $176.00 | 76520566 | $11.00 | 144325464 | $90.75 | 144325559 | $7.26 |
| 76376545 | $176.00 | 76520570 | $44.00 | 144325466 | $0.55 | 144325560 | $1.10 |
| 76376546 | $15.95 | 76520571 | $404.91 | 144325467 | $55.00 | 144325565 | $0.99 |
| 76376547 | $24.75 | 76520573 | $8.36 | 144325468 | $11.00 | 144325567 | $4.40 |
| 76376548 | $11.00 | 76520579 | $1,556.94 | 144325471 | $110.00 | 144325575 | $110.00 |
| 76376549 | $319.00 | 76520593 | $377.30 | 144325473 | $19.25 | 144325577 | $3.85 |
| 76376551 | $13.75 | 76520594 | $594.00 | 144325477 | $37.84 | 144325578 | $4.82 |

EXHIBIT D

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 144325581 | $16.50 | 144325675 | $0.47 | 144325781 | $2.13 | 144325873 | $0.11 |
| 144325583 | $52.25 | 144325678 | $0.33 | 144325784 | $5.50 | 144325874 | $11.00 |
| 144325585 | $11.00 | 144325682 | $0.22 | 144325788 | $2.20 | 144325876 | $0.11 |
| 144325587 | $39.38 | 144325687 | $0.44 | 144325793 | $1.75 | 144325879 | $1.45 |
| 144325588 | $49.50 | 144325688 | $0.22 | 144325799 | $0.93 | 144325880 | $1.21 |
| 144325589 | $126.50 | 144325689 | $0.11 | 144325800 | $0.11 | 144325881 | $0.16 |
| 144325599 | $0.55 | 144325691 | $0.11 | 144325801 | $0.88 | 144325882 | $0.11 |
| 144325600 | $4.40 | 144325692 | $0.22 | 144325802 | $0.11 | 144325884 | $0.77 |
| 144325603 | $1.98 | 144325693 | $3.74 | 144325803 | $0.11 | 144325885 | $11.00 |
| 144325604 | $0.11 | 144325696 | $0.11 | 144325804 | $0.22 | 144325889 | $11.85 |
| 144325607 | $1.10 | 144325698 | $0.66 | 144325805 | $1.65 | 144325893 | $0.11 |
| 144325609 | $0.11 | 144325701 | $0.22 | 144325806 | $4.95 | 144325894 | $0.11 |
| 144325610 | $0.77 | 144325702 | $1.43 | 144325811 | $0.22 | 144325895 | $1.32 |
| 144325612 | $0.22 | 144325703 | $0.22 | 144325814 | $0.11 | 144325899 | $3.63 |
| 144325614 | $0.22 | 144325711 | $0.55 | 144325816 | $0.33 | 144325900 | $0.55 |
| 144325617 | $0.55 | 144325717 | $0.55 | 144325817 | $1.54 | 144325901 | $0.88 |
| 144325628 | $0.66 | 144325720 | $0.66 | 144325822 | $0.11 | 144325903 | $0.44 |
| 144325629 | $0.22 | 144325724 | $0.77 | 144325823 | $0.55 | 144325910 | $11.00 |
| 144325631 | $6.60 | 144325725 | $38.50 | 144325824 | $1.43 | 144325911 | $11.00 |
| 144325632 | $0.11 | 144325727 | $0.33 | 144325827 | $0.33 | 144325912 | $0.22 |
| 144325637 | $0.99 | 144325728 | $1.10 | 144325831 | $14.74 | 144325914 | $0.22 |
| 144325639 | $4.18 | 144325731 | $0.11 | 144325836 | $0.22 | 144325917 | $0.55 |
| 144325641 | $3.30 | 144325734 | $0.55 | 144325842 | $0.33 | 144325923 | $4.62 |
| 144325646 | $1.10 | 144325735 | $0.33 | 144325846 | $1.21 | 144325926 | $0.51 |
| 144325648 | $0.11 | 144325736 | $0.44 | 144325847 | $1.10 | 144325933 | $0.55 |
| 144325650 | $0.11 | 144325739 | $1.10 | 144325848 | $55.00 | 144325934 | $0.11 |
| 144325651 | $3.08 | 144325742 | $0.33 | 144325849 | $8.80 | 144325939 | $0.22 |
| 144325656 | $1.76 | 144325744 | $0.88 | 144325852 | $0.77 | 144325940 | $7.70 |
| 144325663 | $0.55 | 144325754 | $1.43 | 144325854 | $1.87 | 144325941 | $1.10 |
| 144325664 | $0.11 | 144325758 | $0.22 | 144325863 | $0.33 | 144325947 | $13.31 |
| 144325667 | $1.65 | 144325767 | $0.33 | 144325869 | $10.60 | 144325950 | $20.13 |
| 144325669 | $0.33 | 144325776 | $28.82 | 144325870 | $0.22 | 144325952 | $0.22 |
| 144325671 | $1.10 | 144325779 | $0.55 | 144325871 | $0.88 | 186725672 | $72.60 |