# EXHIBIT E

**EXHIBIT E**

Exhibit Summary - Total Claims: 25; Total Recognized Claim:  $67,457.24

| Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim | Claim # | Recognized Claim |
|---|---|---|---|---|---|---|---|
| 76573438 | $33.00 | 76573460 | $11.00 | 76573479 | $11.88 | 76573589 | $91.52 |
| 76573439 | $132.00 | 76573464 | $55.00 | 76573482 | $2.75 | 76607211 | $1,449.43 |
| 76573444 | $11.44 | 76573465 | $2.86 | 76573483 | $0.55 | 76791770 | $63,112.58 |
| 76573446 | $731.50 | 76573466 | $59.91 | 76573484 | $110.00 | 76838260 | $1,347.06 |
| 76573447 | $11.00 | 76573467 | $110.00 | 76573489 | $17.82 | 144325956 | $8.11 |
| 76573455 | $22.00 | 76573473 | $2.20 | 76573587 | $110.00 | 144325959 | $8.80 |
| 76573459 | $4.84 | | | | | | |