# EXHIBIT F

Exhibit Summary - Total Claims: 1,780

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---------|------------------|---------|------------------|---------|------------------|---------|------------------|
| 76157616 | No Loss | 76307525 | No Loss | 76352767 | No Loss | 76352820 | No Loss |
| 76306782 | No Loss | 76307526 | No Loss | 76352768 | No Loss | 76352821 | No Loss |
| 76306783 | No Loss | 76307527 | No Loss | 76352769 | No Loss | 76352824 | No Loss |
| 76306784 | No Loss | 76307528 | No Loss | 76352771 | No Purchase | 76352825 | No Loss |
| 76306785 | No Loss | 76307529 | No Loss | 76352772 | No Loss | 76352826 | No Loss |
| 76306786 | No Loss | 76307530 | No Loss | 76352774 | No Loss | 76352827 | No Loss |
| 76306787 | No Loss | 76307531 | No Loss | 76352775 | No Loss | 76352828 | No Purchase |
| 76306788 | No Loss | 76307532 | No Loss | 76352777 | No Loss | 76352829 | No Loss |
| 76306789 | No Loss | 76307533 | No Loss | 76352778 | No Loss | 76352830 | No Loss |
| 76306790 | No Loss | 76307534 | No Loss | 76352779 | No Loss | 76352831 | No Loss |
| 76306791 | No Loss | 76307535 | No Loss | 76352780 | No Purchase | 76352832 | No Loss |
| 76306792 | No Loss | 76307536 | No Loss | 76352781 | No Purchase | 76352833 | No Loss |
| 76306793 | No Loss | 76307537 | No Loss | 76352782 | No Loss | 76352835 | No Loss |
| 76306794 | No Loss | 76307538 | No Loss | 76352783 | No Loss | 76352836 | No Loss |
| 76306795 | No Loss | 76307540 | No Loss | 76352784 | No Purchase | 76352837 | No Loss |
| 76307504 | No Loss | 76307541 | No Loss | 76352786 | No Purchase | 76352838 | No Purchase |
| 76307505 | No Loss | 76307542 | No Loss | 76352787 | No Purchase | 76352839 | No Loss |
| 76307506 | No Loss | 76307545 | No Loss | 76352788 | No Purchase | 76352840 | No Loss |
| 76307507 | No Loss | 76307546 | No Loss | 76352789 | No Loss | 76352841 | No Loss |
| 76307508 | No Loss | 76307547 | No Loss | 76352790 | No Loss | 76352842 | No Loss |
| 76307509 | No Loss | 76307548 | No Loss | 76352791 | No Purchase | 76352843 | No Loss |
| 76307512 | No Loss | 76307549 | No Loss | 76352792 | No Purchase | 76352844 | No Loss |
| 76307513 | No Loss | 76307550 | No Loss | 76352793 | No Loss | 76352845 | No Loss |
| 76307514 | No Loss | 76307551 | No Loss | 76352794 | No Purchase | 76352846 | No Loss |
| 76307515 | No Loss | 76307552 | No Loss | 76352795 | No Purchase | 76352847 | No Loss |
| 76307516 | No Loss | 76307553 | No Loss | 76352796 | No Loss | 76352848 | No Loss |
| 76307517 | No Loss | 76307555 | No Loss | 76352797 | No Loss | 76352849 | No Loss |
| 76307518 | No Loss | 76307556 | No Loss | 76352798 | No Loss | 76352850 | No Loss |
| 76307519 | No Loss | 76307557 | No Loss | 76352799 | No Loss | 76352851 | No Loss |
| 76307520 | No Loss | 76307558 | No Loss | 76352800 | No Loss | 76352852 | Replaced |
| 76307521 | No Loss | 76307672 | No Loss | 76352801 | No Loss | 76352853 | No Loss |
| 76307522 | No Loss | 76307695 | No Loss | 76352802 | No Purchase | 76352854 | No Loss |
| 76307523 | No Loss | 76307696 | No Loss | 76352803 | No Loss | 76352855 | No Loss |
| 76307524 | No Loss | 76352766 | No Loss | 76352804 | No Loss | 76352856 | No Loss |

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 76352857 | No Loss | 76353803 | Replaced | 76357999 | No Purchase | 76371548 | No Loss |
| 76352858 | No Loss | 76353804 | Replaced | 76358000 | No Purchase | 76371549 | No Loss |
| 76352859 | No Loss | 76353805 | Replaced | 76358001 | No Purchase | 76371550 | No Loss |
| 76352860 | No Loss | 76353806 | Replaced | 76358002 | No Purchase | 76371552 | No Purchase |
| 76352861 | No Purchase | 76353807 | Replaced | 76358003 | No Purchase | 76371553 | No Loss |
| 76352862 | No Purchase | 76355213 | No Loss | 76358004 | No Purchase | 76371554 | No Loss |
| 76352863 | No Purchase | 76355215 | No Loss | 76358006 | No Purchase | 76371555 | No Loss |
| 76352864 | No Loss | 76355216 | No Loss | 76358008 | No Loss | 76371556 | No Loss |
| 76352865 | No Loss | 76355217 | No Loss | 76358009 | No Loss | 76371557 | No Loss |
| 76352866 | No Loss | 76357968 | No Purchase | 76358011 | No Loss | 76371558 | No Loss |
| 76352867 | No Loss | 76357969 | No Loss | 76358012 | No Purchase | 76371559 | No Loss |
| 76352869 | No Loss | 76357970 | WITHD | 76358013 | No Loss | 76371560 | No Loss |
| 76352870 | No Purchase | 76357971 | No Loss | 76358014 | No Loss | 76371561 | No Loss |
| 76352871 | No Purchase | 76357972 | No Loss | 76358017 | No Purchase | 76371562 | No Loss |
| 76352872 | No Loss | 76357973 | No Loss | 76358019 | No Loss | 76371563 | No Loss |
| 76352873 | No Loss | 76357974 | No Loss | 76358020 | No Purchase | 76371564 | Replaced |
| 76352875 | No Loss | 76357975 | No Loss | 76358022 | No Purchase | 76371565 | No Loss |
| 76352878 | No Purchase | 76357977 | No Loss | 76358023 | No Purchase | 76371566 | No Loss |
| 76352879 | No Loss | 76357978 | No Loss | 76358024 | No Purchase | 76371567 | No Loss |
| 76352880 | No Loss | 76357979 | No Purchase | 76358025 | No Purchase | 76371568 | No Loss |
| 76353787 | Replaced | 76357980 | No Loss | 76358026 | No Loss | 76371569 | No Loss |
| 76353788 | Replaced | 76357982 | No Loss | 76358027 | No Purchase | 76371570 | No Loss |
| 76353789 | Replaced | 76357983 | No Loss | 76358029 | No Purchase | 76371571 | No Loss |
| 76353790 | Replaced | 76357985 | No Loss | 76358030 | No Purchase | 76371572 | No Loss |
| 76353791 | Replaced | 76357986 | No Purchase | 76358031 | No Purchase | 76371573 | No Loss |
| 76353792 | Replaced | 76357987 | No Loss | 76358033 | No Purchase | 76371574 | No Loss |
| 76353793 | Replaced | 76357988 | No Loss | 76358034 | No Loss | 76371575 | No Loss |
| 76353794 | Replaced | 76357990 | No Loss | 76358035 | No Purchase | 76371576 | No Loss |
| 76353795 | Replaced | 76357991 | No Loss | 76358036 | No Loss | 76371577 | No Loss |
| 76353796 | Replaced | 76357992 | No Purchase | 76358037 | No Purchase | 76371578 | No Loss |
| 76353797 | Replaced | 76357993 | No Loss | 76358043 | No Loss | 76371579 | No Loss |
| 76353798 | Replaced | 76357994 | No Purchase | 76359876 | Replaced | 76371580 | No Loss |
| 76353799 | Replaced | 76357995 | No Purchase | 76359877 | Replaced | 76371581 | No Loss |
| 76353800 | Replaced | 76357996 | No Loss | 76359878 | Replaced | 76371582 | No Loss |
| 76353801 | Replaced | 76357997 | No Purchase | 76359879 | Replaced | 76371583 | No Loss |
| 76353802 | Replaced | 76357998 | No Loss | 76371547 | No Loss | 76371584 | No Loss |

EXHIBIT F

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 76371585 | No Loss | 76371622 | No Loss | 76371658 | No Loss | 76371700 | No Purchase |
| 76371586 | No Loss | 76371623 | No Loss | 76371659 | No Loss | 76371701 | No Loss |
| 76371587 | No Loss | 76371624 | No Loss | 76371660 | No Loss | 76371702 | No Loss |
| 76371588 | No Loss | 76371625 | No Loss | 76371661 | No Loss | 76371703 | No Loss |
| 76371589 | No Loss | 76371626 | No Loss | 76371662 | No Loss | 76371706 | No Loss |
| 76371590 | No Loss | 76371627 | No Loss | 76371663 | No Loss | 76371708 | No Purchase |
| 76371591 | No Loss | 76371628 | No Loss | 76371664 | No Loss | 76372194 | No Loss |
| 76371592 | No Loss | 76371629 | No Loss | 76371665 | No Loss | 76372196 | No Loss |
| 76371593 | No Loss | 76371630 | No Loss | 76371666 | No Loss | 76372197 | No Loss |
| 76371594 | No Loss | 76371631 | No Loss | 76371668 | No Loss | 76372198 | No Loss |
| 76371595 | No Loss | 76371632 | No Loss | 76371669 | No Loss | 76372199 | No Loss |
| 76371596 | No Loss | 76371633 | No Loss | 76371670 | No Loss | 76372200 | No Loss |
| 76371597 | No Loss | 76371634 | No Loss | 76371671 | No Loss | 76372203 | No Purchase |
| 76371598 | No Loss | 76371635 | No Loss | 76371672 | No Loss | 76372204 | No Purchase |
| 76371599 | No Loss | 76371636 | No Loss | 76371673 | No Loss | 76372205 | No Purchase |
| 76371600 | No Loss | 76371637 | No Loss | 76371674 | No Loss | 76372206 | No Loss |
| 76371601 | No Loss | 76371638 | No Loss | 76371675 | No Loss | 76372209 | No Loss |
| 76371602 | No Loss | 76371639 | No Loss | 76371676 | No Loss | 76372211 | No Loss |
| 76371603 | No Loss | 76371640 | No Loss | 76371677 | No Loss | 76372212 | No Loss |
| 76371604 | No Loss | 76371641 | No Loss | 76371679 | No Loss | 76372213 | No Loss |
| 76371606 | No Loss | 76371642 | No Loss | 76371680 | No Loss | 76372214 | No Loss |
| 76371607 | No Loss | 76371643 | No Loss | 76371681 | No Loss | 76372219 | No Loss |
| 76371608 | No Loss | 76371644 | No Loss | 76371683 | No Loss | 76372220 | No Loss |
| 76371609 | No Loss | 76371645 | No Loss | 76371684 | No Loss | 76372221 | No Loss |
| 76371610 | No Loss | 76371646 | No Loss | 76371685 | No Loss | 76372222 | No Loss |
| 76371611 | No Loss | 76371647 | No Loss | 76371686 | No Loss | 76372224 | No Loss |
| 76371612 | No Loss | 76371648 | No Loss | 76371688 | No Loss | 76372229 | No Loss |
| 76371613 | No Loss | 76371649 | No Loss | 76371689 | No Loss | 76372230 | No Loss |
| 76371614 | No Loss | 76371650 | No Loss | 76371690 | No Loss | 76372231 | No Loss |
| 76371615 | No Loss | 76371651 | No Loss | 76371691 | No Loss | 76372233 | No Loss |
| 76371616 | No Loss | 76371652 | No Loss | 76371692 | No Loss | 76372236 | No Loss |
| 76371617 | No Loss | 76371653 | No Loss | 76371693 | No Loss | 76372237 | No Loss |
| 76371618 | No Loss | 76371654 | No Loss | 76371694 | No Loss | 76372238 | No Loss |
| 76371619 | No Loss | 76371655 | No Loss | 76371696 | No Loss | 76372239 | No Loss |
| 76371620 | No Loss | 76371656 | No Loss | 76371697 | No Loss | 76372240 | No Loss |
| 76371621 | No Loss | 76371657 | No Loss | 76371699 | No Loss | 76372241 | No Loss |

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 76372243 | No Purchase | 76372561 | No Purchase | 76372611 | No Loss | 76372808 | No Loss |
| 76372244 | No Loss | 76372562 | No Loss | 76372612 | No Loss | 76372809 | No Loss |
| 76372246 | No Loss | 76372563 | No Loss | 76372613 | No Loss | 76372810 | No Loss |
| 76372248 | No Purchase | 76372565 | No Loss | 76372614 | No Loss | 76372811 | No Loss |
| 76372250 | No Purchase | 76372566 | No Loss | 76372616 | No Loss | 76372812 | No Purchase |
| 76372254 | No Loss | 76372568 | No Loss | 76372617 | No Loss | 76372813 | No Loss |
| 76372257 | No Purchase | 76372569 | No Loss | 76372618 | No Loss | 76372815 | No Loss |
| 76372259 | No Loss | 76372570 | No Loss | 76372619 | No Loss | 76372816 | No Loss |
| 76372260 | No Purchase | 76372571 | No Loss | 76372620 | No Loss | 76372817 | No Loss |
| 76372261 | No Purchase | 76372572 | No Loss | 76372621 | No Loss | 76374288 | No Loss |
| 76372396 | No Loss | 76372575 | No Loss | 76372622 | No Loss | 76374289 | No Loss |
| 76372461 | No Loss | 76372576 | No Loss | 76372623 | No Loss | 76374290 | No Loss |
| 76372462 | No Loss | 76372577 | No Loss | 76372624 | No Loss | 76374291 | Withdrawn |
| 76372465 | No Loss | 76372579 | No Loss | 76372625 | No Loss | 76374292 | No Loss |
| 76372469 | No Purchase | 76372580 | No Loss | 76372626 | No Loss | 76374293 | No Purchase |
| 76372470 | No Purchase | 76372581 | No Loss | 76372628 | No Loss | 76374294 | No Purchase |
| 76372474 | No Loss | 76372582 | No Loss | 76372629 | No Loss | 76374295 | No Purchase |
| 76372475 | No Purchase | 76372585 | No Loss | 76372630 | No Loss | 76374296 | No Loss |
| 76372476 | No Loss | 76372586 | No Loss | 76372631 | No Loss | 76374297 | No Loss |
| 76372477 | No Loss | 76372587 | No Loss | 76372633 | No Loss | 76374298 | No Loss |
| 76372479 | No Loss | 76372588 | No Loss | 76372634 | No Loss | 76374299 | No Loss |
| 76372480 | No Loss | 76372589 | No Loss | 76372791 | No Loss | 76374300 | No Purchase |
| 76372481 | No Loss | 76372590 | No Loss | 76372792 | No Loss | 76374301 | No Purchase |
| 76372482 | No Loss | 76372591 | No Loss | 76372793 | No Loss | 76374302 | No Loss |
| 76372483 | No Purchase | 76372592 | No Loss | 76372794 | No Loss | 76374303 | No Loss |
| 76372484 | No Purchase | 76372593 | No Loss | 76372795 | No Purchase | 76374304 | No Purchase |
| 76372485 | No Loss | 76372594 | No Loss | 76372797 | No Loss | 76374305 | No Loss |
| 76372486 | No Purchase | 76372596 | No Loss | 76372798 | No Loss | 76374306 | No Loss |
| 76372487 | No Loss | 76372597 | No Loss | 76372799 | No Loss | 76374307 | No Loss |
| 76372488 | No Loss | 76372598 | No Loss | 76372800 | No Loss | 76374308 | No Loss |
| 76372553 | No Loss | 76372599 | No Loss | 76372801 | No Loss | 76374309 | No Purchase |
| 76372554 | No Loss | 76372603 | No Loss | 76372802 | No Loss | 76374310 | No Loss |
| 76372556 | No Loss | 76372604 | No Loss | 76372803 | No Loss | 76374311 | No Loss |
| 76372557 | No Loss | 76372605 | No Loss | 76372805 | No Loss | 76374312 | No Purchase |
| 76372558 | No Loss | 76372608 | No Loss | 76372806 | No Loss | 76374313 | No Purchase |
| 76372559 | No Loss | 76372609 | No Loss | 76372807 | No Loss | 76374314 | No Purchase |

EXHIBIT F

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 76374315 | No Loss | 76374351 | No Purchase | 76374390 | No Loss | 76374427 | No Loss |
| 76374316 | No Purchase | 76374352 | No Purchase | 76374391 | No Loss | 76374428 | No Loss |
| 76374317 | No Loss | 76374353 | No Purchase | 76374392 | No Loss | 76374429 | No Loss |
| 76374318 | No Loss | 76374355 | No Purchase | 76374393 | No Loss | 76374430 | No Loss |
| 76374319 | No Purchase | 76374356 | No Loss | 76374394 | No Loss | 76374431 | No Loss |
| 76374320 | No Purchase | 76374357 | No Purchase | 76374395 | No Loss | 76374432 | No Loss |
| 76374321 | No Loss | 76374358 | No Loss | 76374396 | No Loss | 76374433 | No Loss |
| 76374322 | No Loss | 76374360 | No Loss | 76374397 | No Loss | 76374434 | No Loss |
| 76374323 | No Loss | 76374361 | No Loss | 76374398 | No Loss | 76374435 | No Loss |
| 76374324 | No Loss | 76374363 | No Loss | 76374399 | No Loss | 76374436 | No Loss |
| 76374325 | No Purchase | 76374364 | No Loss | 76374400 | No Loss | 76374437 | No Loss |
| 76374326 | No Purchase | 76374365 | No Loss | 76374401 | No Loss | 76374438 | No Loss |
| 76374327 | No Purchase | 76374366 | No Loss | 76374402 | No Loss | 76374439 | No Loss |
| 76374328 | No Loss | 76374367 | No Loss | 76374403 | No Loss | 76374442 | No Loss |
| 76374329 | No Purchase | 76374368 | No Loss | 76374404 | No Loss | 76374443 | No Loss |
| 76374330 | No Loss | 76374369 | No Loss | 76374405 | No Loss | 76374444 | No Loss |
| 76374331 | No Loss | 76374370 | No Loss | 76374406 | No Loss | 76374445 | No Loss |
| 76374332 | No Loss | 76374371 | No Loss | 76374407 | No Loss | 76374446 | No Loss |
| 76374333 | No Loss | 76374372 | No Loss | 76374408 | No Loss | 76374448 | No Loss |
| 76374334 | No Purchase | 76374373 | No Loss | 76374409 | No Purchase | 76374449 | No Loss |
| 76374335 | No Purchase | 76374374 | No Loss | 76374410 | No Loss | 76374450 | No Loss |
| 76374336 | No Purchase | 76374375 | No Loss | 76374411 | No Loss | 76374451 | No Loss |
| 76374337 | No Purchase | 76374376 | No Loss | 76374412 | No Loss | 76374452 | No Loss |
| 76374338 | No Loss | 76374377 | No Loss | 76374413 | No Loss | 76374453 | No Loss |
| 76374339 | No Purchase | 76374378 | No Loss | 76374414 | No Loss | 76374454 | No Loss |
| 76374340 | No Loss | 76374379 | No Loss | 76374415 | No Loss | 76374455 | No Loss |
| 76374341 | No Loss | 76374380 | No Loss | 76374416 | No Loss | 76374456 | No Loss |
| 76374342 | No Loss | 76374381 | No Loss | 76374417 | No Loss | 76374457 | No Loss |
| 76374343 | No Purchase | 76374382 | No Loss | 76374418 | No Loss | 76374458 | No Loss |
| 76374344 | No Loss | 76374383 | No Loss | 76374419 | No Loss | 76374459 | No Loss |
| 76374345 | No Purchase | 76374384 | No Loss | 76374421 | No Loss | 76374460 | No Loss |
| 76374346 | No Loss | 76374385 | No Loss | 76374422 | No Loss | 76374461 | No Loss |
| 76374347 | No Loss | 76374386 | No Loss | 76374423 | No Loss | 76374463 | No Loss |
| 76374348 | No Purchase | 76374387 | No Loss | 76374424 | No Loss | 76374465 | No Loss |
| 76374349 | No Purchase | 76374388 | No Loss | 76374425 | No Loss | 76374466 | No Loss |
| 76374350 | No Purchase | 76374389 | No Loss | 76374426 | No Loss | 76374467 | No Loss |

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 76374468 | No Loss | 76374510 | No Purchase | 76374557 | No Loss | 76374603 | No Purchase |
| 76374469 | No Loss | 76374511 | No Purchase | 76374558 | No Loss | 76374604 | No Purchase |
| 76374470 | No Loss | 76374513 | No Purchase | 76374559 | No Loss | 76374605 | No Loss |
| 76374471 | No Loss | 76374514 | No Purchase | 76374560 | No Loss | 76374606 | No Loss |
| 76374472 | No Loss | 76374515 | No Purchase | 76374562 | No Loss | 76374608 | No Loss |
| 76374473 | No Loss | 76374516 | No Purchase | 76374563 | No Loss | 76374609 | No Loss |
| 76374474 | No Loss | 76374517 | No Purchase | 76374566 | No Loss | 76374610 | No Loss |
| 76374475 | No Loss | 76374518 | No Purchase | 76374567 | No Loss | 76374612 | No Loss |
| 76374476 | No Loss | 76374519 | No Loss | 76374569 | No Loss | 76374613 | No Loss |
| 76374477 | No Loss | 76374520 | No Loss | 76374571 | No Loss | 76374614 | No Loss |
| 76374478 | No Loss | 76374521 | No Loss | 76374572 | No Loss | 76374616 | No Loss |
| 76374479 | No Loss | 76374522 | No Loss | 76374573 | No Loss | 76374618 | No Purchase |
| 76374480 | No Loss | 76374525 | No Loss | 76374574 | No Loss | 76374619 | No Purchase |
| 76374481 | No Loss | 76374529 | No Loss | 76374575 | No Loss | 76374625 | No Loss |
| 76374482 | No Purchase | 76374530 | No Loss | 76374576 | No Loss | 76374626 | No Loss |
| 76374483 | No Loss | 76374532 | No Loss | 76374578 | No Loss | 76374628 | No Purchase |
| 76374484 | No Loss | 76374533 | No Loss | 76374579 | No Loss | 76374629 | No Loss |
| 76374485 | No Loss | 76374535 | No Loss | 76374580 | No Loss | 76374630 | No Loss |
| 76374486 | No Loss | 76374536 | No Loss | 76374581 | No Loss | 76374631 | No Loss |
| 76374487 | No Loss | 76374537 | No Loss | 76374582 | No Loss | 76374632 | No Loss |
| 76374488 | No Loss | 76374538 | No Loss | 76374583 | No Loss | 76374635 | No Loss |
| 76374489 | No Loss | 76374539 | No Loss | 76374585 | No Loss | 76374637 | No Loss |
| 76374490 | No Loss | 76374540 | No Loss | 76374587 | No Loss | 76374638 | No Loss |
| 76374491 | No Loss | 76374541 | No Loss | 76374588 | No Loss | 76374639 | No Loss |
| 76374492 | No Loss | 76374542 | No Loss | 76374589 | No Loss | 76374640 | No Loss |
| 76374493 | No Purchase | 76374543 | No Loss | 76374590 | No Loss | 76374641 | No Loss |
| 76374495 | No Loss | 76374544 | No Purchase | 76374591 | No Loss | 76374647 | No Loss |
| 76374496 | No Loss | 76374545 | No Loss | 76374592 | No Loss | 76374651 | No Loss |
| 76374498 | No Loss | 76374547 | No Loss | 76374593 | No Loss | 76374652 | No Loss |
| 76374499 | No Purchase | 76374548 | No Loss | 76374595 | No Purchase | 76374653 | No Loss |
| 76374503 | No Loss | 76374549 | No Loss | 76374596 | No Loss | 76374654 | No Loss |
| 76374505 | No Purchase | 76374550 | No Loss | 76374597 | No Loss | 76374655 | No Loss |
| 76374506 | No Loss | 76374551 | No Loss | 76374598 | No Loss | 76374656 | No Loss |
| 76374507 | No Loss | 76374553 | No Loss | 76374599 | No Loss | 76374657 | No Loss |
| 76374508 | No Loss | 76374554 | No Loss | 76374601 | No Loss | 76374658 | No Loss |
| 76374509 | No Purchase | 76374555 | No Loss | 76374602 | No Loss | 76374659 | No Loss |

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---------|-----------------|---------|-----------------|---------|-----------------|---------|-----------------|
| 76374660 | No Loss | 76374707 | No Loss | 76374821 | No Loss | 76375070 | Duplicate |
| 76374661 | No Loss | 76374708 | No Loss | 76374833 | No Loss | 76375073 | No Loss |
| 76374662 | No Loss | 76374709 | No Loss | 76374839 | No Loss | 76375080 | No Loss |
| 76374665 | No Loss | 76374710 | No Loss | 76374846 | No Purchase | 76375086 | No Loss |
| 76374666 | No Loss | 76374711 | No Loss | 76374848 | No Loss | 76375098 | No Loss |
| 76374667 | No Purchase | 76374714 | No Loss | 76374849 | No Purchase | 76375103 | No Loss |
| 76374668 | No Loss | 76374716 | No Loss | 76374850 | No Loss | 76375106 | No Purchase |
| 76374669 | No Loss | 76374717 | No Loss | 76374859 | No Loss | 76375108 | No Loss |
| 76374671 | No Loss | 76374718 | No Purchase | 76374872 | No Loss | 76375119 | No Loss |
| 76374672 | No Loss | 76374719 | No Loss | 76374879 | No Loss | 76375123 | No Loss |
| 76374673 | No Loss | 76374720 | No Loss | 76374887 | No Purchase | 76375129 | No Loss |
| 76374676 | No Loss | 76374721 | No Loss | 76374891 | No Loss | 76375137 | No Loss |
| 76374677 | No Loss | 76374722 | No Loss | 76374896 | No Loss | 76375139 | No Loss |
| 76374678 | No Loss | 76374724 | No Loss | 76374907 | No Loss | 76375142 | No Loss |
| 76374679 | No Loss | 76374725 | No Loss | 76374919 | No Loss | 76375156 | No Purchase |
| 76374680 | No Loss | 76374726 | No Loss | 76374921 | No Loss | 76375166 | No Loss |
| 76374681 | No Loss | 76374727 | No Purchase | 76374927 | No Purchase | 76375180 | No Loss |
| 76374682 | No Loss | 76374728 | No Loss | 76374940 | No Loss | 76375182 | No Purchase |
| 76374683 | No Loss | 76374730 | No Loss | 76374951 | No Purchase | 76375184 | No Loss |
| 76374684 | No Loss | 76374731 | No Loss | 76374955 | No Purchase | 76375192 | No Loss |
| 76374685 | No Loss | 76374732 | No Loss | 76374965 | No Loss | 76375194 | No Loss |
| 76374688 | No Loss | 76374736 | No Loss | 76374967 | No Loss | 76375196 | No Purchase |
| 76374690 | No Loss | 76374737 | No Loss | 76374983 | No Loss | 76375199 | No Loss |
| 76374691 | No Loss | 76374739 | No Loss | 76374997 | No Loss | 76375200 | No Loss |
| 76374692 | No Loss | 76374740 | No Loss | 76375017 | No Purchase | 76375202 | No Loss |
| 76374693 | No Loss | 76374741 | No Loss | 76375022 | No Loss | 76375203 | No Loss |
| 76374694 | No Loss | 76374743 | No Loss | 76375027 | No Loss | 76375206 | No Loss |
| 76374695 | No Loss | 76374757 | No Loss | 76375028 | No Loss | 76375209 | No Loss |
| 76374696 | No Loss | 76374778 | No Purchase | 76375034 | No Loss | 76375211 | No Purchase |
| 76374697 | No Loss | 76374786 | No Loss | 76375035 | No Loss | 76375218 | Duplicate |
| 76374700 | No Loss | 76374797 | No Loss | 76375041 | No Loss | 76375222 | No Loss |
| 76374701 | No Loss | 76374798 | No Loss | 76375042 | No Loss | 76375228 | No Loss |
| 76374702 | No Loss | 76374806 | No Loss | 76375050 | No Loss | 76375234 | No Loss |
| 76374703 | No Loss | 76374808 | No Loss | 76375058 | No Loss | 76375237 | No Loss |
| 76374704 | No Loss | 76374809 | No Loss | 76375060 | No Loss | 76375241 | No Loss |
| 76374706 | No Loss | 76374817 | No Purchase | 76375069 | No Loss | 76375244 | No Loss |

EXHIBIT F

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---------|------------------|---------|------------------|---------|------------------|---------|------------------|
| 76375246 | No Loss | 76375500 | No Purchase | 76375726 | No Loss | 76375989 | No Loss |
| 76375248 | No Loss | 76375503 | No Loss | 76375744 | No Purchase | 76375993 | No Purchase |
| 76375257 | No Loss | 76375507 | No Purchase | 76375745 | No Loss | 76375995 | No Loss |
| 76375266 | No Loss | 76375513 | No Loss | 76375746 | No Loss | 76376005 | No Loss |
| 76375270 | No Loss | 76375522 | No Loss | 76375753 | No Loss | 76376010 | No Loss |
| 76375295 | No Loss | 76375525 | No Loss | 76375767 | No Loss | 76376018 | No Loss |
| 76375306 | No Loss | 76375549 | No Loss | 76375772 | No Loss | 76376026 | No Loss |
| 76375327 | No Loss | 76375555 | No Loss | 76375779 | No Loss | 76376027 | No Purchase |
| 76375328 | No Loss | 76375563 | No Purchase | 76375790 | Duplicate | 76376036 | No Loss |
| 76375332 | No Loss | 76375566 | No Purchase | 76375796 | No Purchase | 76376053 | No Loss |
| 76375335 | No Loss | 76375569 | No Purchase | 76375797 | No Loss | 76376061 | No Loss |
| 76375338 | No Loss | 76375571 | No Loss | 76375798 | No Loss | 76376062 | No Purchase |
| 76375339 | No Loss | 76375575 | No Purchase | 76375802 | No Loss | 76376071 | No Purchase |
| 76375340 | No Loss | 76375577 | No Loss | 76375815 | No Loss | 76376072 | No Loss |
| 76375341 | No Loss | 76375603 | No Loss | 76375822 | No Loss | 76376081 | No Loss |
| 76375346 | No Loss | 76375604 | No Loss | 76375835 | No Loss | 76376103 | No Loss |
| 76375363 | No Loss | 76375606 | No Loss | 76375836 | No Loss | 76376117 | No Loss |
| 76375367 | No Loss | 76375611 | No Loss | 76375839 | No Purchase | 76376119 | No Purchase |
| 76375371 | No Loss | 76375613 | No Loss | 76375841 | No Loss | 76376121 | No Loss |
| 76375375 | No Loss | 76375614 | No Loss | 76375845 | No Loss | 76376135 | No Loss |
| 76375404 | No Loss | 76375617 | No Loss | 76375856 | No Loss | 76376137 | No Loss |
| 76375410 | No Loss | 76375619 | No Loss | 76375860 | No Loss | 76376140 | No Loss |
| 76375420 | No Purchase | 76375627 | No Loss | 76375875 | No Loss | 76376149 | No Loss |
| 76375424 | No Loss | 76375644 | No Loss | 76375891 | No Loss | 76376166 | No Loss |
| 76375435 | No Loss | 76375646 | Withdrawn | 76375918 | No Purchase | 76376193 | No Loss |
| 76375438 | No Loss | 76375649 | No Loss | 76375932 | No Purchase | 76376198 | No Loss |
| 76375440 | No Loss | 76375652 | No Loss | 76375933 | No Loss | 76376203 | No Loss |
| 76375443 | No Purchase | 76375661 | No Loss | 76375935 | No Loss | 76376210 | No Loss |
| 76375453 | No Loss | 76375662 | No Loss | 76375941 | No Loss | 76376226 | No Loss |
| 76375467 | No Purchase | 76375669 | No Loss | 76375945 | No Loss | 76376227 | No Loss |
| 76375472 | No Loss | 76375678 | No Purchase | 76375952 | No Loss | 76376232 | No Loss |
| 76375479 | No Loss | 76375685 | No Loss | 76375953 | No Loss | 76376249 | No Loss |
| 76375481 | No Purchase | 76375687 | No Loss | 76375959 | No Loss | 76376250 | No Loss |
| 76375485 | No Loss | 76375690 | No Loss | 76375962 | No Loss | 76376264 | No Loss |
| 76375489 | No Loss | 76375704 | No Loss | 76375969 | No Loss | 76376266 | No Loss |
| 76375491 | Duplicate | 76375724 | No Loss | 76375987 | No Loss | 76376267 | No Loss |

EXHIBIT F

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 76376269 | No Loss | 76376531 | No Loss | 76520575 | No Loss | 76520616 | No Loss |
| 76376272 | No Loss | 76376550 | No Loss | 76520576 | No Loss | 76520617 | No Loss |
| 76376275 | No Purchase | 76376555 | No Loss | 76520577 | No Loss | 76520618 | No Loss |
| 76376279 | No Loss | 76376572 | No Loss | 76520578 | No Loss | 76520619 | No Loss |
| 76376281 | No Loss | 76376575 | No Purchase | 76520580 | No Loss | 76520620 | No Loss |
| 76376297 | No Loss | 76376576 | No Purchase | 76520581 | No Loss | 76520621 | No Purchase |
| 76376302 | No Loss | 76376577 | No Loss | 76520582 | No Loss | 76520622 | No Loss |
| 76376307 | No Loss | 76377145 | No Loss | 76520583 | No Loss | 76520624 | No Loss |
| 76376314 | No Purchase | 76377146 | No Loss | 76520584 | No Loss | 76520625 | No Loss |
| 76376321 | No Loss | 76377147 | No Loss | 76520585 | No Loss | 76520626 | No Loss |
| 76376350 | No Loss | 76377149 | No Loss | 76520586 | No Purchase | 76520627 | No Loss |
| 76376361 | No Purchase | 76377151 | No Loss | 76520587 | No Loss | 76520628 | No Loss |
| 76376369 | No Loss | 76377153 | No Loss | 76520588 | No Loss | 76520629 | No Loss |
| 76376370 | No Loss | 76377154 | No Loss | 76520589 | No Loss | 76520630 | No Loss |
| 76376371 | No Loss | 76377156 | No Loss | 76520590 | No Loss | 76520631 | No Loss |
| 76376376 | No Loss | 76377157 | No Loss | 76520591 | No Purchase | 76520633 | No Loss |
| 76376382 | No Purchase | 76377159 | No Loss | 76520592 | No Loss | 76520634 | No Loss |
| 76376384 | No Loss | 76377163 | No Loss | 76520595 | No Loss | 76520635 | No Loss |
| 76376389 | No Loss | 76377164 | No Loss | 76520596 | No Loss | 76520636 | No Loss |
| 76376394 | No Purchase | 76377170 | No Loss | 76520597 | No Loss | 76520637 | No Loss |
| 76376399 | No Purchase | 76377171 | No Loss | 76520598 | No Purchase | 76520638 | No Loss |
| 76376417 | No Loss | 76377173 | No Loss | 76520600 | No Loss | 76520639 | No Loss |
| 76376421 | No Loss | 76377177 | No Loss | 76520601 | No Loss | 76520640 | No Loss |
| 76376424 | No Loss | 76384608 | Replaced | 76520602 | No Purchase | 76520641 | No Loss |
| 76376432 | No Loss | 76384609 | Replaced | 76520603 | No Loss | 76573440 | No Loss |
| 76376435 | No Loss | 76463637 | No Loss | 76520604 | No Purchase | 76573441 | No Loss |
| 76376441 | No Loss | 76520560 | No Purchase | 76520605 | No Loss | 76573442 | No Loss |
| 76376460 | No Loss | 76520561 | No Loss | 76520606 | No Purchase | 76573443 | No Loss |
| 76376461 | No Loss | 76520563 | No Purchase | 76520607 | No Loss | 76573445 | No Loss |
| 76376463 | No Loss | 76520564 | No Purchase | 76520608 | No Loss | 76573448 | No Loss |
| 76376483 | No Loss | 76520565 | No Purchase | 76520609 | No Loss | 76573449 | No Loss |
| 76376487 | No Loss | 76520567 | No Loss | 76520610 | No Purchase | 76573450 | No Loss |
| 76376496 | No Loss | 76520568 | No Loss | 76520611 | No Purchase | 76573451 | No Loss |
| 76376501 | No Loss | 76520569 | No Loss | 76520612 | No Purchase | 76573452 | No Loss |
| 76376504 | No Loss | 76520572 | No Loss | 76520613 | No Loss | 76573453 | No Loss |
| 76376524 | No Loss | 76520574 | No Loss | 76520614 | No Loss | 76573454 | No Loss |

EXHIBIT F

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 76573456 | No Loss | 76573505 | No Loss | 76573541 | No Loss | 76573577 | No Loss |
| 76573457 | No Loss | 76573506 | No Loss | 76573542 | No Loss | 76573578 | No Loss |
| 76573458 | No Loss | 76573507 | No Loss | 76573543 | No Loss | 76573579 | No Loss |
| 76573462 | No Loss | 76573508 | No Loss | 76573544 | No Loss | 76573580 | No Loss |
| 76573463 | No Loss | 76573509 | No Loss | 76573545 | No Loss | 76573581 | No Loss |
| 76573468 | No Loss | 76573510 | No Loss | 76573546 | No Loss | 76573582 | No Loss |
| 76573469 | No Loss | 76573511 | No Loss | 76573547 | No Loss | 76573583 | No Loss |
| 76573470 | No Loss | 76573512 | No Loss | 76573548 | No Loss | 76573584 | No Loss |
| 76573471 | No Loss | 76573513 | No Loss | 76573549 | No Loss | 76573585 | No Loss |
| 76573472 | No Loss | 76573514 | No Loss | 76573550 | No Loss | 76573586 | No Loss |
| 76573474 | No Loss | 76573515 | No Loss | 76573551 | No Loss | 76573588 | No Loss |
| 76573475 | No Loss | 76573516 | No Loss | 76573552 | No Loss | 76573590 | No Loss |
| 76573476 | No Loss | 76573517 | No Loss | 76573553 | No Loss | 76573591 | No Loss |
| 76573477 | No Loss | 76573518 | No Loss | 76573554 | No Loss | 76592282 | No Loss |
| 76573478 | No Loss | 76573519 | No Loss | 76573555 | No Loss | 76592283 | No Loss |
| 76573480 | No Loss | 76573520 | No Loss | 76573556 | No Loss | 76607208 | No Loss |
| 76573481 | No Loss | 76573521 | No Loss | 76573557 | No Loss | 76607209 | No Loss |
| 76573485 | No Loss | 76573522 | No Loss | 76573558 | No Loss | 76607210 | No Loss |
| 76573486 | No Loss | 76573523 | No Loss | 76573559 | No Loss | 76608276 | No Loss |
| 76573487 | No Loss | 76573524 | No Loss | 76573560 | No Loss | 76838259 | No Loss |
| 76573488 | No Loss | 76573525 | No Loss | 76573561 | No Loss | 76839462 | No Loss |
| 76573490 | No Loss | 76573526 | No Loss | 76573562 | No Loss | 76839463 | No Loss |
| 76573491 | No Loss | 76573527 | No Loss | 76573563 | No Loss | 76839464 | No Loss |
| 76573492 | No Loss | 76573528 | No Loss | 76573564 | No Loss | 76839465 | No Loss |
| 76573493 | No Loss | 76573529 | No Loss | 76573565 | No Loss | 76839466 | No Loss |
| 76573494 | No Loss | 76573530 | No Loss | 76573566 | No Loss | 76839467 | No Loss |
| 76573495 | No Loss | 76573531 | No Loss | 76573567 | No Loss | 76839468 | No Loss |
| 76573496 | No Loss | 76573532 | No Loss | 76573568 | No Loss | 76839469 | No Loss |
| 76573497 | No Loss | 76573533 | No Loss | 76573569 | No Loss | 76839470 | No Loss |
| 76573498 | No Loss | 76573534 | No Loss | 76573570 | No Loss | 144229513 | No Loss |
| 76573499 | No Loss | 76573535 | No Loss | 76573571 | No Loss | 144229516 | No Loss |
| 76573500 | No Loss | 76573536 | No Loss | 76573572 | No Loss | 144229523 | No Loss |
| 76573501 | No Loss | 76573537 | No Loss | 76573573 | No Loss | 144229524 | No Loss |
| 76573502 | No Loss | 76573538 | No Loss | 76573574 | No Loss | 144229525 | No Loss |
| 76573503 | No Loss | 76573539 | No Loss | 76573575 | No Loss | 144229527 | No Loss |
| 76573504 | No Loss | 76573540 | No Loss | 76573576 | No Loss | 144229528 | No Loss |

EXHIBIT F

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 144229529 | No Loss | 144325486 | No Loss | 144325542 | No Loss | 144325598 | No Loss |
| 144229530 | No Loss | 144325488 | No Loss | 144325543 | No Loss | 144325601 | No Loss |
| 144229531 | Missing Documentation | 144325489 | No Loss | 144325544 | No Loss | 144325602 | No Loss |
| 144229533 | No Loss | 144325490 | No Loss | 144325546 | No Loss | 144325605 | No Loss |
| 144229534 | No Loss | 144325492 | No Loss | 144325547 | No Purchase | 144325606 | No Loss |
| 144229536 | E-Claim Placeholder | 144325493 | No Loss | 144325551 | Missing Documentation | 144325608 | No Loss |
| 144229537 | No Loss | 144325494 | No Loss | 144325553 | No Loss | 144325611 | No Loss |
| 144325438 | No Loss | 144325495 | No Loss | 144325554 | No Purchase | 144325613 | No Loss |
| 144325439 | No Loss | 144325496 | No Loss | 144325555 | No Loss | 144325615 | No Loss |
| 144325440 | No Purchase | 144325497 | No Loss | 144325558 | No Loss | 144325616 | No Loss |
| 144325442 | No Purchase | 144325504 | No Loss | 144325561 | No Loss | 144325618 | No Loss |
| 144325444 | No Loss | 144325505 | No Loss | 144325562 | No Loss | 144325619 | No Loss |
| 144325449 | No Loss | 144325507 | No Purchase | 144325563 | No Purchase | 144325620 | No Loss |
| 144325450 | No Loss | 144325508 | No Loss | 144325564 | No Loss | 144325621 | No Loss |
| 144325451 | No Loss | 144325511 | No Purchase | 144325566 | No Loss | 144325622 | No Loss |
| 144325452 | No Loss | 144325512 | No Loss | 144325568 | No Purchase | 144325623 | No Purchase |
| 144325453 | No Loss | 144325516 | No Loss | 144325569 | No Loss | 144325624 | No Loss |
| 144325454 | No Loss | 144325517 | No Loss | 144325570 | No Loss | 144325625 | No Loss |
| 144325456 | No Purchase | 144325518 | No Loss | 144325571 | Missing Documentation | 144325626 | No Loss |
| 144325458 | No Loss | 144325519 | No Loss | 144325572 | No Loss | 144325627 | No Loss |
| 144325459 | No Loss | 144325521 | No Loss | 144325573 | No Loss | 144325630 | No Purchase |
| 144325460 | No Loss | 144325522 | No Loss | 144325574 | No Purchase | 144325633 | No Loss |
| 144325461 | No Loss | 144325523 | Missing Documentation | 144325576 | No Purchase | 144325634 | No Loss |
| 144325465 | No Loss | 144325524 | No Loss | 144325579 | No Loss | 144325635 | No Purchase |
| 144325469 | No Loss | 144325525 | No Loss | 144325580 | No Loss | 144325636 | No Loss |
| 144325470 | No Loss | 144325526 | No Loss | 144325582 | No Loss | 144325638 | No Loss |
| 144325472 | No Loss | 144325527 | No Purchase | 144325584 | No Loss | 144325640 | No Loss |
| 144325474 | No Loss | 144325529 | No Loss | 144325586 | No Loss | 144325642 | No Loss |
| 144325475 | No Loss | 144325530 | No Loss | 144325590 | Missing Documentation | 144325643 | No Loss |
| 144325476 | No Loss | 144325531 | No Loss | 144325591 | No Purchase | 144325644 | No Loss |
| 144325478 | Missing Documentation | 144325532 | No Loss | 144325592 | No Loss | 144325645 | No Loss |
| 144325480 | No Purchase | 144325533 | No Loss | 144325593 | No Loss | 144325647 | No Loss |
| 144325481 | No Loss | 144325535 | No Purchase | 144325594 | No Loss | 144325649 | No Loss |
| 144325483 | No Loss | 144325536 | No Loss | 144325595 | No Purchase | 144325652 | No Loss |
| 144325484 | No Purchase | 144325539 | No Loss | 144325596 | No Loss | 144325653 | No Purchase |
| 144325485 | No Loss | 144325540 | No Loss | 144325597 | No Loss | 144325654 | No Purchase |

EXHIBIT F

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 144325655 | No Loss | 144325712 | No Purchase | 144325763 | No Loss | 144325818 | No Loss |
| 144325657 | No Loss | 144325713 | No Loss | 144325764 | No Purchase | 144325819 | No Loss |
| 144325658 | No Loss | 144325714 | No Loss | 144325765 | No Loss | 144325820 | No Loss |
| 144325659 | Missing Documentation | 144325715 | No Purchase | 144325766 | No Loss | 144325821 | No Loss |
| 144325660 | Missing Documentation | 144325716 | No Loss | 144325768 | No Loss | 144325825 | No Loss |
| 144325661 | No Loss | 144325718 | No Loss | 144325769 | No Loss | 144325826 | No Loss |
| 144325662 | No Loss | 144325719 | No Loss | 144325770 | No Loss | 144325828 | No Loss |
| 144325665 | No Loss | 144325721 | No Loss | 144325771 | No Loss | 144325829 | No Loss |
| 144325666 | No Loss | 144325722 | No Loss | 144325772 | No Loss | 144325830 | No Purchase |
| 144325668 | No Loss | 144325723 | No Loss | 144325773 | No Loss | 144325832 | No Loss |
| 144325670 | No Loss | 144325726 | No Loss | 144325774 | No Loss | 144325833 | No Loss |
| 144325672 | No Purchase | 144325729 | No Purchase | 144325775 | No Loss | 144325834 | No Loss |
| 144325673 | No Loss | 144325730 | No Loss | 144325777 | No Loss | 144325835 | No Loss |
| 144325674 | No Loss | 144325732 | No Loss | 144325778 | No Loss | 144325837 | No Loss |
| 144325676 | No Loss | 144325733 | No Loss | 144325780 | No Loss | 144325838 | No Loss |
| 144325677 | No Purchase | 144325737 | Missing Documentation | 144325782 | No Loss | 144325839 | No Loss |
| 144325679 | No Loss | 144325738 | No Loss | 144325783 | No Loss | 144325840 | No Loss |
| 144325680 | No Loss | 144325740 | Missing Documentation | 144325785 | No Loss | 144325841 | No Loss |
| 144325681 | No Purchase | 144325741 | No Loss | 144325786 | No Loss | 144325843 | Missing Documentation |
| 144325683 | Missing Documentation | 144325743 | No Loss | 144325787 | No Loss | 144325844 | No Loss |
| 144325684 | No Loss | 144325745 | No Loss | 144325789 | No Loss | 144325845 | No Loss |
| 144325685 | No Loss | 144325746 | No Loss | 144325790 | No Loss | 144325850 | No Loss |
| 144325686 | No Loss | 144325747 | No Loss | 144325791 | No Loss | 144325851 | No Loss |
| 144325690 | No Loss | 144325748 | No Loss | 144325792 | No Loss | 144325853 | No Loss |
| 144325694 | Missing Documentation | 144325749 | No Purchase | 144325794 | No Loss | 144325855 | No Purchase |
| 144325695 | No Loss | 144325750 | No Loss | 144325795 | No Loss | 144325856 | No Loss |
| 144325697 | No Loss | 144325751 | No Loss | 144325796 | No Loss | 144325857 | No Loss |
| 144325699 | No Loss | 144325752 | No Loss | 144325797 | No Loss | 144325858 | No Loss |
| 144325700 | No Loss | 144325753 | No Loss | 144325798 | No Loss | 144325859 | No Loss |
| 144325704 | No Loss | 144325755 | No Loss | 144325807 | No Loss | 144325860 | No Loss |
| 144325705 | No Purchase | 144325756 | No Loss | 144325808 | No Loss | 144325861 | No Loss |
| 144325706 | No Loss | 144325757 | No Loss | 144325809 | No Loss | 144325862 | No Loss |
| 144325707 | No Loss | 144325759 | No Loss | 144325810 | No Purchase | 144325864 | No Loss |
| 144325708 | No Loss | 144325760 | No Loss | 144325812 | No Loss | 144325865 | No Loss |
| 144325709 | No Loss | 144325761 | No Loss | 144325813 | No Loss | 144325866 | No Loss |
| 144325710 | No Purchase | 144325762 | No Loss | 144325815 | No Loss | 144325867 | No Purchase |

EXHIBIT F

| Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason | Claim # | Rejection Reason |
|---|---|---|---|---|---|---|---|
| 144325868 | No Loss | 144325902 | No Loss | 144325924 | No Loss | 144325945 | No Loss |
| 144325872 | No Loss | 144325904 | No Loss | 144325925 | No Loss | 144325946 | No Loss |
| 144325875 | No Loss | 144325905 | No Loss | 144325927 | No Loss | 144325948 | No Loss |
| 144325877 | No Loss | 144325906 | No Loss | 144325928 | No Loss | 144325949 | Missing Documentation |
| 144325878 | Missing Documentation | 144325907 | No Loss | 144325929 | No Purchase | 144325951 | No Loss |
| 144325883 | No Loss | 144325908 | No Loss | 144325930 | No Loss | 144325953 | No Loss |
| 144325886 | No Loss | 144325909 | No Purchase | 144325931 | No Loss | 144325954 | No Loss |
| 144325887 | No Loss | 144325913 | No Loss | 144325932 | No Loss | 144325955 | No Loss |
| 144325888 | No Loss | 144325915 | No Loss | 144325935 | No Loss | 144325957 | No Loss |
| 144325890 | No Loss | 144325916 | No Loss | 144325936 | No Loss | 144325958 | No Loss |
| 144325891 | No Loss | 144325918 | No Loss | 144325937 | No Loss | 144335540 | No Purchase |
| 144325892 | No Loss | 144325919 | No Loss | 144325938 | No Loss | 144335603 | E-Claim Placeholder |
| 144325896 | No Loss | 144325920 | No Loss | 144325942 | No Loss | 144335604 | Replaced |
| 144325897 | No Loss | 144325921 | No Loss | 144325943 | No Loss | 144335605 | E-Claim Placeholder |
| 144325898 | No Loss | 144325922 | No Loss | 144325944 | No Loss | 186725673 | Duplicate |