# EXHIBIT G

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

| | |
|---|---|
| **INVOICE** | INV000302271 |
| **PAGE** | 1/1 |
| **DATE** | 12/31/2021 |
| **CLIENT** | 122875 |

## INVOICE

| JOB | 54504 | Vivint Solar Securities Litigation |
|---|---|---|

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Project/Database Setup (One-Time Fee) | 1 | 4,500.00 | $4,500.00 |
| Dynamic Website Setup and Design (One-Time Fee) | 1 | 2,500.00 | $2,500.00 |
| Toll-Free Telephone Line Setup (One-Time Fee) | 1 | 1,000.00 | $1,000.00 |
| Claims Processing, Validation, and Audits (Hourly) | 4.75 | 48.00 | $228.00 |
| Development and Testing of Online Filing Screens | 1.00 | 2,900.00 | $2,900.00 |
| Project Management (Hourly) | 35.70 | 165.00 | $5,890.50 |
| System Support (Hourly) | 1.50 | 175.00 | $262.50 |
| Quality Assurance (Hourly) | 4.25 | 150.00 | $637.50 |
| Staff (Hourly) | 34.75 | 95.00 | $3,301.25 |
| Printing and Mailing of Notice Postcards | 20,000 | 0.1600 | $3,200.00 |
| Postage | 1 | 1,351.8400 | $1,351.84 |
| Media Notice - Investors Daily Business | 1 | 5,493.75 | $5,493.75 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 4 | 0.44 | $1.76 |
| CSRs/Live Operators (Per Hour) | 2.00 | 48.00 | $96.00 |
| 800 Number Charges (Per Minute) | 1 | 0.12 | $0.12 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| NCOA Address Updating (Minimum Charge) | 1 | 850.0000 | $850.00 |
| Post Office Box Rental/Renewal | 1 | 1,340.00 | $1,340.00 |
| Bank, Broker and Nominee Fulfillment Expenses | 1 | 681.50 | $681.50 |
| Receipt, Processing of Bank/Broker/Nominee Lists for Mailing | 8 | 175.00 | $1,400.00 |

| | | **TOTAL** | **$36,074.72** |
|---|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

| | |
|---|---|
| **INVOICE** | INV000302375 |
| **PAGE** | 1/1 |
| **DATE** | 1/31/2022 |
| **CLIENT** | 122875 |

## INVOICE

**JOB      54504              Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 455 | 0.65 | $295.75 |
| Remailing of Notice Packets to Updated Addresses | 299 | 0.89 | $266.11 |
| Receipt and Preparation of Paper Claim Forms | 1 | 2.00 | $2.00 |
| Upload and Import Online Claims | 5.00 | 1.00 | $5.00 |
| Claims Processing, Validation, and Audits (Hourly) | 1.25 | 48.00 | $60.00 |
| Project Management (Hourly) | 16.25 | 165.00 | $2,681.25 |
| System Support (Hourly) | 16.50 | 175.00 | $2,887.50 |
| Quality Assurance (Hourly) | 1.75 | 150.00 | $262.50 |
| Staff (Hourly) | 15.00 | 95.00 | $1,425.00 |
| Postage | 1 | 2,464.4400 | $2,464.44 |
| Media Notice - PR Newswire USI National Newsline | 1 | 2,056.25 | $2,056.25 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 13 | 0.44 | $5.72 |
| CSRs/Live Operators (Per Hour) | 4.75 | 48.00 | $228.00 |
| 800 Number Charges (Per Minute) | 10 | 0.12 | $1.20 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| NCOA Address Updating | 1 | 500.0000 | $500.00 |
| Bank, Broker and Nominee Fulfillment Expenses | 1 | 7,901.86 | $7,901.86 |
| Receipt, Processing of Bank/Broker/Nominee Lists for Mailing | 9 | 175.00 | $1,575.00 |

**TOTAL          $23,057.58**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

| INVOICE | INV000302459 |
|---|---|
| PAGE | 1/1 |
| DATE | 2/28/2022 |
| CLIENT | 122875 |

## INVOICE

**JOB    54504    Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 317 | 0.65 | $206.05 |
| Remailing of Notice Packets to Updated Addresses | 124 | 0.89 | $110.36 |
| Receipt and Preparation of Paper Claim Forms | 7 | 2.00 | $14.00 |
| Upload and Import Online Claims | 94.00 | 1.00 | $94.00 |
| Claims Processing, Validation, and Audits (Hourly) | 2.00 | 48.00 | $96.00 |
| Project Management (Hourly) | 2.25 | 165.00 | $371.25 |
| System Support (Hourly) | 3.50 | 175.00 | $612.50 |
| Staff (Hourly) | 7.75 | 95.00 | $736.25 |
| Printing and Mailing of Notice Postcards | 3,000 | 0.4600 | $1,380.00 |
| Postage | 1 | 735.1000 | $735.10 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 67 | 0.44 | $29.48 |
| CSRs/Live Operators (Per Hour) | 3.75 | 48.00 | $180.00 |
| 800 Number Charges (Per Minute) | 206 | 0.12 | $24.72 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Advanced Address Updates | 866 | 1.10 | $952.60 |
| Document Imaging | 102 | 0.15 | $15.30 |
| Bank, Broker and Nominee Fulfillment Expenses | 1 | 578.51 | $578.51 |
| Electronic Storage (Per Page/Per Month) | 1 | 91.010 | $91.01 |

| | TOTAL | $6,667.13 |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



|  |  |
|---|---|
| **INVOICE** | INV000302591 |
| **PAGE** | 1/1 |
| **DATE** | 3/31/2022 |
| **CLIENT** | 122875 |

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

## INVOICE

**JOB      54504         Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 178 | 0.65 | $115.70 |
| Remailing of Notice Packets to Updated Addresses | 54 | 0.89 | $48.06 |
| Upload and Import Online Claims | 25.00 | 1.00 | $25.00 |
| Claims Processing, Validation, and Audits (Hourly) | 1.25 | 48.00 | $60.00 |
| Project Management (Hourly) | 5.50 | 165.00 | $907.50 |
| System Support (Hourly) | 0.25 | 175.00 | $43.75 |
| Quality Assurance (Hourly) | 2.50 | 150.00 | $375.00 |
| Staff (Hourly) | 4.50 | 95.00 | $427.50 |
| Postage | 1 | 30.4000 | $30.40 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 31 | 0.44 | $13.64 |
| CSRs/Live Operators (Per Hour) | 3.25 | 48.00 | $156.00 |
| 800 Number Charges (Per Minute) | 77 | 0.12 | $9.24 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Advanced Address Updates | 197 | 1.10 | $216.70 |
| Document Imaging | 30 | 0.15 | $4.50 |
| Electronic Storage (Per Page/Per Month) | 1 | 82.770 | $82.77 |

|  |  |
|---|---|
| **TOTAL** | **$2,955.76** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | |
|---|---|
| **INVOICE** | INV000302636 |
| **PAGE** | 1/1 |
| **DATE** | 4/30/2022 |
| **CLIENT** | 122875 |

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

## INVOICE

**JOB       54504       Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 57 | 0.65 | $37.05 |
| Remailing of Notice Packets to Updated Addresses | 198 | 0.89 | $176.22 |
| Receipt and Preparation of Paper Claim Forms | 3 | 2.00 | $6.00 |
| Upload and Import Online Claims | 20.00 | 1.00 | $20.00 |
| Claims Processing, Validation, and Audits (Hourly) | 20.25 | 48.00 | $972.00 |
| Project Management (Hourly) | 10.75 | 165.00 | $1,773.75 |
| System Support (Hourly) | 3.50 | 175.00 | $612.50 |
| Quality Assurance (Hourly) | 1.50 | 150.00 | $225.00 |
| Staff (Hourly) | 44.75 | 95.00 | $4,251.25 |
| Postage | 1 | 227.5000 | $227.50 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 21 | 0.44 | $9.24 |
| CSRs/Live Operators (Per Hour) | 1.75 | 48.00 | $84.00 |
| 800 Number Charges (Per Minute) | 57 | 0.12 | $6.84 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Advanced Address Updates | 329 | 1.10 | $361.90 |
| Document Imaging | 55 | 0.15 | $8.25 |
| Bank, Broker and Nominee Fulfillment Expenses | 1 | 250.00 | $250.00 |
| Receipt, Processing of Bank/Broker/Nominee Lists for Mailing | 1 | 175.00 | $175.00 |
| Electronic Storage (Per Page/Per Month) | 1 | 2.820 | $2.82 |

| | | |
|---|---|---|
| | **TOTAL** | **$9,639.32** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| | |
|---|---|
| **INVOICE** | INV000302776 |
| **PAGE** | 1/1 |
| **DATE** | 5/31/2022 |
| **CLIENT** | 122875 |

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

## INVOICE

**JOB      54504      Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 55 | 0.65 | $35.75 |
| Remailing of Notice Packets to Updated Addresses | 9 | 0.89 | $8.01 |
| Receipt and Preparation of Paper Claim Forms | 15 | 2.00 | $30.00 |
| Upload and Import Online Claims | 281.00 | 1.00 | $281.00 |
| Claims Processing, Validation, and Audits (Hourly) | 42.75 | 48.00 | $2,052.00 |
| Loading of Electronic Claims Data (Hourly) | 0.50 | 160.00 | $80.00 |
| Project Management (Hourly) | 3.75 | 165.00 | $618.75 |
| System Support (Hourly) | 0.25 | 175.00 | $43.75 |
| Quality Assurance (Hourly) | 1.75 | 150.00 | $262.50 |
| Staff (Hourly) | 12.50 | 95.00 | $1,187.50 |
| Postage | 1 | 3.6000 | $3.60 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 32 | 0.44 | $14.08 |
| CSRs/Live Operators (Per Hour) | 2.50 | 48.00 | $120.00 |
| 800 Number Charges (Per Minute) | 52 | 0.12 | $6.24 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Advanced Address Updates | 290 | 1.10 | $319.00 |
| Document Imaging | 7 | 0.15 | $1.05 |
| Electronic Storage (Per Page/Per Month) | 1 | 89.430 | $89.43 |

**TOTAL      $5,592.66**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

| | |
|---|---|
| **INVOICE** | INV000302918 |
| **PAGE** | 1/1 |
| **DATE** | 6/30/2022 |
| **CLIENT** | 122875 |

## INVOICE

**JOB      54504      Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 10 | 0.65 | $6.50 |
| Remailing of Notice Packets to Updated Addresses | 17 | 0.89 | $15.13 |
| Receipt and Preparation of Paper Claim Forms | 18 | 2.00 | $36.00 |
| Upload and Import Online Claims | 96.00 | 1.00 | $96.00 |
| Claims Processing, Validation, and Audits (Hourly) | 74.75 | 48.00 | $3,588.00 |
| Loading of Electronic Claims Data (Hourly) | 2.75 | 160.00 | $440.00 |
| Project Management (Hourly) | 6.00 | 165.00 | $990.00 |
| System Support (Hourly) | 0.50 | 175.00 | $87.50 |
| Staff (Hourly) | 38.25 | 95.00 | $3,633.75 |
| Postage | 1 | 6.8000 | $6.80 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 17 | 0.44 | $7.48 |
| CSRs/Live Operators (Per Hour) | 3.50 | 48.00 | $168.00 |
| 800 Number Charges (Per Minute) | 75 | 0.12 | $9.00 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Advanced Address Updates | 47 | 1.10 | $51.70 |
| Document Imaging | 242 | 0.15 | $36.30 |
| Bank, Broker and Nominee Fulfillment Expenses | 1 | 868.29 | $868.29 |
| Electronic Storage (Per Page/Per Month) | 1 | 96.250 | $96.25 |

| | |
|---|---|
| **TOTAL** | **$10,576.70** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.

Class Action Administration

600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

| | |
|---|---|
| **INVOICE** | INV000303073 |
| **PAGE** | 1/1 |
| **DATE** | 7/31/2022 |
| **CLIENT** | 122875 |

## INVOICE

**JOB     54504     Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 7 | 0.65 | $4.55 |
| Claims Processing, Validation, and Audits (Hourly) | 2.00 | 48.00 | $96.00 |
| Project Management (Hourly) | 3.00 | 165.00 | $495.00 |
| Staff (Hourly) | 1.00 | 95.00 | $95.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 9 | 0.44 | $3.96 |
| CSRs/Live Operators (Per Hour) | 1.50 | 48.00 | $72.00 |
| 800 Number Charges (Per Minute) | 16 | 0.12 | $1.92 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Electronic Storage (Per Page/Per Month) | 1 | 93.110 | $93.11 |

**TOTAL          $1,301.54**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



A.B. DATA, LTD.
**Class Action Administration**
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| | | |
|---|---|---|
| **INVOICE** | INV000303207 |
| **PAGE** | 1/1 |
| **DATE** | 8/31/2022 |
| **CLIENT** | 122875 |

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

## INVOICE

**JOB      54504          Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 4 | 0.65 | $2.60 |
| Receipt and Preparation of Paper Claim Forms | 4 | 2.00 | $8.00 |
| Claims Processing, Validation, and Audits (Hourly) | 26.00 | 48.00 | $1,248.00 |
| Project Management (Hourly) | 6.25 | 165.00 | $1,031.25 |
| System Support (Hourly) | 2.00 | 175.00 | $350.00 |
| Quality Assurance (Hourly) | 25.50 | 150.00 | $3,825.00 |
| Staff (Hourly) | 0.50 | 95.00 | $47.50 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 7 | 0.44 | $3.08 |
| CSRs/Live Operators (Per Hour) | 2.00 | 48.00 | $96.00 |
| 800 Number Charges (Per Minute) | 20 | 0.12 | $2.40 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Electronic Storage (Per Page/Per Month) | 1 | 95.970 | $95.97 |

| | |
|---|---|
| **TOTAL** | **$7,149.80** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | | |
|---|---|---|
| **INVOICE** | | INV000303403 |
| **PAGE** | | 1/1 |
| **DATE** | | 9/30/2022 |
| **CLIENT** | | 122875 |

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

## INVOICE

**JOB      54504      Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Printing/Mailing of Deficiency/Ineligibility Notifications | 424 | 1.28 | $542.72 |
| Claims Processing, Validation, and Audits (Hourly) | 1.25 | 48.00 | $60.00 |
| Loading of Electronic Claims Data (Hourly) | 3.00 | 160.00 | $480.00 |
| Project Management (Hourly) | 3.75 | 165.00 | $618.75 |
| Staff (Hourly) | 4.25 | 95.00 | $403.75 |
| Postage | 1 | 241.8000 | $241.80 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 17 | 0.44 | $7.48 |
| CSRs/Live Operators (Hourly) | 8.00 | 48.00 | $384.00 |
| 800 Number Charges (Per Minute) | 12 | 0.12 | $1.44 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Electronic Storage (Per Page/Per Month) | 1 | 95.970 | $95.97 |

**TOTAL      $3,275.91**

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

**A.B. DATA, LTD.**

Class Action Administration

600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

| | |
|---|---|
| **INVOICE** | INV000303454 |
| **PAGE** | 1/1 |
| **DATE** | 10/28/2022 |
| **CLIENT** | 122875 |

## INVOICE

**JOB      54504      Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 2 | 0.65 | $1.30 |
| Claims Processing, Validation, and Audits (Hourly) | 3.25 | 48.00 | $156.00 |
| Loading of Electronic Claims Data (Hourly) | 0.25 | 160.00 | $40.00 |
| Staff (Hourly) | 2.50 | 95.00 | $237.50 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 1 | 0.44 | $0.44 |
| CSRs/Live Operators (Hourly) | 4.00 | 48.00 | $192.00 |
| 800 Number Charges (Per Minute) | 32 | 0.12 | $3.84 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 327 | 0.15 | $49.05 |
| Electronic Storage (Per Page/Per Month) | 1 | 97.990 | $97.99 |

|  |  |
|---|---|
| **TOTAL** | **$1,218.12** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. DATA, LTD.**
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com

| | |
|---|---|
| **INVOICE** | INV000303642 |
| **PAGE** | 1/1 |
| **DATE** | 11/30/2022 |
| **CLIENT** | 122875 |

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

## INVOICE

**JOB    54504    Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 1 | 0.65 | $0.65 |
| Upload and Import Online Claims | 1.00 | 1.00 | $1.00 |
| Claims Processing, Validation, and Audits (Hourly) | 1.50 | 48.00 | $72.00 |
| Project Management (Hourly) | 0.50 | 165.00 | $82.50 |
| Staff (Hourly) | 1.00 | 95.00 | $95.00 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 2 | 0.44 | $0.88 |
| CSRs/Live Operators (Hourly) | 0.25 | 48.00 | $12.00 |
| 800 Number Charges (Per Minute) | 4 | 0.12 | $0.48 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Document Imaging | 4 | 0.15 | $0.60 |
| Electronic Storage | 1 | 100.930 | $100.93 |

| | |
|---|---|
| **TOTAL** | **$806.04** |

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT

A.B. DATA, LTD.
Class Action Administration
600 A. B. Data Drive
Milwaukee, WI 53217
414-961-7523
accounting@abdataclassaction.com
abdataclassaction.com



| | | |
|---|---|---|
| **INVOICE** | | INV000303793 |
| **PAGE** | | 1/1 |
| **DATE** | | 12/30/2022 |
| **CLIENT** | | 122875 |

BRAGAR EAGEL & SQUIRE, P.C.
810 SEVENTH AVE
SUITE 620
NEWYORK, NY, 10019
USA

## INVOICE

**JOB        54504        Vivint Solar Securities Litigation**

| DESCRIPTION | QTY | PRICE | AMOUNT |
|---|---|---|---|
| Receipt and Processing of Undeliverable Mail | 1 | 0.65 | $0.65 |
| Claims Processing, Validation, and Audits (Hourly) | 0.50 | 48.00 | $24.00 |
| Project Management (Hourly) | 1.75 | 165.00 | $288.75 |
| System Support (Hourly) | 2.25 | 175.00 | $393.75 |
| Quality Assurance (Hourly) | 1.00 | 150.00 | $150.00 |
| Staff (Hourly) | 0.50 | 95.00 | $47.50 |
| Website Maintenance/Hosting (Monthly) | 1 | 250.00 | $250.00 |
| Interactive Voice Response (IVR) (Per Minute) | 2 | 0.44 | $0.88 |
| CSRs/Live Operators (Hourly) | 0.25 | 48.00 | $12.00 |
| 800 Number Charges (Per Minute) | 1 | 0.12 | $0.12 |
| IVR and Line Maintenance (Monthly) | 1 | 190.00 | $190.00 |
| Electronic Storage | 1 | 168.040 | $168.04 |
| QSF Income Tax Reporting 2022 (per Year) | 1 | 2,250.00 | $2,250.00 |

|  | **TOTAL** | **$3,775.69** |
|---|---|---|

**MAIL CHECKS TO**
PO Box 170062, Milwaukee, WI 53217
Make checks payable to A.B. DATA, LTD.

**SEND WIRES TO**
US BANK, N.A.
400 W. Brown Deer Road, Bayside, WI 53217
Routing Number 075000022
Account Number 182377466541 (AB Data, Ltd.)
Swift Code USBKUS44IMT



**A.B. Data, Ltd.**

Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

Date:    January 16, 2023
Project:    Vivint Solar Securities Settlement

| Distribution Estimate | Quantity | Rate ($) | Estimated Cost ($) |
|---|---|---|---|
| **Distribution Fees** | | | |
| Printing and Mailing of Checks | 1,360 | 0.95 | 1,292.00 |
| Check-Processing Fee (per check) | 1,360 | 0.15 | 204.00 |
| Postage-Checks | 600 | 0.55 | 330.00 |
| Reissuance of Checks to Updated Addresses | 51 | 4.50 | 229.50 |
| | | | |
| **Website and Telephone Support/Charges** | | | |
| Website Maintenance/Hosting *(monthly)* | 12 | 175 | 2,100.00 |
| Interactive Voice Response (IVR) *(per minute)* | 100 | 0.44 | 44.00 |
| CSRs/Live Operators *(per hour)* | 10 | 48 | 480.00 |
| 800 Number Charges *(per minute)* | 100 | 0.12 | 12.00 |
| IVR and Line Maintenance *(monthly)* | 12 | 190 | 2,280.00 |
| | | | |
| | | | |
| **Miscellaneous Expenses** | | | |
| Advanced Address Updates | 100 | 1.10 | 110.00 |
| Electronic Storage (Per Page/Per Month) | 101 | 12.00 | 1,211.16 |
| PO Box Rental | 1 | 1,340.00 | 1,340.00 |
| QSF Income Tax Reporting | 1 | 2,250.00 | 2,250.00 |
| | | | |
| Total Estimated Cost | | $ | 11,882.66 |