Mark F. James (5295)
Mitchell A. Stephens (11775)
JAMES DODGE RUSSELL & STEPHENS, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
mjames@jdrslaw.com
mstephens@jdrslaw.com

*Counsel for Lead Plaintiffs and the Class*

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **LEAD PLAINTIFFS' MOTION FOR AN ORDER DESIGNATING *CY PRES* RECIPIENT**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge: Jill N. Parrish |

Pursuant to the Parties' Stipulation and Agreement of Settlement dated November 4, 2021, (ECF No. 87-2) (the "Stipulation" or "Settlement") and this Court's Order Authorizing Distribituion of Net Settlement Fund (ECF No. 103, the "Distribution Order"), Lead Counsel hereby respectfully moves this Court for an order designating Investor Protection Trust as the *cy pres* recipient and approval to distribute the remaining balance of the Net Settlement Fund,[1] $1,718.19, to the Investor Protection Trust. This organization is a non-sectarian, not-for-profit organization approved by courts for receipt of *cy pres* awards in the past, and further distribution to the Settlement Class would not be effective. Accordingly, Lead Counsel and the Class Representatives respectfully request the Court grant approval to distribute the remaining funds to the Investor Protection Trust.

## I. RELEVANT BACKGROUND

The Stipulation entered into by Plaintiffs and Defendants sets forth the terms of the Settlement, which represents a complete resolution of this Action. Pursuant to the terms of the Settlement, a cash payment of $1,250,000 was deposited in escrow for the benefit of the Settlement Class.

By order dated May 9, 2022, the Court granted final approval of the Settlement and approved the Plan of Allocation. ECF Nos. 98, 100. On February 8, 2023, the Court approved distribution of the Net Settlement Fund by A.B. Data, Ltd. ("A.B. Data"). ECF No. 103.

---

[1] Unless otherwise indicated, all capitalized terms shall have the same meaning as set forth in the Stipulation.

## II. THE COURT SHOULD APPROVE DISTRIBUTION OF THE REMAINING FUNDS TO THE INVESTOR PRODUCTION TRUST

"District courts in the Tenth Circuit have approved *cy pres* awards to third-party beneficiaries in class action settlements" because it "'allows a court to distribute unclaimed or non-distributable portions of a class action settlement fund to the 'next best' class of beneficiaries.'" *Peace Officers' Annuity & Benefit Fund of Ga. v. DaVita Inc.*, C.A. No. 17-cv-0304-WJM-NRN, 2021 U.S. Dist. LEXIS 71038, at *15-16 (D. Colo. Apr. 13, 2021) (quoting *Tennille v. W. Union Co.*, 809 F.3d 555, 560 n.2 (10th Cir. 2015)). Such an award is appropriate "if the beneficiary is the next best use . . . for indirect class benefit" and the "beneficiary is related to the case's underlying claims." *Bailes v. Lineage Logistics, LLC*, No. 15-cv-02457-DDC-TJJ, 2016 U.S. Dist. LEXIS 110943, at *21(D. Kan. Aug. 19, 2016) (internal quotation marks omitted and alterations incorporated).

A.B. Data has informed Lead Counsel that all but $1,718.19 of the Net Settlement Fund has been distributed to the Settlement Class, and that further efforts at a pro rata distribution would not be economical or feasible. *See* Declaration of Jack Ewashko, attached hereto as Exhibit A. Pursuant to Paragraph 3(h) of the Court's Distribution Order, when further distribution to Class Members is no longer cost effective, the balance "shall be contributed to a nonsectarian, not-for-profit organization, to be recommended by Lead Counsel and approved by the Court." ECF No. 103. Accordingly, Lead Counsel requests approval for distribution of the remaining $1,718.19 to the Investor Protection Trust.

Allocation of the balance to the Investor Protection Trust is appropriate and consistent with this Action's efforts to protect investors. More specifically, the Investor Protection Trust is a "nonprofit organization devoted to independent and unbiased investor education, research, and

support of investor protection efforts."[2]  Courts in the Tenth Circuit and elsewhere have found the Investor Protection Trust to be an appropriate *cy pres* beneficiary in securities class actions.  *See, e.g.*, *DaVita*, 2021 U.S. Dist. LEXIS 71038, at *17 (approving Investor Protection Trust as *cy pres* beneficiary and describing it as a "nonprofit organization devoted to investor education"); *Fleming v. Impax Laboratories Inc.*, No. 16-cv-06557-HSG, 2022 U.S. Dist. LEXIS 125595, at *7 (N.D. Cal. July 15, 2022) (finding "sufficient nexus" between securities action class and Investor Protection Trust "which shares the Class Members' interests in protecting investors and preventing fraud"); *In re Forterra Sec. Litig.*, C.A. No. 3:18-CV-01957-X, 2021 U.S. Dist. LEXIS 149372, at *6 (N.D. Tex. Aug. 4, 2021) (ordering donation to Investor Protection Trust once determined not cost-effective to distribute to class); *In re Patriot Nat'l, Inc. Sec. Litig.*, No. 1:17-cv-01866-ER, 2021 U.S. Dist. LEXIS 54137, at *7 (S.D.N.Y. Mar. 18, 2021) (same).

## III.    CONCLUSION

For the foregoing reasons, Lead Counsel respectfully requests that the Court enter an Order approving contribution of the remaining $1,718.19 in the Net Settlement Fund to the Investor Protection Trust.  For the Court's convenience, a proposed order will be submitted with this Motion.

DATED: January 29, 2024

**JAMES DODGE RUSSELL & STEPHENS P.C.**

*/s/ Mitchell A. Stephens*
Mark F. James
Mitchell A. Stephens
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Tel.: (801) 363-6363
mjames@jdrslaw.com
mstephens@jdrslaw.com

---

[2] https://investorprotection.org/about/

-and-

**BRAGAR EAGEL & SQUIRE, P.C.**
Lawrence P. Eagel (admitted *pro hac vice*)
Marion C. Passmore (admitted *pro hac vice*)
810 Seventh Avenue, Suite 620
New York, NY 10019
Tel: (212) 308-5858
Fax: (212) 214-0506
eagel@bespc.com
passmore@bespc.com

*Lead Counsel for Lead Plaintiffs Billy Wallace and
Kyu S. Jang and the Class*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of January, 2024, I electronically filed Lead Plaintiffs' Motion for an Order Designating *Cy Pres* Recipient using the Court's CM/ECF system, which will be sent electronically to all counsel of record.

/s/*Mitchell A. Stephens*
Mitchell A. Stephens