# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

---------------------------------------------------------x
                       :       Case No. 2:20-cv-00919-JNP-CMR

IN RE VIVINT SOLAR, INC. SECURITIES   :       District Judge: Jill N. Parrish
LITIGATION                          :

---------------------------------------------------------x  :

### FINAL COMPLIANCE REPORT OF JACK EWASHKO

I, JACK EWASHKO, affirm as follows:

1.     I am a Client Services Director of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose corporate office is located in Milwaukee, Wisconsin. I am over 21 years of age and am not a party to the above-captioned action (the "Action").[1] I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     Pursuant to the Court's February 8, 2023, Order Authorizing Distribution of Net Settlement Fund ("Distribution Order"), the Court: (i) approved the proposed final Plan of Distribution; (ii) approved A.B. Data's administrative determinations; and (iii) directed that the balance of the Net Settlement Fund be distributed to the Authorized Claimants.

3.     Further, the Court directed that any remaining balance nine months after the Initial Distribution shall be redistributed in a second distribution, as long as A.B. Data determines that it is cost-effective to do so and that any *de minimis* remaining balance shall be distributed to a non-sectarian, not-for-profit organization, to be recommended by Lead Counsel and approved by the Court.

---

[1]     All capitalized terms used herein, to the extent not separately defined, shall have the same meanings as given to them in the parties' Stipulation and Agreement of Settlement, dated November 4, 2021 (the "Stipulation").

4.      Thereafter, A.B. Data commenced the Initial Distribution on March 27, 2023, issuing either checks or wire transfers to the 1,358 Authorized Claimants, totaling $657,073.42. To date, all wire transfers have been accepted and all but three checks have been cashed[2].

5.      A.B. Data has determined that a second distribution of the remaining Net Settlement Fund – $1,718.19, from the three uncashed checks, would not be cost-effective given the time and expense that a second distribution would require and the relatively limited amount remaining in the Net Settlement Fund.

6.      Therefore, A.B. Data respectfully requests that the Court enter an Order directing that the balance of the Net Settlement Fund – $1,718.19 – be distributed to Investor Protection Trust.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of January, 2024.

JACK EWASHKO

---

[2] After the checks initially expired on June 25, 2023, there were 3 uncashed checks.  Thereafter, A.B. Data attempted to contact each Claimant with an expired check and upon the request of those A.B. Data successfully contacted, either reissued checks or wired distributions to those who had failed to initially cash their checks.

2