## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE VIVINT SOLAR, INC. SECURITIES LITIGATION | **ORDER DESIGNATING *CY PRES* RECIPIENT**<br><br>Case No. 2:20-cv-00919-JNP-CMR<br><br>District Judge: Jill N. Parrish |

Upon consideration of Lead Counsel's Motion for an Order Designating *Cy Pres* Recipient, and exhibits thereto, IT IS HEREBY ORDERED THAT The Net Settlement Fund balance of $1,718.19 be contributed to the Investor Protection Trust.

DATED January 29, 2024.

_____
Honorable Jill N. Parrish
UNITED STATES DISTRICT JUDGE